1  Donald Merkin, SBN 62121
   Merkin & Associates, Attorneys
2  4747 Morena Boulevard, Suite 302
   San Diego, California 92117
3  T 858 454-3244
   F 858 270-1420
4

5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

6

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10
                                          CASE NO.
11 LAUREL HILL ESCROW SERVICES,           37-2007-00066921-CU-MC-CTL
   INC., a California                        (Unlimited Civil Case)
12 corporation,

13          Plaintiff,                     SECOND AMENDED MOTION TO BE
   VS.                                     DISMISSED AND RELIEVED OF
14                                         LIABILITY ADDING LIENHOLDER
   IDEVELOPMENT, INC., a                   INTERNAL REVENUE SERVICE
15 California corporation dba
   A & M Towing ; ADVANTAGE
16 TOWING COMPANY, INC., a
   California corporation;
17 MICHAEL BRANDEN, an
   individual; RE/MAX; COMMUNITY           Motion Date: 1/25/08
18 BANK; JIMMY JOHNSON'S KEARNY            Time: 10:30 A.M.
   MESA CHEVROLET; LOMA RIVIERA            Dept: 67
19 76; NCO FINANCIAL SYSTEMS,              Hon. Patricia Cowett
   INC.; BRIDGET LEGERRETTE;
20 GEORGE PONCE; THE HOSE PROS;
   VOIT COMMERCIAL BROKERAGE;
21 WELCH'S TIRES, INC.; AT&T; and
   CALIFORNIA DEPARTMENT OF MOTOR
22 VEHICLES,

23          Defendants.

24

25     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, pursuant to

26 CCP §386 et seq. Plaintiff Laurel Hill Escrow Services, Inc.,

27 having deposited with this Court all the remaining escrow funds,

28

1  seeks an order dismissing them from liability and dismissing them

2  from this action.

3      This Motion is amended to include a newly discovered lien

4  holder, the Internal Revenue Service in the amount of

5  $319,814.02.  On January 17, 2008, this office was contacted by

6  the United State Department of Justice, Washington D.C., and

7  informed that a several tax liens have been recording in San

8  Diego County against Idevelopment, Inc. as follows:

9  $278,670.51          Recorded 2/9/07          Recording #
   plus penalties and interest                    077102723372
10                                                  California Secretary
                                                     of State
11
   $ 36,341.93          Recorded 5/1/07          UCC-1
12 plus penalties and interest                    077112378399

13
   $  2,801.58          Recorded 7/9/07          UCC-1
14 plus penalties and interest                    077121215187

15
   $319,814.02          Total plus penalties and interest
16

17
                          **BACKGROUND**
18
       On April 27, 2007 defendants seller IDevelopment, Inc. dba
19
   A & M Towing and buyer Advantage Towing Company, Inc. gave
20
   plaintiff Laurel Hill Escrow $257,645.00 to be held in escrow
21
   pending acceptable escrow instructions to be signed by buyer and
22
   seller and to follow immediately. No signed escrow instructions
23
   were ever given to and accepted by plaintiff.
24
       After delivery of $257,645.00, various creditors sent claims
25
   to Laurel Hill Escrow, notwithstanding that no escrow had been
26
   opened and no bulk sale notice had been published.  Soon these
27
   claims exceeded the total consideration of the purported bulk
28

968AA-P1   MOTION TO BE DISMISSED                    2

1  sale.  Other claimants telephoned plaintiff, claiming that even

2  more debts and taxes were owed.

3      Michael Branden of ReMax, broker on the transaction,

4  requested immediate payment of one-half of the $31,500.00 ReMax

5  commission, which request was refused by plaintiff.

6      Since plaintiff never received and accepted signed escrow

7  instructions, and having received more in claims than the amount

8  deposited, and having been told that $30,000.00 more had already

9  been paid directly by the buyer to the seller, Plaintiff informed

10 the buyer, seller and broker that, if and when the escrow was

11 opened, it would be insolvent and Plaintiff would have to file an

12 interpleader complaint immediately.

13      Plaintiff gave the parties a reasonable time so as to obtain

14 acceptable signed instructions to legitimize the sale and

15 transfer the funds elsewhere.  Signed but illegible instructions

16 were faxed to Laurel Hill Escrow, directing payment over to the

17 seller's attorney's trust account.  When telephoned, that

18 attorney was unable to accept the fund transfer.

19      Plaintiff filed an interpleader action May 22, 2007.

20      The following defendants, as creditors of A & M Towing, have

21 made the following claims to Laurel Hill Escrow:

22      Internal Revenue Service                    $319,814.02
        Community Bank                              $208,812.73
23      Jimmy Johnson's Kearny Mesa Chevrolet          1,596.98
        Loma Riviera 76                               11,160.82
24      NCO Financial Systems, Inc.                    3,762.54
        Pope, Berger & Williams, LLP, as attorneys
25          for Bridget Legerrette and George Ponce   38,012.40
        The Hose Pros                                    171.45
26      Voit Commercial Brokerage                     14,767.93
        Welch's Tires, Inc.                            2,944.67
27      Michael Branden/Re/Max                        31,500.00
        AT&T                                             485.05

28

| | | |
|---|---|---:|
| 1 | Calif. Department of Motor Vehicles | 1,922.00 |
| 2 | Neil Dymott Frank McFall & | |
| | Lexler (recorded lienholder) | |
| 3 | | 18,873.39 |
| | TOTAL | $653,823.91 |

Plaintiff is unable to determine the validity of the conflicting demands made by defendants as aforesaid, and cannot determine to whom the $257,645.00 belongs, and fears exposure to multiple liability if it delivers the escrow funds to any of the claimants.

Concurrently with filing the complaint, plaintiff deposited the aforesaid money with the Clerk of this Court pursuant to *Calif. Civ. Proc. Code* § 386(c).

Wherefore, plaintiff prays for judgment as follows:

1.  That plaintiff be discharged from liability to each of said defendants with respect to said money; and

2.  That plaintiff be awarded costs in the amount of $40.00 and reasonable attorney's fees in the amount of $975.00 to be paid to plaintiff from the money held by this court; and

3.  That plaintiff be dismissed from this action.

Dated: January 19, 2008          Merkin & Associates


Donald Merkin, Attorney for
Plaintiff Laurel Hill Escrow
Services, Inc.

Donald Merkin, Esq. SBN 62121
merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, CA 92117

T 858 454-3244      F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow

**SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO**
      330 West Broadway
      San Diego,   CA 92101
      Central Branch

Plaintiff: Laurel Hill Escrow Services, Inc.

Defendant: Idevelpment, Inc., et al

| **PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL** | 37-2007-00066921-CU-MC-CTL |
| --- | --- |

I, Alice M. Starr, declare that:

        I am, and was at the time of the service hereinafter
mentioned, at least 18 years of age and not a party to this action.  I
hereby certify that the below-entitled document is printed on recycled
paper.  My business address is 4747 Morena Boulevard, Suite 302, San
Diego, California 92117.

    I served the preceding **2ⁿᵈ AMENDED MOTION TO BE DISMISSED AND
RELIEVED OF LIABILITY ADDING LIENHOLDER INTERNAL REVENUE
SERVICE TO LIST OF CREDITORS**; on January 17, 2008 by placing a copy
in a sealed envelope with postage fully prepaid, dropping into a
regularly maintained United States Post Office Box in San Diego,
California addressed to the following:
see attached service list

    I declare under penalty of perjury under the laws of the State of

California that the foregoing is true and correct.  Executed this 17th
day of January, 2008 at San Diego, California.

