KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-9668
Facsimile:    (202) 307-0054
E-mail:         lauren.m.castaldi@usdoj.gov
E-mail:         justin.s.kim@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, <br><br> Defendants, <br><br> v. | Case No. 08-CV-0301-H-JMA <br><br> UNITED STATES' INTERVENOR COMPLAINT TO ASSERT CLAIM TO PROPERTY AND TO DETERMINE RIGHTS TO PROPERTY <br><br> Removed from San Diego County, California Superior Court Case No. 37-2007-00066921-CU-MC-CTL |

-1-                                          Intervenor Complaint

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The United States, through counsel, complains and alleges as follows:

## I. INTERVENOR COMPLAINT

### Introduction

1.   The United States asserts that federal tax liens attach to all property and rights to property of IDevelopment, Inc., which was sold, leaving $257,645.00 in net proceeds to be distributed by Plaintiff.  Because the United States has valid liens against IDevelopment, Inc. for unpaid federal tax liabilities as set forth below, the United States is entitled to the proceeds in this matter.

### Jurisdiction and Venue

2.   This action is brought according to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States, with the authorization and at the request of the Associate Area Counsel of the Internal Revenue Service, a duly authorized delegate of the Secretary of Treasury.

3.   The United States claims an interest according to 26 U.S.C. § 7424 because the United States asserts a lien right in the proceeds which are the subject of the underlying action.

4.   Jurisdiction and venue are proper in the Southern District of California, because the funds at issue in this matter are located within said district.

### Federal Tax Liabilities of IDevelopment, Inc.

5.   On the dates indicated below, a duly authorized delegate of the Secretary of the Treasury made assessments against IDevelopment, Inc. for unpaid federal employment taxes, penalties, interest, and other statutory additions accruing thereto as follows:

| Type of Tax | Tax Period | Total Balance[1] | Date of Assessment |
|---|---|---|---|
| 941 | 12/31/2004 | $3,210.41 | 04/16/2007 |

---

[1] The amounts in the Total Balance column of this chart reflect what the taxpayers owed including accrued interest and statutory additions up through January 31, 2008.

| 941 | 06/30/2005 | $17,828.27 | 10/09/2006 |
|---|---|---|---|
| 941 | 09/30/2005 | $56,917.62 | 09/25/2006 |
| 941 | 12/31/2005 | $72,529.11 | 11/06/2006 |
| 941 | 03/31/2006 | $74,678.83 | 12/18/2006 |
| 941 | 06/30/2006 | $60,152.28 | 12/18/2006 |
| 941 | 09/30/2006 | $47,889.47 | 02/05/2007 |
| 941 | 12/31/2006 | $45,942.65 | 04/30/2007 |
| 940 | 12/31/2006 | $481.54 | 07/23/2007 |
|  |  | Total: $379,630.18 |  |

6. Despite timely notice and demand for payment of the federal tax assessments described in paragraph 5, IDevelopment, Inc. has neglected or refused to pay fully the assessed amounts to the United States.

7. IDevelopment, Inc. is therefore indebted to the United States in the amount of the federal tax assessments, plus statutory additions which as provided by law have accrued since the dates of the assessments.

8. On the dates of the assessments identified in paragraph 5 above, federal tax liens arose in favor of the United States according to 26 U.S.C. §§ 6321 and 6322 and attached to all property and rights to property of IDevelopment, Inc..

9. A Notice of Federal Tax Lien relating to the federal income tax assessments for the period ending December 31, 2004 was filed against IDevelopment, Inc. on July 3, 2007 with the California Secretary of State.

10. A Notice of Federal Tax Lien relating to the federal income tax assessments for the periods ending June 30, September 30, and December 31 2005, and March 31, June 30, and September 30, 2006 was filed against IDevelopment, Inc. on February 1, 2007 with the California Secretary of State.

11. A Notice of Federal Tax Lien relating to the 941 federal income tax assessments for the period ending December 31, 2006 was filed against IDevelopment, Inc. on April 24, 2007 with the California Secretary of State.

12. As of January 31, 2008, there remains due and owing from IDevelopment, Inc. the sum of approximately $379,630.18, with respect to the income tax assessments described in paragraphs 5, plus accrued but unassessed interest, penalties, and other statutory additions as provided by law.

13. The United States claims an interest in the deposited funds at issue by virtue of its recorded statutory liens against the property of IDevelopment, Inc.

WHEREFORE, the United States requests that the Court:

A. Declare that the United States has valid and subsisting federal tax liens, which attach to all property and rights to property of IDevelopment, Inc., including but not limited to the proceeds herein.

B. Adjudge the rights and liabilities of parties to this suit.

C. Order distribution of the proceeds to the United States and to the other claimants in this action in accordance with the priority determined by the Court.

D. Award the United States such other and further relief as the Court deems just and proper.

Respectfully submitted this 19th day of February, 2008.

KAREN P. HEWITT
United States Attorney

TOM STAHL
Assistant United States Attorney
Chief, Civil Division


 /s/ Lauren Castaldi
JUSTIN S. KIM
LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
Attorneys for the United States of America

-4-    Intervenor Complaint