KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-9668
Facsimile:   (202) 307-0054
E-mail:   lauren.m.castaldi@usdoj.gov
E-mail:   justin.s.kim@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>Defendants,<br><br>v. | Case No. 08-CV-0301-H-JMA<br><br>CERTIFICATE OF SERVICE<br><br>Removed from San Diego County, California Superior Court<br>Case No. 37-2007-00066921-CU-MC-CTL |

-1-                    Certificate of Service

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Intervenor Defendant. | ) |
| | ) |

I HEREBY CERTIFY that service of the United States' INTERVENOR COMPLAINT TO ASSERT CLAIM TO PROPERTY AND TO DETERMINE RIGHTS TO PROPERTY, has been made this 19th day of February, 2008, by United States' Mail to:

Donald Merkin
Merkin & Associates
4747 Morena Blvd. Suite 302
San Diego, CA 92117
(Attorney for Plaintiff)

Aaron A. Hayes
Pope, Berger & Willams, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
(Attorney for Defendant Ponce and Liggerette)

Steve Lopez, Esq.
Geraci & Lopez
13355 Midland Road
Suite 140
Poway, CA 92064
(Attorney for Advantage Towing)

Cynthia M. Jones, Esq.
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego, CA 92130
(Attorney for Idevelopment)

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd.. 14" Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

Hugh A. McCabe, Esq.
Neil, Dymott, Frank, McFall, & Trexler
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
(special notice - lien holder for attorney fees)

1. The Hose Pros
   7375 Convoy Court
2. San Diego, CA 92117

3. Voit Commercial Brokerage
   4370 La Jolla Village Drive
4. Suite 990
   San Diego, CA 92122
5.
   Welch's Tires, Inc.
6. 3724 Main Street
   San Diego, CA 92113
7.
   ReMax
8. 23586 Calabasas Road
   Suite 105
9. Calabasas, CA 91302

10. Michael Brandon
    Re/Max Commercial
11. 5340 Las Virgenes Road #1
    Calabasas, CA 91302
12. (in pro per)

13. Loma Riviera 76 Station
    4049 W. Point Loma Blvd.
14. San Diego, CA 92110

15.
16.
17.
                                    /s/ Lauren Castaldi
18.                                 LAUREN M. CASTALDI
                                    Trial Attorney, Tax Division
19.                                 U.S. Department of Justice
                                    Attorney for the United States of America
20.
21.
22.
23.
24.
25.
26.
27.
28.                          -3-                    Certificate of Service