```
1  Donald Merkin, SBN 62121
   Merkin & Associates, Attorneys
2  4747 Morena Boulevard, Suite 302
   San Diego, California 92117
3  T 858 454-3244
   F 858 270-1420
4

5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.
```

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br>VS.<br><br>IDEVELOPMENT, INC., a California corporation; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; and AT&T,<br><br>    Defendants. | CASE NO. 08-CV-0301<br><br>STATUS REPORT<br>(STATUS OF DEFENDANTS) |

The following is the status of defendants in this action:

| Defendant | Type of Service | | Currently Party to action |
|---|---|---|---|
| Idevelopment, Inc. | Signed Ack of Receipt 7/13/07 (by Jason Jones, Esq.) | Answered Complaint August 13, 2007 | yes |

| | | | |
|---|---|---|---|
| Advantage Towing Co., Inc. | Signed Ack of Receipt 8/10/07 (by Stephen Lopez, Esq.) | Answered Complaint 1/31/08 | yes |
| Community Bank | Signed Ack of Receipt 8/17/07 (by Mark L. Share, Esq. | Answered Complaint 10/1/07 | yes |
| Bridget Ligerrette | Signed Ack of Receipt 7/30/07 (by Aaron Hayes, Esq.) | Answered Complaint 8/29/07 | yes |
| George Ponce | Signed Ack of Receipt 7/30/07 (by Aaron Hayes, Esq.) | Answered Complaint 8/29/07 | yes |
| California Department of Motor Vehicles | Signed Ack of Receipt 9/1/07 (by Francis E. Coats, Esq.) | Withdrew Claim; Requested dismissal  Dismissed 1/18/08 | No |
| NCO Financial Systems, Inc. | Signed Ack of Receipt 8/30/07 (signed by K. Klum) | Withdrew Claim Requested dismissal (by corporate counsel D. Kirkpatrick, Esq.)  Dismissed 1/18/07 | No |
| RE/MAX | Signed Ack of Receipt 7/23/07 | Withdrew Claim Requested dismissal  Dismissed 1/18/07 | No |
| AT&T | Signed Ack of Receipt 7/18/07 | Withdrew Claim Requested dismissal  Dismissed 1/18/07 | No |
| Jimmy Johnson Kearney Mesa Chevrolet | Signed Ack of Receipt 7/30/07 (signed by general manager) | Withdrew Claim Requested dismissal  Dismissed 1/18/07 | No |

-2-

| Hose Pros | Signed Ack of Receipt 7/15/07 (by F.J. McWilliam, VP) | Request for Default filed 2/7/08<br><br>Default entered 2/7/08 | No |
|---|---|---|---|
| Michael Branden | Signed Ack of Receipt 7/13/07 | Request for Default filed 2/8/08<br><br>Default pending | pending |
| Loma Riviera 76 | Personally served by process Frank Barca 9/2/07 (authorized agent for service) | Request for Default filed 2/8/08<br><br>Default pending | pending |
| Voit Commercial Brokerage | Signed Ack of Receipt 7/12/07 (by Linda Dunfree, Managing Partner) | Request for Default filed 2/8/08<br><br>Default pending | pending |
| Welch's Tires | Signed Ack of Receipt 7/13/07 (by Bertha Cueva, Owner) | Request for Default filed 2/8/08<br><br>Default pending | pending |

Dated: 2/19/08

Merkin & Associates

Donald Merkin, Attorney
For Plaintiff Laurel Hill
Escrow Services, Inc.