## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| Laurel Hill Escrow Services, Inc., a California Corporation | vs | ID Development, Inc., et al | No. | 08-CV-301 H (JMA) |
|---|---|---|---|---|
| Hon. N/A | Deputy Clerk N/A | Court Reporter | | N/A |

It is hereby ordered that Marilyn L. Huff hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: Judge Sammartino

New Case #: '08 CR 0301 JLS (JMA)

Please forward judge's court file to new assigned judge.

Date: March 10, 2008   Deputy: T. Mason