1  Michael Branden
   5340 Las Virgenes Road #1
2  Calabasas, CA 91302
   Tel.: (818) 522-6060
3



4

5  Defendant, In Pro Per.

6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

10                          '08 CV 0301-SYS-JMA

11 Laurel Hill Escrow Services, Inc., a      ) Case No.:37-2007-00066921-CU-MC-CTL
                                              )
12 California Corporation                     ) Hearing Date/Time: 2/29/08, 10:30 a.m.
                                              ) Dept. No.: 67
13         Plaintiff,                         ) Hearing Judge: David B. Oberholtzer
                                              )
14    vs.                                     ) Forgoing lawsuit.
                                              ) (exhibit 1:  Escrow letter concerning
15         Defendant                          ) commission)
                                              )
16 Michael Branden, Real Estate Agent

17 _____

18     Notice is hereby given to Laurel Hill Escrow Services, Inc., US Attorneys office,

19 The Hose Pros, Voit Commercial Brokerage, Welch's Tires, Inc., Re/max OTB, Jimmy

20 Johnson Kearney Mesa Chevrolet, Loma Riviera 76 Station, NCO Financial Systems,

21 Inc., California Department of Motor Vehicles, Aaron A. Hayes, Esq., Steve Lopez, Esq.,

22 Cynthia M. Jones, Esq., mark I. Share, Esq. and Hugh A. McCabe, Esq.;

23

24 PLEASE TAKE NOTICE To attached letter provided by Encore Escrow (exhibit 1).

25 Encore escrow and the escrow officer providing this letter have no connections or

MOTION TO RELEASE MICHAEL BRANDEN'S MONEY IN BULK SALE TRANSACTION - 1

interest to this law suit. In fact, they have not been informed about this law suit. The purpose of this letter is to inform and prove to court, that agent's commissions can be paid by either seller or buyer. Although, it is customary for sellers to pay agent's commission from their proceeds through escrow, however, it is not mandatory. All aspects of real estate transactions are negotiated between buyer and seller including payment of fees. In the event buyer agrees to pay agent's commission, agent's commission is held separate from seller's proceeds and the commission is paid directly to agent according to the contract. If needed, I am able to provide additional documents, letters, from Department of Real Estate and other escrow companies, stating the same that sales can/do happen under the above procedures. I request the court to acknowledge the error made by Laurel Hill Escrow and their attorney, Donald Merkin, for sending my commission, together with seller's proceeds in one lump sum to the court. As stated in the sales contract, my commission was to be paid by the buyer only and should have been released, to me, by the escrow accordingly.

Without my participation and hard work, this transaction would have never taken place. Many times the buyer and seller had decided not to move forward with this transaction. In fact, seller had decided many times to walk away from the business. If I had allowed this to happen, none of the creditors would now be in line to receive any funds. The negotiation was successful due to my full dedication to close this deal. I spent many hours researching, making calls on my office phone, making numerous cell phone calls, sending many faxes, mailing reports back and forth, revising, reviewing the contract that had to be changed over and over again, and traveling back/forth from Los Angeles to San Diego. I have dedicated my time and invested my money to ensure this transaction closed favorably for both seller and buyer. My fees are absolutely justified and I

1  deserve to be fully compensated for my time and expenses.  Thank you for your time
2  and understanding.
3
4  I declare under the penalty of perjury under the laws of state of California, that the
5  forgoing is true and correct.

Executed on February 13 , 2008.

_____
Michael Branden

Defendant.  In Pro Per



17509 Ventura Blvd., Encino, CA 91316

(818) 528-3933 • Fax: (818) 907-6294

Encore Escrow Company Inc.

January 24, 2008

Rodeo Realty
23528 Calabasas Rd
Calabasas, CA 91302
Attn: Michael Brandon

Hi Michael,

This letter will confirm the fact that yes, Buyer's can pay an agents commission.

In fact there is a separate CAR Form and Agreement that the Buyer's would sign prior to making an offer on a house that states Buyers are responsible for paying their agents commission. The commission is collected thru escrow as part of the Buyers closing costs.

Hope this clears up any questions.

Sincerely,
ENCORE ESCROW

Terri L. Aaseth
Escrow Officer/Escrow Manager



EXHIBIT 1