UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> IDEVELOPMENT, INC., et al., <br><br> Defendants. | Case No. 08-CV-0301-H (JMA) <br><br> **ORDER RESCHEDULING TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

    On the Court's own motion, **IT IS HEREBY ORDERED** that the telephonic Early Neutral Evaluation Conference scheduled for **March 27, 2008** shall now commence at **9:30 a.m.** rather than at 10:00 a.m. as previously set forth.

    **IT IS SO ORDERED**.

DATED:   March 18, 2008

                                        Jan M. Adler
                                        U.S. Magistrate Judge