1  Hugh A. McCabe, SBN 131828
   David P. Hall, SBN 196891
2  Alan B. Graves, SBN 243076
   NEIL, DYMOTT, FRANK,
3      MCFALL & TREXLER
   A Professional Law Corporation
4  1010 Second Avenue, Suite 2500
   San Diego, CA 92101-4959
5  **P** 619.238.1712
   **F** 619.238.1562
6
   Attorneys for Defendant
7  NEIL, DYMOTT, FRANK,
   McFALL & TREXLER APLC
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | LAUREL HILL ESCROW SERVICES, ) | CASE NO. 08-CV-0301-H-JMA
   | INC., a California corporation, )
12 |                                 ) | [removed form San Diego County Superior Court
   |         Plaintiff,              ) | Case No. 37-2007-00066921-CU-MC-CTL]
13 |                                 )
   | vs.                             ) | **NEIL, DYMOTT, FRANK, McFALL**
14 |                                 ) | **& TREXLER APLC'S NOTICE OF**
   | IDEVELOPMENT, INC., a California ) | **WITHDRAWAL**
15 | corporation dba A&M TOWING;     )
   | ADVANTAGE TOWING COMPANY        ) | **Magistrate Judge: Jan M. Adler**
16 | INC., a California corporation; MICHAEL ) | **Room: 1165**
   | BRANDEN, an individual; RE/MAX; )
17 | COMMUNITY BANK; JIMMY           )
   | JOHNSON'S KEARNY MESA           )
18 | CHEVROLET; LOMA RIVIERA 76;     )
   | NCO FINANCIAL SYSTEMS, INC.;    )
19 | BRIDGET LEGGERRETTE; GEORGE     )
   | PONCE; THE HOSE PROS; VOIT      )
20 | COMMERCIAL BROKERAGE;           )
   | WELCH'S TIRES, INC.; AT&T; and  )
21 | CALIFORNIA DEPARTMENT OF        )
   | MOTOR VEHICLES,                 )
22 |                                 )
   |         Defendants.             )
23 |_____)

24
           **TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**
25
           PLEASE TAKE NOTICE defendant, NEIL, DYMOTT, FRANK, McFALL & TREXLER,
26
   A.P.L.C., hereby withdraws its erroneous docket entry number nine (9) Intervenor COMPLAINT *to*
27
   *Assert Claim to Property and to Determine Rights to Property*, filed by Neil,
28

                                                  1
             NEIL, DYMOTT, FRANK, McFALL & TREXLER APLC'S NOTICE OF WITHDRAWAL

1  Dymott, Frank, McCall & Trexler.(Graves, Alan) (Entered: 03/20/2008).

2

3  Dated:     March 20, 2008                    NEIL, DYMOTT, FRANK,
                                                MCFALL & TREXLER
4                                               A Professional Law Corporation

5

6                                               By:     /s/ Alan B. Graves
                                                        Hugh A. McCabe
7                                                       David P. Hall
                                                        Alan B. Graves
8                                                       Attorneys for Defendant
                                                        NEIL, DYMOTT, FRANK, McFALL &
9                                                       TREXLER APLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Laurel Hill Escrow Services, Inc. v. IDevelopment, Inc., et al.
United States District Court, Southern District of California
Case No. 08-CV-0301 H-JMA

**CERTIFICATE OF SERVICE**
[CCP 1013A (3) and 2015.5]

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 1010 Second Avenue, Suite 2500, San Diego, California, 92101.

On March 20, 2008, I caused to be served the following document(s) described as follows:

**NEIL, DYMOTT, FRANK, McFALL & TREXLER APLC'S ANSWER TO UNITED STATES' INTERVENOR COMPLAINT TO ASSERT CLAIM TO PROPERTY AND TO DETERMINE RIGHTS TO PROPERTY**

on the parties in this action by placing a true copy in a sealed envelope addressed as follows:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lauren M. Castaldi**
  Lauren.m.castaldi@usdoj.gov
- **Aaron Anthony Hayes**
  hayex@popeberger.com
- **Stephen Francis Lopez**
  Steve@gerlop.com
- **Donald Merkin**
  donmerkin@hotmail.com

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- **SEE ATTACHED LIST OF MANUAL RECIPIENTS**

☒    **FEDERAL** – I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2008, at San Diego, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                s/Alan B. Graves
                                                Alan B. Graves, Esq.

Service List for
<u>LAUREL HILL ESCROW SERVICES, INC. V. IDEVELOPMENT, ET AL.</u>
Case No. 08-CV-0301 H-JMA

KAREN P. HEWITT
United States Attorney

TOM STAHL
Assistant United States Attorney
Chief, Civil Division

Justin M. Kim
Lauren M. Castaldi
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
**T: 202.307.0977**
**F: 202.307.0054**
e-mail: Justin.s.kim@usdoj.gov
e-mail: Lauren.m.castaldi@usdoj.gov

Cynthia M. Jones, Esq.                **Counsel for IDevelopment**
Jason L. Jones, Esq.
AVITAR LEGAL
12626 High Bluff Dr., Suite 360
San Diego, CA 92130
**T: 858.793.9800**
**F: 858.793.9801**

Service List for
<u>LAUREL HILL ESCROW SERVICES, INC. V. IDEVELOPMENT, ET AL.</u>
Case No. 08-CV-0301 H-JMA

Mark L. Share, Esq.                **Counsel for Community Bank**
DE CASTRO, WEST, CHODOROW,
GLICKFELD & NASS, INC.
10960 Wilshire Blvd., 14th floor
Los Angeles, CA 90024-3881

THE HOSE PROS
7375 Convoy Court
San Diego, CA 92117

VOIT COMMERCIAL BROKERAGE
4370 La Jolla Village Drive
Suite 990
San Diego, CA 92122

WELCH'S TIRES, INC.
3724 Main Street
San Diego, CA 92113

1  ReMAX
   23586 Calabasas Road, Suite 105
2  Calabasas, CA 91302

3  Michael Brandon
   RE/MAX COMMERCIAL
4  5340 Las Virgenes Road #1
   Calabasas, CA 91302
5
   LOMA RIVIERA 76 STATION
6  4049 W. Point Loma Boulevard
   San Diego, CA 92110