1  Hugh A. McCabe, SBN 131828
   David P. Hall, SBN 196891
2  Alan B. Graves, SBN 243076
   NEIL, DYMOTT, FRANK,
3       MCFALL & TREXLER
   A Professional Law Corporation
4  1010 Second Avenue, Suite 2500
   San Diego, CA 92101-4959
5  **P** 619.238.1712
   **F** 619.238.1562
6
   Attorneys for Defendant
7  NEIL, DYMOTT, FRANK,
   McFALL & TREXLER APLC
8

9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  LAUREL HILL ESCROW SERVICES, INC., a California corporation, | CASE NO.  08-CV-0301-H-JMA |
| 12             Plaintiff, | [removed form San Diego County Superior Court Case No. 37-2007-00066921-CU-MC-CTL] |
| 13  vs. | |
| 14  IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | **NEIL, DYMOTT, FRANK, McFALL & TREXLER APLC'S ANSWER TO UNITED STATES' INTERVENOR COMPLAINT TO ASSERT CLAIM TO PROPERTY AND TO DETERMINE RIGHTS TO PROPERTY**<br><br>**Magistrate Judge:  Jan M. Adler**<br>**Room:  1165** |
|              Defendants. | |

NOW COMES Defendant NEIL, DYMOTT, FRANK, MCFALL & TREXLER, APLC ("NEIL DYMOTT"), by and through its attorneys of record, and submits this Answer to Co-Defendant's, the United States of America's, Intervenor Complaint to Assert Claim to Property and to Determine Rights to Property.  Pursuant to *Federal Rule of Civil Procedure* 12, NEIL DYMOTT answers the allegations in the Complaint as follows.

1

# INTRODUCTION

1. NEIL DYMOTT was the attorney of record herein for Defendant, IDEVELOPMENT, INC, a California corporation; in another civil lawsuit (San Diego Superior Court Case No. GIC 872127) where a judgment was entered. Please note the undersigned law firm does not represent IDEVELOPMENT, INC. in this interpleader action.

2. By virtue of a written fee agreement with said party, the undersigned law firm has, and claims a lien ahead of all others on the said party's claims and causes of action asserted herein, and on any judgment rendered in favor of said party, to secure payment for legal services rendered in the amount of $17,275.50 and costs advanced in the amount of $1,597.89, all in accordance with the terms of the fee agreement aforesaid.

3. NEIL DYMOTT filed special notices with San Diego County Superior Court on July 3, 2007 and an amended notice on July 11, 2007.

# GENERAL AND SPECIFIC DENIAL OF ALLEGATIONS

4. NEIL DYMOTT lacks sufficient knowledge to admit or deny any and all allegations in the Intervenor Complaint filed by the United States of America and therefore denies all allegations.

5. Specifically, NEIL DYMOTT lacks sufficient knowledge to admit or deny any and all allegations of Federal Tax liabilities against IDevelopment, Inc., and therefore denies all allegations contained in paragraph 5 through 13 of the Intervenor Complaint.

///
///
///
///
///
///
///
///
///

1    WHEREFORE, NEIL DYMOTT requests the Court declare it has a valid lien which attaches to all property and rights to property of IDevelopment, Inc., adjudge the rights and liabilities of parties to this suit, order distribution of the proceeds to NEIL DYMOTT and to the other claimants in this action in accordance with the priority determined by the Court.

Dated:    March 20, 2008           NEIL, DYMOTT, FRANK, MCFALL & TREXLER
A Professional Law Corporation

By:   /s/ Alan B. Graves
Hugh A. McCabe
David P. Hall
Alan B. Graves
Attorneys for Defendant
NEIL, DYMOTT, FRANK, McFALL & TREXLER APLC

---

3

ANSWER TO UNITED STATES' INTERVENOR COMPLAINT TO ASSERT CLAIM TO PROPERTY AND TO DETERMINE RIGHTS TO PROPERTY

Laurel Hill Escrow Services, Inc. v. IDevelopment, Inc., et al.
United States District Court, Southern District of California
Case No. 08-CV-0301 H-JMA

**CERTIFICATE OF SERVICE**
[CCP 1013A (3) and 2015.5]

I, the undersigned, am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 1010 Second Avenue, Suite 2500, San Diego, California, 92101.

On March 20, 2008, I caused to be served the following document(s) described as follows:

**NEIL, DYMOTT, FRANK, McFALL & TREXLER APLC'S ANSWER TO UNITED STATES' INTERVENOR COMPLAINT TO ASSERT CLAIM TO PROPERTY AND TO DETERMINE RIGHTS TO PROPERTY**

on the parties in this action by placing a true copy in a sealed envelope addressed as follows:

**Electronic Mail Notice List** The following are those who are currently on the list to receive e-mail notices for this case.

- **Lauren M. Castaldi**
  Lauren.m.castaldi@usdoj.gov
- **Aaron Anthony Hayes**
  **hayex@popeberger.com**
- **Stephen Francis Lopez**
  Steve@gerlop.com
- **Donald Merkin**
  donmerkin@hotmail.com

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- **SEE ATTACHED LIST OF MANUAL RECIPIENTS**

☒  **FEDERAL** – I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2008, at San Diego, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

            s/Alan B. Graves
            Alan B. Graves, Esq.

Service List for
<u>LAUREL HILL ESCROW SERVICES, INC. V. IDEVELOPMENT, ET AL.</u>
Case No. 08-CV-0301 H-JMA

KAREN P. HEWITT
United States Attorney

TOM STAHL
Assistant United States Attorney
Chief, Civil Division

Justin M. Kim
Lauren M. Castaldi
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
**T: 202.307.0977**
**F: 202.307.0054**
e-mail: Justin.s.kim@usdoj.gov
e-mail: Lauren.m.castaldi@usdoj.gov

Cynthia M. Jones, Esq.             **Counsel for IDevelopment**
Jason L. Jones, Esq.
AVITAR LEGAL
12626 High Bluff Dr., Suite 360
San Diego, CA 92130
**T: 858.793.9800**
**F: 858.793.9801**

Service List for
<u>LAUREL HILL ESCROW SERVICES, INC. V. IDEVELOPMENT, ET AL.</u>
Case No. 08-CV-0301 H-JMA

Mark L. Share, Esq.             **Counsel for Community Bank**
DE CASTRO, WEST, CHODOROW,
GLICKFELD & NASS, INC.
10960 Wilshire Blvd., 14th floor
Los Angeles, CA 90024-3881

THE HOSE PROS
7375 Convoy Court
San Diego, CA 92117

VOIT COMMERCIAL BROKERAGE
4370 La Jolla Village Drive
Suite 990
San Diego, CA 92122

WELCH'S TIRES, INC.
3724 Main Street
San Diego, CA 92113

1  ReMAX
   23586 Calabasas Road, Suite 105
2  Calabasas, CA 91302

3  Michael Brandon
   RE/MAX COMMERCIAL
4  5340 Las Virgenes Road #1
   Calabasas, CA 91302
5
   LOMA RIVIERA 76 STATION
6  4049 W. Point Loma Boulevard
   San Diego, CA 92110

3

PROOF OF SERVICE