```
Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, California 92117
T 858 454-3244
F 858 270-1420


Attorney for Plaintiff Laurel Hill Escrow Services, Inc.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>        Plaintiff,<br>VS.<br><br>IDEVELOPMENT, INC., a California corporation; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; and AT&T,<br><br>        Defendants. | CASE NO. 08-CV-0301<br><br>UPDATED<br>STATUS REPORT<br>(STATUS OF DEFENDANTS) |

    Parties remaining in this action are as follows:

<u>Plaintiff:</u>

Laurel Hill Escrow Services, Inc.

<u>Defendants:</u>

Internal Revenue Service
IDevelopment, Inc.
Advantage Towing Company, Inc.
Community Bank
Bridget Legerrette
George Ponce

1  The following is the detailed status of defendants in this
2  action:

| Defendant | Type of Service | | Currently Party to action |
|---|---|---|---|
| Idevelopment, Inc. | Signed Ack of Receipt 7/13/07 (by Jason Jones, Esq.) | Answered Complaint August 13, 2007 | yes |
| Advantage Towing Co., Inc. | Signed Ack of Receipt 8/10/07 (by Stephen Lopez, Esq.) | Answered Complaint 1/31/08 | yes |
| Community Bank | Signed Ack of Receipt 8/17/07 (by Mark L. Share, Esq. | Answered Complaint 10/1/07 | yes |
| Bridget Ligerrette | Signed Ack of Receipt 7/30/07 (by Aaron Hayes, Esq.) | Answered Complaint 8/29/07 | yes |
| George Ponce | Signed Ack of Receipt 7/30/07 (by Aaron Hayes, Esq.) | Answered Complaint 8/29/07 | yes |
| California Department of Motor Vehicles | Signed Ack of Receipt 9/1/07 (by Francis E. Coats, Esq.) | Withdrew Claim; Requested dismissal<br><br>Dismissed 1/18/08 | No |
| NCO Financial Systems, Inc. | Signed Ack of Receipt 8/30/07 (signed by K. Klum) | Withdrew Claim Requested dismissal (by corporate counsel D. Kirkpatrick, Esq.)<br><br>Dismissed 1/18/07 | No |
| RE/MAX | Signed Ack of Receipt 7/23/07 | Withdrew Claim Requested dismissal<br><br>Dismissed 1/18/07 | No |

| | | | |
|---|---|---|---|
| AT&T | Signed Ack of Receipt 7/18/07 | Withdrew Claim Requested dismissal<br><br>Dismissed 1/18/07 | No |
| Jimmy Johnson Kearney Mesa Chevrolet | Signed Ack of Receipt 7/30/07 (signed by general manager) | Withdrew Claim Requested dismissal<br><br>Dismissed 1/18/07 | No |
| Hose Pros | Signed Ack of Receipt 7/15/07 (by F.J. McWilliam, VP) | Request for Default filed 2/7/08<br><br>Default entered 2/7/08 | No |
| Michael Branden | Signed Ack of Receipt 7/13/07 | Request for Default filed 2/8/08<br><br>Default entered 2/15/08 | No |
| Loma Riviera 76 | Personally served by process Frank Barca 9/2/07 (authorized agent for service) | Request for Default filed 2/8/08<br><br>Default entered 2/15/08 | No |
| Voit Commercial Brokerage | Signed Ack of Receipt 7/12/07 (by Linda Dunfree, Managing Partner) | Request for Default filed 2/8/08<br><br>Default entered 2/15/08 | No |
| Welch's Tires | Signed Ack of Receipt 7/13/07 (by Bertha Cueva, Owner) | Request for Default filed 2/8/08<br><br>Default entered 2/15/08 | No |

Dated: 2/19/08

Merkin & Associates

_____
Donald Merkin, Attorney
For Plaintiff Laurel Hill

Donald Merkin, Esq. SBN 62121
merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, CA 92117

T 858 454-3244      F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: Laurel Hill Escrow Services, Inc.

Defendant: Idevelpment, Inc., et al

| **PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL** | 09-CV-0301 |

I, Alice M. Starr, declare that:

    I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. I hereby certify that the below-entitled document is printed on recycled paper. My business address is 4747 Morena Boulevard, Suite 302, San Diego, California 92117.

    I served the preceding UPDATED STATUS REPORT March 25, 2008 by placing a copy in a sealed envelope with postage fully prepaid, dropping into a regularly maintained United States Post Office box in San Diego, California addressed to the following:

see attached service list

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of March, 2008 at San Diego, California.

_____
Alice M. Starr

Defendants

Aaron A. Hayes, Esq.
Pope, Berger & Williams, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
(Attorney for Ponce and Liggerrette)

Steve Lopez, Esq.
Geraci & Lopez
13355 Midland Road
Suite 140
Poway, CA 92064
(Attorney for Advantage Towing)

Hugh A. McCabe, Esq.
Neil, Dymott, Frank, McFall, & Trexler
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959

Justin S. Kim, Esq.
Lauren M. Castaldi, Esq.
U. S. Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D. C. 20044-0683
(Attorneys for Internal Revenue Service)

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd., 14th Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

Cynthia M. Jones, Esq
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego 92130
(Attorney for Idevelopment)

Department of Justice, Tax Division
555 4th Street, N. W.
Room 7915
Washington, D.C. 20001