UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> IDEVELOPMENT, INC., et al., <br><br> Defendants. | Case No. 08-CV-0301-JLS (JMA) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE** |

The Court convened a telephonic Early Neutral Evaluation Conference on March 27, 2008 at 9:30 a.m. Counsel for Advantage Towing Company, Inc. and Community Bank failed to appear for the conference.[1]

**IT IS HEREBY ORDERED:**

1. Counsel for Plaintiff Laurel Hill Escrow Services, Inc. shall file with the Clerk of Court copies of all pleadings and/or orders previously filed in the Superior Court of California, County of San Diego ("Superior Court") pertaining to dismissals

---

[1] Counsel are warned that the failure to appear for any future conferences may warrant the imposition of sanctions.

1 or defaults of non-appearing or non-answering defendants.

2. Any motions pending in the Superior Court upon which the parties still wish to be heard shall be re-filed in this Court. The parties must comply with Civil Local Rule 7.1 when filing any motions.

3. A telephonic Case Management Conference will be held on **May 14, 2008** at **9:30 a.m. P.S.T.**  Counsel for the United States shall make all arrangements for the conference call, and shall provide the Court and all other participating counsel with the call-in telephone number and any participant codes or passwords by no later than May 9, 2008.

**IT IS SO ORDERED.**

DATED: March 28, 2008

Jan M. Adler
U.S. Magistrate Judge