UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., | Case No. 08-CV-0301-JLS (JMA) |
| Plaintiff, | **ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| IDEVELOPMENT, INC., et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for May 14, 2008 at 9:30 a.m. is <u>rescheduled</u> for **May 15, 2008** at **9:30 a.m. P.S.T.** Counsel for the United States shall make all arrangements for the conference call, and shall provide the Court and all other participating counsel with the call-in telephone number and any participant codes or passwords by no later than <u>May 9, 2008</u>.

**IT IS SO ORDERED.**

DATED: April 2, 2008

_____
Jan M. Adler
U.S. Magistrate Judge

08cv0301