Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, California 92117
T 858 454-3244
F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>VS.<br><br>IDEVELOPMENT, INC., a California corporation; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; and AT&T,<br><br>　　　　　Defendants. | CASE NO. 08-CV-0301<br><br>EXHIBITS/PLEADINGS PERTAINING TO DISMISSALS OR DEFAULTS OF NON-APPEARING OR NON-ANSWERING DEFENDANTS; DECLARATION OF ALICE STARR |

I, Alice Starr, declare:

　　1.　I am the office administrator for Merkin & Associates, attorneys of record for Plaintiff Laurel Hill Escrow Services, Inc.

　　2.　The statements in this declaration are of my own personal knowledge and if called I could and would competently

P-14A Declaration of A. Starr

1  testify to their content.
2      3.  All defendants in this action were served with the
3  complaint, summons, Notice of Case Assignment, Notice to
4  Litigants, and Notice of Mediation (see Exhibit B)
5      4.  In compliance with California Superior Court Order dated
6  January 25, 2008 plaintiff's counsel performed the following
7  duties:
8          A.  Prepared a Notice of Ruling (attached as Exhibit A)
9  and served all parties on February 6, 2008 with a copy of the
10 Judge Oberholtzer's ruling and a copy of a Request for Default or
11 Dismissal, as it was appropriate, for each defendant.
12         B.  The following defendants abandoned their claims and
13 requested dismissal from the complaint; RE/MAX, Jimmy Johnson's
14 Kearney Mesa Chevrolet, NCO (through Counsel Debbie Kirpatrick,
15 Esq.), A T & T, and California Department of Motor Vehicles
16 (through Counsel Francis E. Coats, Esq.).  Requests for
17 Dismissal were filed and signed by the Clerk of Court and are
18 attached hereto as Exhibit B.
19         C.  On February 14, 2008, Proofs of Service of Summons
20 and Requests for Default on defendants Michael Brandon, Loma
21 Riviera 76, The Hose Pros, Voit Commercial Brokerage, and Welch's
22 Tires, Inc. were filed with the court and signed and defaulted by
23 the Clerk of Court (Attached at Exhibit C):
24 C-1.   The Hose Pros
          Request for Entry of Default
25        Proof of Service of Summons
          w/signed Acknowledgment of Receipt
26
27
28
P-14A Declaration of A. Starr

-2-

C-2.  Michael Branden
    Request for Entry of Default
    Proof of Service of Summons
    w/signed Acknowledgment of Receipt

C-3.  Loma Riviera 76
    Request for Entry of Default
    Proof of Service of Summons (personal service)

C-4.  Voit Commercial Brokerage
    Request for Entry of Default
    Proof of Service of Summons
    w/signed Acknowledgment of Receipt

C-5.  Welch's Tires
    Request for Entry of Default
    Proof of Service of Summons
    w/signed Acknowledgment of Receipt

5.  The following defendants remain in this action:

| Defendant | Status |
| --- | --- |
| Idevelopment, Inc. | Answered Complaint |
| Advantage Towing Company, Inc. | Answered Complaint |
| Community Bank | Answered Complaint |
| Bridget Legerrette | Answered Complaint |
| George Ponce | Answered Complaint |
| United State Internal Revenue Service | Was not added as defendant to state court interpleader action; filed Motion to Intervene moving state action to federal court |
| Neil Dymott Frank McFall & Trexler, Attorneys | Filed judgment lien in state interpleader action; was not added as defendant to state court Interpleader action; appeared in U.S. District Court with Answer to United States Intervener Complaint |

I declare under penalty of perjury under the laws of the State of California and the United States as their interests

P-14A Declaration of A. Starr

appear that the foregoing statements are true and correct and that this declaration was signed on April 28, 2008 in San Diego, California.

_____
Alice M. Starr

P-14A Declaration of A. Starr