5

Exhibit A

Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, California 92117
T 858 454-3244
F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br>VS.<br><br>IDEVELOPMENT, INC., a California corporation; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; and AT&T,<br><br>    Defendants. | CASE NO. 37-2007-00066921-CU-MC-CTL<br><br>NOTICE OF RULING<br><br>Date: 1/25/08<br>Time: 10:30 A.M.<br>Dept: C-67<br>Hon. David B. Oberholtzer |

To all defendants and their attorneys of record:

A Case Management Conference hearing and a hearing on plaintiff Laurel Hill Escrow, Inc.'s Motion to be Dismissed and Relieved of Liability was held on Friday, January 25, 2008. A copy of Judge Oberholtzer's ruling is attached hereto. In

6

Ex A

addition, Judge Oberholtzer granted the Motion to Intervene submitted by the United States Department of Justice.

Dated: January 30, 2008

                Merkin & Associates

                _____
                Donald Merkin, Attorney for
                Plaintiff Laurel Hill Escrow
                Services, Inc.

7

Ex A

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN DIEGO
## HALL OF JUSTICE
## ~~TENTATIVE~~ RULINGS - January 24, 2008

EVENT DATE: 01/25/2008      EVENT TIME: 10:30:00 AM      DEPT.: C-67
JUDICIAL OFFICER: David B. Oberholtzer

CASE NO.: 37-2007-00066921-CU-MC-CTL

CASE TITLE: LAUREL HILL ESCROW SERVICES INC VS. IDEVELOPMENT INC

CASE CATEGORY: Civil - Unlimited        CASE TYPE: Misc Complaints - Other

EVENT TYPE: Motion Hearing (Civil)
CAUSAL DOCUMENT/DATE FILED: Motion - Other, 01/09/2008

Plaintiff Laurel Hill Escrow Services, Inc.'s ("Plaintiff") motion to be dismissed and relieved of liability is continued to February 29, 2008.

Plaintiff has failed to: 1) include all known claimants in this action (i.e. DOE in the IRS), 2) properly serve all known claimants/defendants with the Complaint in Intervention and this motion, 3) provide proof of service to the Court; 4) dismiss parties (presuming dismissal is proper); and/or 5) request entry of default for non-responding creditors/defendants. As such, this motion is continued to correct these procedural deficiencies.

Plaintiff is ordered to file and serve a status report addressing the service issues of each of the named creditor/defendants on or before February 22, 2008.

The Court sets an OSC re: whether or not the $5,577.50 retained by Plaintiff should be deposited with the Court for February 29, 2007. Plaintiff's brief is to be filed on or before February 19, 2008; Defendants' reply briefs are to be filed on or before February 22, 2008.

The CMC is also continued to February 29, 2007. All of the aforementioned hearings are set for 10:30 a.m. in Department 67.

Donald Merkin, Esq. SBN 62121
merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, CA 92117

T 858 454-3244      F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow

FILED
CIVIL BUSINESS OFFICE 16

08 FEB -7 AM 9:39

SAN DIEGO COUNTY, CA

**SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN DIEGO**
330 West Broadway
San Diego,  CA 92101
Central Branch

Plaintiff: Laurel Hill Escrow Services, Inc.

Defendant: Idevelpment, Inc., et al

---

**PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL**    37-2007-00066921-CU-MC-CTL

I, Alice M. Starr, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. I hereby certify that the below-entitled document is printed on recycled paper. My business address is 4747 Morena Boulevard, Suite 302, San Diego, California 92117.

I served the preceding NOTICE OF RULING February 6, 2008 by placing a copy in a sealed envelope with postage fully prepaid, dropping into a regularly maintained United States Post Office box in San Diego, California addressed to the following:
see attached service list

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of February, 2008 at San Diego, California.

_____
Alice M. Starr

9                                                              Ex A

Service List for *Laurel Hill Escrow Services, Inc. v. Idvelopment, et al*
Case No. 37-2007-00066921-CU-MC-CTL

<u>Defendants</u>

Aaron A. Hayes, Esq.
Pope, Berger & Williams, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
(Attorney for Ponce and Liggerrette)

Steve Lopez, Esq.
Geraci & Lopez
13355 Midland Road
Suite 140
Poway, CA 92064
(Attorney for Advantage Towing)

Cynthia M. Jones, Esq.
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego 92130
(Attorney for Idevelopment)

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd., 14th Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

Hugh A. McCabe, Esq.
Neil, Dymott, Frank, McFall, & Trexler
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959

The Hose Pros
7375 Convoy Court
San Diego, CA 92117

Voit Commercial Brokerage
4370 La Jolla Village Drive
Suite 990
San Diego, CA 92122

Welch's Tires, Inc.
3724 Main Street
San Diego, CA 92113

10

Ex A

ReMax
23586 Calabasas Road
Suite 105
Calabasas, CA 91302


Michael Brandon
Re/Max Commercial
5340 Las Virgenes Road #1
Calabasas, CA 91302
(in pro per)

Jimmy Johnson Kearney Mesa Chevrolet
7978 Balboa Ave.
San Diego, CA 92111                          Dismissed by request

Loma Riviera 76 Station
4049 W. Point Loma Blvd.
San Diego, CA 92110

NCO Financial Systems, Inc.
1500 Commerce Drive
Mendota Heights, MN 55120                    Dismissed by request

California Department of Motor Vehicles
Office of the Director
2415 1st Avenue Mail Station F101
Sacramento, CA 95818                         Dismissed by request


Justin S. Kim, Esq.                          Overnight service to:
Lauren M. Castaldi, Esq.                     Department of Justice, Tax Division
U. S. Department of Justice                  555 4th Street, N. W.
P. O. Box 683, Ben Franklin Station          Room 7915
Washington, D. C. 20044-0683                 Washington, D.C. 20001
(Attorneys for Internal Revenue Service)

11

Ex A