_____
Alice M. Starr

Page 2 of 2

Proof of Service

Service List for *Laurel Hill Escrow Services, Inc. v. Idvelopment, et al*
Case No. 37-2007-00066921-CU-MC-CTL

<u>Defendants</u>

Aaron A. Hayes, Esq.
Pope, Berger & Williams, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
(Attorney for Ponce and Liggerrette)

Steve Lopez, Esq.
Geraci & Lopez
13355 Midland Road
Suite 140
Poway, CA 92064
(Attorney for Advantage Towing)

Cynthia M. Jones, Esq.
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego 92130
(Attorney for Idevelopment)

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd., 14th Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

Hugh A. McCabe, Esq.
Neil, Dymott, Frank, McFall, & Trexler
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
(special notice - lien holder for attorney fees)

The Hose Pros
7375 Convoy Court
San Diego, CA 92117

Voit Commercial Brokerage
4370 La Jolla Village Drive
Suite 990
San Diego, CA 92122

Welch's Tires, Inc.
3724 Main Street
San Diego, CA 92113

ReMax
23586 Calabasas Road
Suite 105
Calabasas, CA 91302

Michael Brandon
Re/Max Commercial
5340 Las Virgenes Road #1
Calabasas, CA 91302
(in pro per)

Jimmy Johnson Kearney Mesa Chevrolet
7978 Balboa Ave.
San Diego, CA 92111

Loma Riviera 76 Station
4049 W. Point Loma Blvd.
San Diego, CA 92110

NCO Financial Systems, Inc.
1500 Commerce Drive
Mendota Heights, MN 55120

California Department of Motor Vehicles
Office of the Director
2415 1st Avenue Mail Station F101
Sacramento, CA 95818

1  Donald Merkin, SBN 62121
   Merkin & Associates, Attorneys
2  4747 Morena Boulevard, Suite 302
   San Diego, California 92117
3  T 858 454-3244
   F 858 270-1420

4

5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, | CASE NO. 37-2007-00066921-CU-MC-CTL (Unlimited Civil Case) |
| Plaintiff, VS. | CORRECTED AND AMENDED NOTICE OF MOTION FOR MOTION TO BE DISMISSED AND RELIEVED OF LIABILITY |
| IDEVELOPMENT, INC., a California corporation dba A & M Towing ; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, Defendants. | Motion Date: 1/25/08 Time: 10:30 A.M. Dept: 67 Hon. Patricia Cowett |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26      PLEASE TAKE NOTICE that on January 25, 2008, at 10:30 A.M.

27  or soon thereafter as the matter may be heard, in Department 67

28  of the California Superior Court, Central Division, located in

1   the Hall of Justice, 330 W. Broadway, San Diego, California

2   92101, Plaintiff Laurel Hill Escrow Services, Inc. will move this

3   Court for an order discharging it from liability and dismissing

4   it from the above action.

5         This motion will be made under *CCP* §386 *et seq.* and will be

6   based on the pleadings filed in this action; this Amended Notice

7   of Motion; the attached Amended Motion and Points and

8   Authorities; the previously filed Declarations of Maxine Beye,

9   Donald Merkin, and Alice Starr; the Complaint in Interpleader,

10   and the Notice of Deposit of funds with the Court.

11   Dated: 1/7/08                   Merkin & Associates

12

13

14                                   _____

15                                   Donald Merkin, Attorney for
                                    Laurel Hill Escrow Services, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
2 | 4747 Morena Boulevard, Suite 302
San Diego, California 92117
3 | T 858 454-3244
F 858 270-1420
4 |

5 | Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

6 |

7 |

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10 |

| | CASE NO. |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, | 37-2007-00066921-CU-MC-CTL (Unlimited Civil Case) |
| Plaintiff, VS. | AMENDED MOTION TO BE DISMISSED AND RELIEVED OF LIABILITY ADDING LIENHOLDER NEIL DYMOTT FRANK MCFALL AND LEXLER TO LIST OF CREDITORS |
| IDEVELOPMENT, INC., a California corporation dba A & M Towing ; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | Motion Date: 1/25/08 Time: 10:30 A.M. Dept: 67 Hon. Patricia Cowett |
| Defendants. | |

25 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, pursuant to

26 | *CCP* §386 *et seq.* Plaintiff Laurel Hill Escrow Services, Inc.,

27 | having deposited with this Court all the remaining escrow funds,

28 |

1  seeks an order dismissing them from liability and dismissing them

2  from this action.

3      This Motion is amended to include a newly discovered lien

4  holder, the Internal Revenue Service in the amount of

5  $319,814.02.  On January 17, 2008, this office was contacted by

6  the United State Department of Justice, Washington D.C., and

7  informed that a several tax liens have been recording in San

8  Diego County against Idevelopment, Inc. as follows:

9  $278,670.51        Recorded 2/9/07        Recording #
   plus penalties and interest              077102723372
10                                           California Secretary
                                             of State
11
   $ 36,341.93        Recorded 5/1/07        UCC-1
12 plus penalties and interest              077112378399

13
   $  2,801.58        Recorded 7/9/07        UCC-1
14 plus penalties and interest              077121215187

15
   $319,814.02         Total plus penalties and interest
16

17
                        **BACKGROUND**
18
       On April 27, 2007 defendants seller IDevelopment, Inc. dba
19
   A & M Towing and buyer Advantage Towing Company, Inc. gave
20
   plaintiff Laurel Hill Escrow $257,645.00 to be held in escrow
21
   pending acceptable escrow instructions to be signed by buyer and
22
   seller and to follow immediately. No signed escrow instructions
23
   were ever given to and accepted by plaintiff.
24
       After delivery of $257,645.00, various creditors sent claims
25
   to Laurel Hill Escrow, notwithstanding that no escrow had been
26
   opened and no bulk sale notice had been published.  Soon these
27
   claims exceeded the total consideration of the purported bulk
28

1  been paid directly by the buyer to the seller, Plaintiff informed

2  the buyer, seller and broker that, if and when the escrow was

3  opened, it would be insolvent and Plaintiff would have to file an

4  interpleader complaint immediately.

5      Plaintiff gave the parties a reasonable time so as to obtain

6  acceptable signed instructions to legitimize the sale and

7  transfer the funds elsewhere.  Signed but illegible instructions

8  were faxed to Laurel Hill Escrow, directing payment over to the

9  seller's attorney's trust account.  When telephoned, that

10  attorney was unable to accept the fund transfer.

11      Plaintiff filed an interpleader action May 22, 2007.

12      The following defendants, as creditors of A & M Towing, have

13  made the following claims to Laurel Hill Escrow:

| | |
|---|---:|
| Community Bank | $208,812.73 |
| Jimmy Johnson's Kearny Mesa Chevrolet | 1,596.98 |
| Loma Riviera 76 | 11,160.82 |
| NCO Financial Systems, Inc. | 3,762.54 |
| Pope, Berger & Williams, LLP, as attorneys for Bridget Legerrette and George Ponce | 38,012.40 |
| The Hose Pros | 171.45 |
| Voit Commercial Brokerage | 14,767.93 |
| Welch's Tires, Inc. | 2,944.67 |
| Michael Branden/Re/Max | 31,500.00 |
| AT&T | 485.05 |
| Calif. Department of Motor Vehicles | 1,922.00 |
| Neil Dymott Frank McFall & Lexler (recorded lienholder) | 18,873.39 |
| TOTAL | $334,009.89 |

23      Plaintiff is unable to determine the validity of the

24  conflicting demands made by defendants as aforesaid, and cannot

25  determine to whom the $257,645.00 belongs, and fears exposure to

26  multiple liability if it delivers the escrow funds to any of the

27  claimants.

28      Concurrently with filing the complaint, plaintiff deposited

1 | the aforesaid money with the Clerk of this Court pursuant to

2 | *Calif. Civ. Proc. Code* § 386(c).

3 |   Wherefore, plaintiff prays for judgment as follows:

4 |   1. That plaintiff be discharged from liability to each of

5 | said defendants with respect to said money; and

6 |   2. That plaintiff be awarded costs in the amount of $40.00

7 | and reasonable attorney's fees in the amount of $975.00 to be

8 |

9 | paid to plaintiff from the money held by this court; and

10 |   3. That plaintiff be dismissed from this action.

11 | Dated: January 7, 2008   Merkin & Associates

12 |

13 |

14 |           Donald Merkin, Attorney for
          Plaintiff Laurel Hill Escrow
          Services, Inc.

Donald Merkin, Esq. SBN 62121
merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, CA 92117

T 858 454-3244    F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow

---

**SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO**
    330 West Broadway
    San Diego,    CA 92101
    Central Branch

---

Plaintiff: Laurel Hill Escrow Services, Inc.

Defendant: Idevelpment, Inc., et al

---

| **PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL** | 37-2007-00066921-CU-MC-CTL |
| --- | --- |

I, Alice M. Starr, declare that:

        I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action.    I hereby certify that the below-entitled document is printed on recycled paper.    My business address is 4747 Morena Boulevard, Suite 302, San Diego, California 92117.

        I served the preceding **CORRECTED AND AMENDED NOTICE OF MOTION; AMENDED MOTION TO BE DISMISSED AND RELIEVED OF LIABILITY ADDING LIENHOLDER NEIL DYMOTT FRANK MCFALL AND LEXLER TO LIST OF CREDITORS;** on January 8, 2008 by placing a copy in a sealed envelope with postage fully prepaid, dropping into a regularly maintained United States Post Office Box in San Diego, California addressed to the following:

see attached service list

        I declare under penalty of perjury under the laws of the State of

California that the foregoing is true and correct.  Executed this 8th

day of January, 2008 at San Diego, California.

_____

Alice M. Starr

Page 2 of 2

Proof of Service

Service List for *Laurel Hill Escrow Services, Inc. v. Idvelopment, et al*
Case No. 37-2007-00066921-CU-MC-CTL


<u>Defendants</u>

Aaron A. Hayes, Esq.
Pope, Berger & Williams, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
(Attorney for Ponce and Liggerrette)

Steve Lopez, Esq.
Geraci & Lopez
13355 Midland Road
Suite 140
Poway, CA 92064
(Attorney for Advantage Towing)

Cynthia M. Jones, Esq.
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego 92130
(Attorney for Idevelopment)

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd., 14th Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

Hugh A. McCabe, Esq.
Neil, Dymott, Frank, McFall, & Trexler
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
(special notice - lien holder for attorney fees)

The Hose Pros
7375 Convoy Court
San Diego, CA 92117

Voit Commercial Brokerage
4370 La Jolla Village Drive
Suite 990
San Diego, CA 92122

Welch's Tires, Inc.
3724 Main Street
San Diego, CA 92113

ReMax
23586 Calabasas Road
Suite 105
Calabasas, CA 91302

Michael Brandon
Re/Max Commercial
5340 Las Virgenes Road #1
Calabasas, CA 91302
(in pro per)

Jimmy Johnson Kearney Mesa Chevrolet
7978 Balboa Ave.
San Diego, CA 92111

Loma Riviera 76 Station
4049 W. Point Loma Blvd.
San Diego, CA 92110

NCO Financial Systems, Inc.
1500 Commerce Drive
Mendota Heights, MN 55120

California Department of Motor Vehicles
Office of the Director
2415 1st Avenue Mail Station F101
Sacramento, CA 95818

1  Donald Merkin, SBN 62121
   Merkin & Associates, Attorneys
2  4747 Morena Boulevard, Suite 302
   San Diego, California 92117
3  T 858 454-3244
   F 858 270-1420
4

5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10                                      CASE NO.
                                        37-2007-00066921-CU-MC-CTL
11 LAUREL HILL ESCROW SERVICES,            (Unlimited Civil Case)
   INC., a California
12 corporation,

13           Plaintiff,             NOTICE OF MOTION FOR MOTION
   VS.                             TO BE DISMISSED AND
14                                 RELIEVED OF LIABILITY
   IDEVELOPMENT, INC., a
15 California corporation dba
   A & M Towing ; ADVANTAGE
16 TOWING COMPANY, INC., a
   California corporation;
17 MICHAEL BRANDEN, an             Motion Date: 1/25/08
   individual; RE/MAX; COMMUNITY   Time: 10:30 A.M.
18 BANK; JIMMY JOHNSON'S KEARNY    Dept: 67
   MESA CHEVROLET; LOMA RIVIERA    Hon. Patricia Cowett
19 76; NCO FINANCIAL SYSTEMS,
   INC.; BRIDGET LEGERRETTE;
20 GEORGE PONCE; THE HOSE PROS;
   VOIT COMMERCIAL BROKERAGE;
21 WELCH'S TIRES, INC.; AT&T; and
   CALIFORNIA DEPARTMENT OF MOTOR
22 VEHICLES,

23           Defendants.

24

25 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26      PLEASE TAKE NOTICE that on January 25, 2008, at 10:30 A.M.,

27 or as soon thereafter as the matter may be heard, in Department

28 67 of the California Superior Court, Central Division, located in

968AA-P1  MOTION TO BE DISMISSED

1  the Hall of Justice, 330 W. Broadway, San Diego, California

2  92101, Plaintiff Laurel Hill Escrow Services, Inc. will move this

3  Court for an order discharging them from liability and dismissing

4  them from the above action.

5      This motion will be made under *CCP §386 et seq.* and will be

6  based on the pleadings filed in this action; this Notice of

7  Motion, Motion, Points and Authorities, Declaration of Maxine

8  Beye; Declaration of Donald Merkin; Declaration of Alice Starr;

9  the Interpleader Complaint; and the Notice of deposit of funds

10  with the Court.

11  Dated: 12/17/07                          Merkin & Associates

12                                           _____

13                                           Donald Merkin, Attorney for
                                             Laurel Hill Escrow Services, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
1 | Donald Merkin, SBN 62121
  | Merkin & Associates, Attorneys
2 | 4747 Morena Boulevard, Suite 302
  | San Diego, California 92117
3 | T 858 454-3244
  | F 858 270-1420
4 |
5 | Attorney for Plaintiff Laurel Hill Escrow Services, Inc.
6 |
7 |
8 |           SUPERIOR COURT OF THE STATE OF CALIFORNIA
9 |        FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION
10|
11| LAUREL HILL ESCROW SERVICES,      CASE NO.
  | INC., a California               37-2007-00066921-CU-MC-CTL
12| corporation,                       (Unlimited Civil Case)
13|              Plaintiff,           DECLARATION OF MAXINE BEYE
  | VS.                              IN SUPPORT MOTION FOR
14|                                  MOTION TO BE DISMISSED AND
  | IDEVELOPMENT, INC., a            RELIEVED OF LIABILITY
15| California corporation dba
  | A & M Towing ; ADVANTAGE
16| TOWING COMPANY, INC., a
  | California corporation;
17| MICHAEL BRANDEN, an              Motion Date: 1/25/08
  | individual; RE/MAX; COMMUNITY    Time: 10:30 A.M.
18| BANK; JIMMY JOHNSON'S KEARNY     Dept: 67
  | MESA CHEVROLET; LOMA RIVIERA     Hon. Patricia Cowett
19| 76; NCO FINANCIAL SYSTEMS,
  | INC.; BRIDGET LEGERRETTE;
20| GEORGE PONCE; THE HOSE PROS;
  | VOIT COMMERCIAL BROKERAGE;
21| WELCH'S TIRES, INC.; AT&T; and
  | CALIFORNIA DEPARTMENT OF MOTOR
22| VEHICLES,
23|              Defendants.
24|
25|     I, Maxine Beye, declare:
26|     1.  I am an officer of Laurel Hill Escrow Services, Inc. and
27| authorized to make this declaration on its behalf.  The
28|
```

1 statements contained in this declaration are of my own personal

2 knowledge and if called I could and would testify to their

3 accuracy.

4     2.  Plaintiff Laurel Hill Escrow Services, Inc. filed an

5 Interpleader Action on May 22, 2007 and deposited, with this

6 Court, funds in the amount of $252,067.50.

7     3.  Laurel Hill Escrow Services, Inc. Is a mere stakeholder

8 with no interest in this amount or any portion thereof, except

9 for an allowance of attorneys fee incurred in this action and

10 allowed under CCP §386.6(a), and conflicting demands have been

11 made upon this amount by parties to the action.

12     4.  The reason for the delay in plaintiff filing this motion

13 to be dismissed is that shortly after filing the Interpleader

14 Action, I suffered a heart attack and stroke.  It has taken quite

15 a bit of time for me to recover sufficient enough to recall and

16 sign this declaration.

17     I declare under penalty of perjury under the laws of the

18 State of California that the foregoing statements are true and

19 correct and that this declaration was signed on December 19, 2007

20 in San Diego, California

21

22

23                   Maxine Beye

24

25

26

27

28

1 | Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
2 | 4747 Morena Boulevard, Suite 302
San Diego, California 92117
3 | T 858 454-3244
F 858 270-1420
4
5 | Attorney for Plaintiff Laurel Hill Escrow Services, Inc.
6
7
8 |             SUPERIOR COURT OF THE STATE OF CALIFORNIA
9 |         FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10
11 | LAUREL HILL ESCROW SERVICES,          CASE NO.
   | INC., a California                   37-2007-00066921-CU-MC-CTL
12 | corporation,                           (Unlimited Civil Case)
13 |             Plaintiff,                MOTION TO BE DISMISSED AND
   | VS.                                  RELIEVED OF LIABILITY
14
15 | IDEVELOPMENT, INC., a
   | California corporation dba
16 | A & M Towing ; ADVANTAGE
   | TOWING COMPANY, INC., a
17 | California corporation;              Motion Date: 1/25/08
   | MICHAEL BRANDEN, an                  Time: 10:30 A.M.
18 | individual; RE/MAX; COMMUNITY        Dept: 67
   | BANK; JIMMY JOHNSON'S KEARNY         Hon. Patricia Cowett
19 | MESA CHEVROLET; LOMA RIVIERA
   | 76; NCO FINANCIAL SYSTEMS,
20 | INC.; BRIDGET LEGERRETTE;
   | GEORGE PONCE; THE HOSE PROS;
21 | VOIT COMMERCIAL BROKERAGE;
   | WELCH'S TIRES, INC.; AT&T; and
22 | CALIFORNIA DEPARTMENT OF MOTOR
   | VEHICLES,
23 |             Defendants.
24
25 |     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, pursuant to
26 | CCP §386 *et seq.* Plaintiff Laurel Hill Escrow Services, Inc.,
27 | having deposited with this Court all the remaining escrow funds,
28

1   seeks an order dismissing them from liability and dismissing them

2   from this action.

3                             **BACKGROUND**

4       On April 27, 2007 defendants seller IDevelopment, Inc. dba

5   A & M Towing and buyer Advantage Towing Company, Inc. gave

6   plaintiff Laurel Hill Escrow $257,645.00 to be held in escrow

7   pending acceptable escrow instructions to be signed by buyer and

8   seller and to follow immediately. No signed escrow instructions

9   were ever given to and accepted by plaintiff.

10       After delivery of $257,645.00, various creditors sent claims

11   to Laurel Hill Escrow, notwithstanding that no escrow had been

12   opened and no bulk sale notice had been published.  Soon these

13   claims exceeded the total consideration of the purported bulk

14   sale.  Other claimants telephoned plaintiff, claiming that even

15   more debts and taxes were owed.

16       Michael Branden of ReMax, broker on the transaction,

17   requested immediate payment of one-half of the $31,500.00 ReMax

18   commission, which request was refused by plaintiff.

19       Since plaintiff never received and accepted signed escrow

20   instructions, and having received more in claims than the amount

21   deposited, and having been told that $30,000.00 more had already

22   been paid directly by the buyer to the seller, Plaintiff informed

23   the buyer, seller and broker that, if and when the escrow was

24   opened, it would be insolvent and Plaintiff would have to file an

25   interpleader complaint immediately.

26       Plaintiff gave the parties a reasonable time so as to obtain

27   acceptable signed instructions to legitimize the sale and

28   transfer the funds elsewhere.  Signed but illegible instructions

1  were faxed to Laurel Hill Escrow, directing payment over to the

2  seller's attorney's trust account.  When telephoned, that

3  attorney was unable to accept the fund transfer.

4      Plaintiff filed an interpleader action May 22, 2007.

5      The following defendants, as creditors of A & M Towing, have

6  made the following claims to Laurel Hill Escrow:

| | |
|---|---|
| Community Bank | $208,812.73 |
| Jimmy Johnson's Kearny Mesa Chevrolet | 1,596.98 |
| Loma Riviera 76 | 11,160.82 |
| NCO Financial Systems, Inc. | 3,762.54 |
| Pope, Berger & Williams, LLP, as attorneys for Bridget Legerrette and George Ponce | 38,012.40 |
| The Hose Pros | 171.45 |
| Voit Commercial Brokerage | 14,767.93 |
| Welch's Tires, Inc. | 2,944.67 |
| Michael Branden/Re/Max | 31,500.00 |
| AT&T | 485.05 |
| Calif. Department of Motor Vehicles | 1,922.00 |
| TOTAL | $315,136.57 |

15     Plaintiff is unable to determine the validity of the

16  conflicting demands made by defendants as aforesaid, and cannot

17  determine to whom the $257,645.00 belongs, and fears exposure to

18  multiple liability if it delivers the escrow funds to any of the

19  claimants.

20     Concurrently with filing the complaint, plaintiff deposited

21  the aforesaid money with the Clerk of this Court pursuant to

22  *Calif. Proc. Code* § 386(c).

23     Wherefore, plaintiff prays for judgment as follows:

24     1.  That plaintiff be discharged from liability to each of

25  said defendants with respect to said money; and

26     2.  That plaintiff be awarded costs in the amount of $40.00

27  and reasonable attorney's fees in the amount of $975.00 to be

28  ////

1 | paid to plaintiff from the money held by this court; and

2 |      3.   That plaintiff be dismissed from this action.

3 |

Dated: December 17, 2007          Merkin & Associates

4 |

5 |

                                  _____
6 |                               Donald Merkin, Attorney for
                                  Plaintiff Laurel Hill Escrow
                                  Services, Inc.

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1 | Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
2 | 4747 Morena Boulevard, Suite 302
San Diego, California 92117
3 | T 858 454-3244
F 858 270-1420
4 |
5 | Attorney for Plaintiff Laurel Hill Escrow Services, Inc.
6 |
7 |
8 |              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9 |          FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION
10 |

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, | CASE NO. 37-2007-00066921-CU-MC-CTL (Unlimited Civil Case) |
| Plaintiff, | DECLARATION OF DONALD MERKIN IN SUPPORT OF COSTS AND ATTORNEY FEES IN MOTION FOR MOTION TO BE DISMISSED AND RELIEVED OF LIABILITY |
| VS. | |
| IDEVELOPMENT, INC., a California corporation dba A & M Towing ; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | Motion Date: 1/25/08 Time: 10:30 A.M. Dept: 67 Hon. Patricia Cowett |
| Defendants. | |

    I, Donald Merkin , declare:

    1.   I am an attorney admitted to practice law in all courts
in the state of California and attorney of record for Laurel Hill

1  Escrow Services, Inc. in this action.

2       2.    I have over thirty years experience as a civil trial

3  litigator and my standard hourly fee is $325.00 per hour and has

4  been since 1997.

5       3.    The statements contained in this declaration are of my

6  own personal knowledge and if called I could and would testify to

7  their accuracy.

8       4.    Plaintiff Laurel Hill Escrow Services, Inc. filed an

9  Interpleader Action on May 22, 2007 and deposited, with this

10  Court, remaining funds in the amount of $252,067.50.

11      5.    Since the deposit of funds, Laurel Hill Escrow Services

12  has expended the following costs and attorney fees:

13    Costs:              $ 40.00 filing fee for this Motion

14    Attorney Fees:     $975.00 - 3 hours at $325.00/hour

15       Attend Michael Brandon Motion hearing: 9/14/07          .6

16       Prepare Motion to be Relieved of Liability
         and be dismissed; Declarations; Notice                 1.5
17

18       Attend Laurel Hill Escrow Motion hearing 1/25/08        .5

19       Many telecons w/creditors                               .4

20      6.    Laurel Hill Escrow Services, Inc. requests a

21  reimbursement for costs and attorneys fees in the amount of

22  $1,015.00 from the fees deposited with this court.

23       I declare under penalty of perjury under the laws of the

24  State of California that the foregoing is true and correct and

25  that this declaration was signed on December 18, 2007.

26

27                          _____
                            Donald Merkin
28

1 | Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
2 | 4747 Morena Boulevard, Suite 302
San Diego, California 92117
3 | T 858 454-3244
F 858 270-1420
4

5 | Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

6

7

8 |                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 |                   FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10 |

11 | LAUREL HILL ESCROW SERVICES,          CASE NO.
     INC., a California                    37-2007-00066921-CU-MC-CTL
12 | corporation,                              (Unlimited Civil Case)

13 |               Plaintiff,             DECLARATION OF MAXINE BEYE
     VS.                                  IN SUPPORT MOTION FOR
14 |                                       MOTION TO BE DISMISSED AND
     IDEVELOPMENT, INC., a                RELIEVED OF LIABILITY
15 | California corporation dba
     A & M Towing ; ADVANTAGE
16 | TOWING COMPANY, INC., a
     California corporation;
17 | MICHAEL BRANDEN, an                   Motion Date: 1/25/08
     individual; RE/MAX; COMMUNITY        Time: 10:30 A.M.
18 | BANK; JIMMY JOHNSON'S KEARNY          Dept: 67
     MESA CHEVROLET; LOMA RIVIERA         Hon. Patricia Cowett
19 | 76; NCO FINANCIAL SYSTEMS,
     INC.; BRIDGET LEGERRETTE;
20 | GEORGE PONCE; THE HOSE PROS;
     VOIT COMMERCIAL BROKERAGE;
21 | WELCH'S TIRES, INC.; AT&T; and
     CALIFORNIA DEPARTMENT OF MOTOR
22 | VEHICLES,

23 |               Defendants.

24 |

25 |        I, Maxine Beye, declare:

26 |        1.   I am an officer of Laurel Hill Escrow Services, Inc. and

27 | authorized to make this declaration on its behalf.   The

28 |

1  statements contained in this declaration are of my own personal
2  knowledge and if called I could and would testify to their
3  accuracy.

4      2.  Plaintiff Laurel Hill Escrow Services, Inc. filed an
5  Interpleader Action on May 22, 2007 and deposited, with this
6  Court, funds in the amount of $252,067.50.

7      3.  Laurel Hill Escrow Services, Inc. Is a mere stakeholder
8  with no interest in this amount or any portion thereof, except
9  for an allowance of attorneys fee incurred in this action and
10 allowed under CCP §386.6(a), and conflicting demands have been
11 made upon this amount by parties to the action.

12     4.  The reason for the delay in plaintiff filing this motion
13 to be dismissed is that shortly after filing the Interpleader
14 Action, I suffered a heart attack and stroke.  It has taken quite
15 a bit of time for me to recover sufficient enough to recall and
16 sign this declaration.

17     I declare under penalty of perjury under the laws of the
18 State of California that the foregoing statements are true and
19 correct and that this declaration was signed on December 19, 2007
20 in San Diego, California

21
22                          Maxine Beye
23
24
25
26
27
28

1  Donald Merkin, SBN 62121
   Merkin & Associates, Attorneys
2  4747 Morena Boulevard, Suite 302
   San Diego, California 92117
3  T 858 454-3244
   F 858 270-1420
4
5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.
6
7
8          SUPERIOR COURT OF THE STATE OF CALIFORNIA
9        FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION
10
                                         CASE NO.
11 LAUREL HILL ESCROW SERVICES,          37-2007-00066921-CU-MC-CTL
   INC., a California                        (Unlimited Civil Case)
12 corporation,
                                         DECLARATION OF DONALD
13          Plaintiff,                   MERKIN IN SUPPORT OF COSTS
   VS.                                   AND ATTORNEY FEES IN MOTION
14                                       FOR MOTION TO BE DISMISSED
   IDEVELOPMENT, INC., a                 AND RELIEVED OF LIABILITY
15 California corporation dba
   A & M Towing ; ADVANTAGE
16 TOWING COMPANY, INC., a
   California corporation;
17 MICHAEL BRANDEN, an
   individual; RE/MAX; COMMUNITY         Motion Date: 1/25/08
18 BANK; JIMMY JOHNSON'S KEARNY          Time: 10:30 A.M.
   MESA CHEVROLET; LOMA RIVIERA          Dept: 67
19 76; NCO FINANCIAL SYSTEMS,            Hon. Patricia Cowett
   INC.; BRIDGET LEGERRETTE;
20 GEORGE PONCE; THE HOSE PROS;
   VOIT COMMERCIAL BROKERAGE;
21 WELCH'S TIRES, INC.; AT&T; and
   CALIFORNIA DEPARTMENT OF MOTOR
22 VEHICLES,
23          Defendants.
24
25      I, Donald Merkin , declare:
26      1.  I am an attorney admitted to practice law in all courts
27 in the state of California and attorney of record for Laurel Hill
28

1 | Escrow Services, Inc. in this action.

2 |     2.    I have over thirty years experience as a civil trial

3 | litigator and my standard hourly fee is $325.00 per hour and has

4 | been since 1997.

5 |     3.  The statements contained in this declaration are of my

6 | own personal knowledge and if called I could and would testify to

7 | their accuracy.

8 |     4.  Plaintiff Laurel Hill Escrow Services, Inc. filed an

9 | Interpleader Action on May 22, 2007 and deposited, with this

10 | Court, remaining funds in the amount of $252,067.50.

11 |     5.  Since the deposit of funds, Laurel Hill Escrow Services

12 | has expended the following costs and attorney fees:

13 |   Costs:                $ 40.00 filing fee for this Motion

14 |   Attorney Fees:     $975.00 - 3 hours at $325.00/hour

15 |     Attend Michael Brandon Motion hearing: 9/14/07         .6

16 |     Prepare Motion to be Relieved of Liability
17 |     and be dismissed; Declarations; Notice             1.5

18 |     Attend Laurel Hill Escrow Motion hearing 1/25/08     .5

19 |     Many telecons w/creditors                      .4

20 |     6.  Laurel Hill Escrow Services, Inc. requests a

21 | reimbursement for costs and attorneys fees in the amount of

22 | $1,015.00 from the fees deposited with this court.

23 |     I declare under penalty of perjury under the laws of the

24 | State of California that the foregoing is true and correct and

25 | that this declaration was signed on December 18, 2007.

26 |

27 | _____
           Donald Merkin

28 |

1  Donald Merkin, SBN 62121
   Merkin & Associates, Attorneys
2  4747 Morena Boulevard, Suite 302
   San Diego, California 92117
3  T 858 454-3244
   F 858 270-1420
4

5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10
                                        CASE NO.
11 LAUREL HILL ESCROW SERVICES,         37-2007-00066921-CU-MC-CTL
   INC., a California                      (Unlimited Civil Case)
12 corporation,
                                        DECLARATION Of ALICE STARR
13          Plaintiff,                  IN SUPPORT MOTION FOR
   VS.                                  MOTION TO BE DISMISSED AND
14                                      RELIEVED OF LIABILITY
   IDEVELOPMENT, INC., a
15 California corporation dba
   A & M Towing ; ADVANTAGE
16 TOWING COMPANY, INC., a
   California corporation;
17 MICHAEL BRANDEN, an                  Motion Date: 1/25/08
   individual; RE/MAX; COMMUNITY        Time: 10:30 A.M.
18 BANK; JIMMY JOHNSON'S KEARNY         Dept: 67
   MESA CHEVROLET; LOMA RIVIERA         Hon. Patricia Cowett
19 76; NCO FINANCIAL SYSTEMS,
   INC.; BRIDGET LEGERRETTE;
20 GEORGE PONCE; THE HOSE PROS;
   VOIT COMMERCIAL BROKERAGE;
21 WELCH'S TIRES, INC.; AT&T; and
   CALIFORNIA DEPARTMENT OF MOTOR
22 VEHICLES,

23          Defendants.

24

25      I, Alice Starr, declare:

26      1.  I am the office administrator for Merkin & Associates,

27 attorneys of record for Plaintiff Laurel Hill Escrow Services,

28 Inc.

968AA- DECLARATION OF ALICE STARR RE SERVICE

1    2.    The statements in this declaration are of my own

2 personal knowledge and if called I could and would competently

3 testify to their content.

4    3.    All defendants in this action have been served with the

5 complaint, summons, Notice of Case Assignment, Notice to

6 Litigants, and Notice of Mediation.

7    I declare under penalty of perjury under the laws of the

8 State of California that the foregoing statements are true and

9 correct and that this declaration was signed on December 19, 2007

10 in San Diego, California.

11

12    _____

13    Alice M. Starr

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):          TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| Donald Merkin, Esq., SBN 62121<br>Merkin & Associates, Attorneys<br>4747 Morena Boulevard., Suite 302, San Diego, CA 92117<br>San Diego, CA 92117<br>ATTORNEY FOR (Name):   Plaintiff Laurel Hill Escrow Services, Inc. | Clerk of the<br><br>JAN 1 8 2008<br><br>By: PATRICIA F. LEGLER, Deputy |

Insert name of court and name of judicial district and branch court, if any:

California Superior Court, San Diego County, Central

PLAINTIFF/PETITIONER:  Laurel Hill Escrow Services, Inc.

DEFENDANT/ RESPONDENT: Idevelopment, Inc., et al.

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [ ] Personal Injury, Property Damage, or Wrongful Death<br>　　[ ] Motor Vehicle    [ ] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[✓] Other (specify) :   Interpleader | 37-2007-00066921-CU_MC_CTL |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:

  a. (1) [ ] With prejudice    (2) [✓] Without prejudice

  b. (1) [ ] Complaint    (2) [ ] Petition
    (3) [ ] Cross-complaint filed by (name):　　　　　　　on (date):
    (4) [ ] Cross-complaint filed by (name):　　　　　　　on (date):
    (5) [ ] Entire action of all parties and all causes of action
    (6) [✓] Other (specify):* Dismiss ONLY def NCO Financial Services, Inc. from First Amended Complaint

Date: 1/18/08

Donald Merkin

(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ _____ (SIGNATURE)

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
  Date:

▶ _____ (SIGNATURE)

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)

3. [ ] Dismissal entered as requested on (date):
4. [X] Dismissal entered on (date): 1/18/08    as to only (name): as above
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [X] a. Attorney or party without attorney notified on (date): 1/18/08
    b. Attorney or party without attorney not notified. Filing party failed to provide
    [ ] a copy to conformed [ ] means to return conformed copy

Date: 1/18/08          Clerk, by PATRICIA F. LEGLER _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal Rules of Court, rule 3.1390
www.JuriSearch.com

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys          858 454-3244
4747 Morena Boulevard., Suite 302
San Diego,  CA  92117

ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

TELEPHONE NO.: 858 454-3244

FOR COURT USE ONLY

F I L E D
Clerk of ...

JAN 18 2008

By: PATRICIA F. LEGLER, Deputy

Insert name of court and name of judicial district and branch court, if any:

California Superior Court, San Diego County, Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/ RESPONDENT: Idevelopment, Inc., et al.

**REQUEST FOR DISMISSAL**

☐ Personal Injury, Property Damage, or Wrongful Death
  ☐ Motor Vehicle    ☐ Other
☐ Family Law
☐ Eminent Domain
☑ Other (specify) :  Interpleader

CASE NUMBER:
37-2007-00066921-CU-MC-CTL

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                          on (date):
      (4) ☐ Cross-complaint filed by (name):                          on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* Dismiss ONLY def California Department of Motor Vehicles from First Amended
                                                                        Complaint

Date: 1/11/08

Donald Merkin                                    ► [signature]
                                                                        (SIGNATURE)
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)     Attorney or party without attorney for:
*If dismissal requested is of specified parties only of specified causes of     ☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
action only, or of specified cross-complaints only, so state and identify
the parties, causes of action, or cross-complaints to be dismissed.              ☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

                                                 ► 
                                                                        (SIGNATURE)
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)     Attorney or party without attorney for:
** If a cross-complaint-or Response (Family Law) seeking affirmative     ☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
relief -is on file, the attorney for cross-complainant (respondent) must
sign this consent if required by Code of Civil Procedure section 581 (i)      ☐ Cross - complainant
or (j).

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date):
4. ☑ Dismissal entered on (date): 1/18/08    as to only (name): as above
5. ☐ Dismissal **not entered** as requested for the following reasons (specify):

6. ☑ a. Attorney or party without attorney notified on (date): 1/18/08
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conformed ☐ means to return conformed copy

      Date: 1/18/08          Clerk, by          PATRICIA F. LEGLER          , Deputy
                                                                        Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California            **REQUEST FOR DISMISSAL**          Code of Civil Procedure, § 581 et seq.
CIV-110 [Rev. January 1, 2007]                                          Cal. Rules of Court, rule 3.1390
                                                                        www.JuriSearch.com

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*       TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| — Donald Merkin, Esq., SBN 62121<br>Merkin & Associates, Attorneys<br>4747 Morena Boulevard., Suite 302, San Diego, CA 92117<br>San Diego, CA 92117<br>ATTORNEY FOR *(Name):* Plaintiff Laurel Hill Escrow Services, Inc. | F i l e d<br>Clerk of the Superior Court<br><br>JAN 1 8 2008<br><br>By: PATRICIA F. LEGLER, Deputy |

Insert name of court and name of judicial district and branch court, if any:

California Superior Court, San Diego County, Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/ RESPONDENT: Idevelopment, Inc., et al.

| **REQUEST FOR DISMISSAL** | CASE NUMBER: |
|---|---|
| ☐ Personal Injury, Property Damage, or Wrongful Death<br>   ☐ Motor Vehicle    ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other *(specify):* Interpleader | 37-2007-00066921-CU_MC_CTL |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☑ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):*              on *(date):*
      (4) ☐ Cross-complaint filed by *(name):*              on *(date):*
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other *(specify):** Dismiss ONLY def Jimmy Johnson Kearney Mesa Chevrolet from the first Amended Complaint

Date: 1/18/08

Donald Merkin

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

▶ *(signature)*

(SIGNATURE)
Attorney or party without attorney for:
☑ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)
** If a cross-complaint or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

▶

(SIGNATURE)
Attorney or party without attorney for:
☐ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross - complainant

*(To be completed by clerk)*

3. ☐ Dismissal entered as requested on *(date):*
4. ☑ Dismissal entered on *(date):* 1/18/08    as to only *(name):* as above
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

6. ☑ a. Attorney or party without attorney notified on *(date):* 1/18/08
      b. Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to conformed    ☐ means to return conformed copy

Date: 1/18/08            Clerk, by      PATRICIA F. LEGLER      , Deputy

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.JuriSearch.com
Page 1 of 1

CALENDAR NUMBER **25**

SAN DIEGO SUPERIOR COURT – DEPARTMENT 67
JUDGE PATRICIA YIM COWETT
LAW & MOTION CALENDAR, TENTATIVE RULINGS FOR September 14, 2007.

NOTICE TO COUNSEL:
The following "Tentative" rulings of the Court on the Motion calendared for hearing today for the assistance of counsel and the parties in preparing to address the Court in their matter.

The "Tentative" rulings set forth reflect the Court's current view of the matter based upon the written argument and pleadings that the Court received.

---

**37-2007-00066921      *Laurel Hill Escrow Services, Inc. v. IDevelopment Inc., et al.***

Mr. Branden's motion to release his commission for the sale of IDevelopment, Inc. dba A&M Towing to Advantage Towing is hereby denied without prejudice. It appears the sale has not been fully consummated. Moreover, the Court finds Mr. Branden has not provided sufficient evidence to support his assertion that he has completed the work entitling him to the commissions claimed at this time, nor has the Business Purchase Agreement setting forth the details of terms of his commission been presented.

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
CENTRAL

**MINUTE ORDER**

Date: 11/16/2007                    Time: 10:30:00 AM          Dept:  C-67

Judicial Officer Presiding:  Judge Judith F. Hayes

Clerk: Patricia Legler

Bailiff/Court Attendant:

ERM:

Reporter: Marvel S. McDonald
Case Init. Date: 05/22/2007
Case No: 37-2007-00066921-CU-MC-CTL             Case Title: Laurel Hill Escrow Services INC vs. Idevelopment INC

Case Category: Civil - Unlimited        Case Type: Misc Complaints - Other

Event Type: Motion Hearing (Civil)

Appearances:

Michael Branden appears in pro per.

The Court confirms the tentative ruling as follows:

Mr. Branden's motion to release money in bulk sale transaction is hereby denied.

When an escrow holder, such as Plaintiff, brings an interpleader action, a two-step procedure is generally followed. First, it is determined whether the plaintiff may bring the suit and force the claimants to interplead. Second, if it is so determined, then the court will discharge the plaintiff from liability and "the action may proceed for the determination of the rights of the various claimants to the property which is then in the custody of the court." (City of Morgan Hill v. Brown (1999) 71 Cal.App.4th 1114, 1127.)

In this action, it is premature for this Court to proceed to make a determination as to Mr. Branden's rights to his commission. All of the various claimants, named by Plaintiff, have yet to appear in this action. In fact, the Court recognizes that Mr. Branden has only served this motion on Plaintiff and has failed to serve any of the other creditors who have appeared. As such, these various creditors have not been afforded an opportunity to dispute his claim by filing an opposition to this motion.

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

## MINUTE ORDER

Date: 09/14/2007                    Time: 10:30:00 AM          Dept: C-67

Judicial Officer Presiding: Judge Patricia A. Y. Cowett

Clerk: Patricia Legler

Bailiff/Court Attendant: H. Zaragoza
ERM:

Reporter: Steven Kosmata
Case Init. Date: 05/22/2007
Case No: 37-2007-00066921-CU-MC-CTL          Case Title: Laurel Hill Escrow Services INC vs. Idevelopment INC

Case Category: Civil - Unlimited          Case Type: Misc Complaints - Other

Event Type: Motion Hearing (Civil)

**Appearances:**

Donald Merkin, Esq. appears on behalf of plaintiff and Michael Branden appears in pro per.

The Court having taken the matter under submission, now rules as follows:

Mr. Branden's motion to release his commission for the sale of IDevelopment, Inc. dba A&M Towing to Advantage Towing is hereby denied without prejudice. It appears the sale has not been fully consummated. Moreover, the Court finds Mr. Branden has not provided sufficient evidence to support his assertion that he has completed the work entitling him to the commissions claimed at this time, nor has the Business Purchase Agreement setting forth the details of terms of his commission been presented.

Date: 09/14/2007                    MINUTE ORDER          *Patricia Yim Cowett*
Dept: C-67                                                PATRICIA YIM COWETT          Page: 1
                                                                                Calendar No.: 28

1  Harvey C. Berger (SBN 102973)
   Aaron A. Hayes (SBN 236122)
2  **POPE, BERGER & WILLIAMS, LLP**
   550 West "C" Street, Suite 1400
3  San Diego, California 92101
   Telephone: (619) 595-1366
4  Facsimile: (619) 236-9677

5  Attorneys for Defendants
   GEORGE PONCE, SR.,
6  BRIDGET LEGERRETTE

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9           **COUNTY OF SAN DIEGO - CENTRAL JUDICIAL BRANCH**

10 LAUREL HILL ESCROW SERVICES,      )  Case No. 37-2007-00066921-CU-MC-CTL
   INC., a California corporation,   )
11                                   )  Judge: Hon. Patricia A.Y. Cowett
            Plaintiff,               )  Dept: C-67
12                                   )
   vs.                               )
13                                   )
   IDEVELOPMENT, INC., a California  )  **DEFENDANTS GEORGE PONCE, SR.,**
14 corporation dba A&M TOWING;       )  **AND BRIDGET LEGERRETTE'S**
   ADVANTAGE TOWING COMPANY, INC.,   )  **OBJECTIONS TO EVIDENCE CITED**
15 a California corporation; MICHAEL  )  **BY MICHAEL BRANDEN IN MOTION**
   BRANDEN, an individual; RE/MAX;   )  **OF MICHAEL BRANDEN TO**
16 COMMUNITY BANK; JIMMY             )  **RELEASE MONEY IN BULK SALE**
   JOHNSON'S KEARNY MESA             )  **TRANSACTION**
17 CHEVROLET; LOMA RIVIERA 76; NCO   )
   FINANCIAL SYSTEMS, INC.; BRIGET   )
18 LEGERRETTE; GEORGE PONCE; THE     )
   HOSE PROS; VOIT COMMERCIAL        )
19 BROKERAGE; WELCH'S TIRES, INC.;   )  Hearing Date: January 18, 2008
   AT&T; and CALIFORNIA DEPARTMENT   )  Hearing Time: 10:30am
20 OF MOTOR VEHICLES,                )
                                     )
21         Defendants.               )
                               _____)
22

23         Defendants GEORGE PONCE, SR. and BRIDGET LEGERRETTE respectfully submit these

24 Objections to Evidence Cited by Michael Branden in the Motion of Michael Branden to Release Money

25 in Bulk Sale Transaction.

26 ///

27 ///

28 ///

                                    - 1 -

1         **I. Letter from William Carpenter to the Court (Portion of Branden's Exhibit 1):**

2  OBJECTION: Lacks foundation; hearsay.

3

4         **II. Letter from Idevelopment, Inc., to the Court (Portion of Branden's Exhibit 1):**

5  OBJECTION: Lacks foundation; hearsay; and constitutes improper opinion.

6

7         **III. Document Purporting to be a Business Purchase Agreement**

8                **(Branden's Exhibit 2:**

9  OBJECTION: Lacks foundation; hearsay.

10

11  Respectfully Submitted,                       **POPE, BERGER AND WILLIAMS, LLP**

12

13  _1/4/08_
  Date                                Harvey C. Berger

14                                      Aaron A. Hayes

15                                      Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS GEORGE PONCE, SR., AND BRIDGET LEGERRETTE'S OPPOSITION TO MOTION OF
MICHAEL BRANDEN TO RELEASE MONEY IN BULK SALE TRANSACTION

1  Harvey C. Berger (SBN 102973)
   Aaron A. Hayes (SBN 236122)
2  **POPE, BERGER & WILLIAMS, LLP**
   550 West "C" Street, Suite 1400
3  San Diego, California 92101
   Telephone: (619) 595-1366
4  Facsimile: (619) 236-9677

5  Attorneys for Defendants
   GEORGE PONCE, SR.,
6  BRIDGET LEGERRETTE

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9         **COUNTY OF SAN DIEGO - CENTRAL JUDICIAL BRANCH**

10  LAUREL HILL ESCROW SERVICES,          )    Case No. 37-2007-00066921-CU-MC-CTL
    INC., a California corporation,       )
11                                        )    Judge: Hon. Patricia A.Y. Cowett
          Plaintiff,                      )    Dept: C-67
12                                        )
    vs.                                   )
13                                        )
    IDEVELOPMENT, INC., a California      )    **DEFENDANTS GEORGE PONCE, SR.,**
14  corporation dba A&M TOWING;           )    **AND BRIDGET LEGERRETTE'S**
    ADVANTAGE TOWING COMPANY, INC.,)      )    **OPPOSITION TO MOTION OF**
15  a California corporation; MICHAEL     )    **MICHAEL BRANDEN TO RELEASE**
    BRANDEN, an individual; RE/MAX;       )    **MONEY IN BULK SALE**
16  COMMUNITY BANK; JIMMY                 )    **TRANSACTION**
    JOHNSON'S KEARNY MESA                 )
17  CHEVROLET; LOMA RIVIERA 76; NCO       )
    FINANCIAL SYSTEMS, INC.; BRIGET       )
18  LEGERRETTE; GEORGE PONCE; THE         )    Hearing Date: January 18, 2008
    HOSE PROS; VOIT COMMERCIAL            )    Hearing Time: 10:30am
19  BROKERAGE; WELCH'S TIRES, INC.;       )
    AT&T; and CALIFORNIA DEPARTMENT       )
20  OF MOTOR VEHICLES,                    )
                                          )
21        Defendants.                     )
    _____)
22

23         Defendants GEORGE PONCE, SR. and BRIDGET LEGERRETTE respectfully submit this

24  Opposition to the Motion of Michael Branden to Release Money in Bulk Sale Transaction.

25                    **I. THE MOTION IS IMPROPER**

26         Once funds have been interplead by a plaintiff, it is the responsibility of each defendant-claimant

27  upon those funds to establish their claim in the litigation, so as to allow the Court to make a final

28  determination as to the respective rights of each defendant-claimant to the funds. (*State Farm Fire &*

                                     - 1 -

1   *Cas. Co. v. Pietak* (2001) 90 Cal.App.4th 600, 612.)  Only once all defendant-claimants have had an

2   opportunity to present evidence of their entitlement to the funds held in interpleader can a final

3   determination on the merits be made, and the interpleader action is, by its nature, litigation between all

4   defendant-claimants to establish their rights to funds interplead.  (*Id.*)

5        The present motion of Michael Branden ignores the proper procedure required for claiming

6   funds held in an interpleader and seeks to have funds released without providing other defendant-

7   claimants the opportunity to conduct discovery as to the propriety of Mr. Branden's claim, and

8   otherwise seeks a final determination of Mr. Branden's claim without requiring Mr. Branden to litigate

9   his claim amongst the other defendant-claimants, as required by California law.  (*See* C.C.P. §386(b);

10  *Hancock Oil Co. v. Hopkins* (1944) 24 Cal.2d 497, 508.)

11       Although Mr. Branden sets forth in his motion facts *which he believes* entitle him to certain

12  funds held in interpleader, he must prove these facts through the course of this litigation, after all

13  defendant-claimants have had an opportunity to conduct discovery and establish their own claims, such

14  that the court can make a final determination. Mr. Branden faces no prejudice by being required to

15  properly prove and await his funds at the conclusion of the interpleader action, as he will "recover in

16  this [interpleader] proceeding all that he is entitled to receive." (*Williams v. Gilmore* (1942) 51

17  Cal.App.2d 684, 690.)

18                                      **II.  CONCLUSION**

19       Based upon the foregoing, Defendants respectfully request that Michael Branden's motion be

20  denied in its entirety.

21
22  Respectfully Submitted,                           **POPE, BERGER AND WILLIAMS, LLP**

23

24  Date  1/4/08                                      Harvey C. Berger
                                                      Aaron A. Hayes
25                                                    Attorneys for Defendant

26

27

28

                                              - 2 -

DEFENDANTS GEORGE PONCE, SR., AND BRIDGET LEGERRETTE'S OPPOSITION TO MOTION OF
MICHAEL BRANDEN TO RELEASE MONEY IN BULK SALE TRANSACTION

1  Harvey C. Berger (SBN 102973)
   Aaron A. Hayes (SBN 236122)
2  **POPE, BERGER & WILLIAMS, LLP**
   550 West "C" Street, Suite 1400
3  San Diego, California 92101
   Telephone: (619) 595-1366
4  Facsimile: (619) 236-9677

5  Attorneys for Defendants
   GEORGE PONCE, SR.,
6  BRIDGET LEGERRETTE

7

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9         **COUNTY OF SAN DIEGO - CENTRAL JUDICIAL BRANCH**

10 | LAUREL HILL ESCROW SERVICES, | ) | Case No. 37-2007-00066921-CU-MC-CTL
   | INC., a California corporation, | ) |
11 | | ) | Judge: Hon. Patricia A.Y. Cowett
   |               Plaintiff, | ) | Dept: C-67
12 | | ) |
   | vs. | ) |
13 | | ) |
   | IDEVELOPMENT, INC., a California | ) | **DEFENDANTS GEORGE PONCE, SR.,**
14 | corporation dba A&M TOWING; | ) | **AND BRIDGET LEGERRETTE'S**
   | ADVANTAGE TOWING COMPANY, INC., | ) | **OBJECTIONS TO EVIDENCE CITED**
15 | a California corporation; MICHAEL | ) | **BY MICHAEL BRANDEN IN MOTION**
   | BRANDEN, an individual; RE/MAX; | ) | **OF MICHAEL BRANDEN TO**
16 | COMMUNITY BANK; JIMMY | ) | **RELEASE MONEY IN BULK SALE**
   | JOHNSON'S KEARNY MESA | ) | **TRANSACTION**
17 | CHEVROLET; LOMA RIVIERA 76; NCO | ) |
   | FINANCIAL SYSTEMS, INC.; BRIGET | ) |
18 | LEGERRETTE; GEORGE PONCE; THE | ) |
   | HOSE PROS; VOIT COMMERCIAL | ) |
19 | BROKERAGE; WELCH'S TIRES, INC.; | ) | Hearing Date: January 18, 2008
   | AT&T; and CALIFORNIA DEPARTMENT | ) | Hearing Time: 10:30am
20 | OF MOTOR VEHICLES, | ) |
   | | ) |
21 |               Defendants. | ) |
   | | ) |
22 |

23        Defendants GEORGE PONCE, SR. and BRIDGET LEGERRETTE respectfully submit these

24 Objections to Evidence Cited by Michael Branden in the Motion of Michael Branden to Release Money

25 in Bulk Sale Transaction.

26 ///

27 ///

28 ///

                                    - 1 -

1    **I. Letter from William Carpenter to the Court (Portion of Branden's Exhibit 1):**

2    OBJECTION: Lacks foundation; hearsay.

3

4    **II. Letter from Idevelopment, Inc., to the Court (Portion of Branden's Exhibit 1):**

5    OBJECTION: Lacks foundation; hearsay; and constitutes improper opinion.

6

7    **III. Document Purporting to be a Business Purchase Agreement**

8    **(Branden's Exhibit 2:**

9    OBJECTION: Lacks foundation; hearsay.

10

11   Respectfully Submitted,                           POPE, BERGER AND WILLIAMS, LLP

12

13   1/4/08

14   Date                                              Harvey C. Berger
                                                       Aaron A. Hayes
15                                                     Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1   Michael Branden
    5340 Las Virgenes Road #1
2   Calabasas, CA 91302
    T 818 522-6060
3

4

5   Defendant, In Pro Per.

6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9             FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11  Laurel Hill Escrow Services, Inc., a    )  Case No.:37-2007-00066921-CU-MC-CTL
                                  )
12  California Corporation              )  Hearing Date/Time: 9/14/07, 10:30 a.m.
                                  )  Dept. No.: 67
13         Plaintiff,          )  Hearing Judge: Patricia Cowett
                                  )
14    vs.                      )  Motion to Release Michael Branden's
                                  )  commission in bulk sale transaction.
15        Defendant         )
                                  )
16  Michael Branden, Real Estate Agent

17  ────────────────────────────

18      Notice is hereby given to Laurel Hill Escrow Services, Inc., A California

19  Corporation, and their Attorney of record Donald Merkin;

20      PLEASE TAKE NOTICE THAT I will be appearing before Judge Patricia Cowett,

21  on September 14, 2007 at 10:30 am, in no. 67 of the above-entitled Court, located at

22  330 West Broadway, San Diego, CA 92101. I will request from the court to release of

23  my commission in the transaction involving the sale and purchase of a towing company

24  between Idevelopemnt, Inc. doing business as

25  A & M Towing, (sellers) and Mr. Aymen Arekat, (buyer) owner of Advantage Towing.


    MOTION TO RELEASE MICHAEL BRANDEN'S COMMISSION IN BULK SALE TRANSACTION - 1

1   My name is Michael Branden, and I am the real estate agent who represented both Mr.

2   and Mrs. Yacoubian, owners of Idevelopemnt, Inc. doing business as A & M Towing,

3   (sellers) and Mr. Aymen Arekat, owner of Advantage Towing,(buyer) in the purchase

4   and sell of a towing business in San Diego, in the amount of $226,145.00 Dollars.

5

6   Due to special circumstances concerning this transaction, prior to closing of escrow,

7   Aymen Arekat (buyer), owner of Advantage Towing, immediately took possession of the

8   business together with all its interests and assets on

9   May 1, 2007. In exchange, buyer paid seller the purchase price of $226,145.00 Dollars

10   in the form of a cashier's check. The buyer made out a separate cashier's check in the

11   amount of $ 31,500.00 Dollars for services rendered by me.

12

13   My duties were properly performed and my contractual obligations were completed

14   when the buyer took possession of business and paid the seller the purchase amount.

15

16   My commission is paid by Aymen Arekat (buyer) and not the seller, pursuant to

17   Business Purchase Agreement and joint escrow instructions, agreed and signed by both

18   parties dated April 25, 2007, page 6, item # 40, which states that Aymen Arekat (buyer)

19   has agreed to pay for agent's commission in the amount of $31,500.00 Dollars. There is

20   no reason for the court to withhold my commission until such date when seller's

21   creditors reach a settlement.

22

23   At this point of the transaction, due to nature of this business, refunding buyers' money

24   and returning the business to sellers as it was before the transfer of the business, is not

25   an option. Henceforth, this transaction is irreversible.


MOTION TO RELEASE MICHAEL BRANDEN'S COMMISSION IN BULK SALE TRANSACTION - 2

1   My commission is separate and excluded from seller's proceeds for the sell of A & M

2   towing.  Therefore, seller's creditors have no right to make a claim on my commission.

3   Releasing my commission does not affect the outcome of the dispute among seller's

4   creditors as both parties to the transaction agreed that Aymen Arekat (buyer) would pay

5   my commission.

6

7   Therefore, respectfully, I hereby request the release of commission in the amount of

8   $31,500.00 Dollars.

9

10   I declare under the penalty of perjury under the laws of state of California, that the

11   forgoing is true and correct.

12                                              Executed on July 26, 2007.

13

14
                                                Michael Branden
15                                              Defendant, In pro Per

16

17

18

19

20

21

22

23

24

25


MOTION TO RELEASE MICHAEL BRANDEN'S COMMISSION IN BULK SALE TRANSACTION - 3