12

Exhibit B

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Donald Merkin, Esq., SBN 62121<br>Merkin & Associates, Attorneys<br>4747 Morena Boulevard, Suite 302<br>San Diego, CA 92117 | 858 454-3244 | FILED<br>08 FEB -5 AM 9:34<br>SAN DIEGO COUNTY, CA |
| ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc. | | |

Insert name of court and name of judicial district and branch court, if any:
California Superior Court, San Diego County, Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

| REQUEST FOR DISMISSAL<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>　☐ Motor Vehicle　☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other (specify): Interpleader Complaint | CASE NUMBER:<br>37-2007-00066921-CU-MC-CTL |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☑ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
   　(3) ☐ Cross-complaint filed by (name):                                     on (date):
   　(4) ☐ Cross-complaint filed by (name):                                     on (date):
   　(5) ☐ Entire action of all parties and all causes of action
   　(6) ☑ Other (specify):* Complaint as to AT&T only

Date: 1/18/08

Donald Merkin, Attorney for Plaintiff                                    ▶ _(signature)_
(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                 (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)                 (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

(To be completed by clerk)

3. ☐ Dismissal entered as requested on (date):
4. ☒ Dismissal entered on (date): FEB 6 2008    as to only (name): As above
5. ☐ Dismissal **not** entered as requested for the following reasons (specify):
6. ☒ a. Attorney or party without attorney notified on (date): FEB 29 2008
   　 b. Attorney or party without attorney not notified. Filing party failed to provide
   　　 ☐ a copy to conformed   ☐ means to return conformed copy

Date: FEB 29 2008          Clerk, by K. ROBERTS, Deputy

Page 1 of 1

| Form Adopted for Mandatory use<br>Judicial Council of California<br>CIV-110 [Rev. January 1, 2007] | REQUEST FOR DISMISSAL | Code of Civil Procedure, § 581 et seq.;<br>Cal. Rules of Court, rule 3.1390<br>www.JuriSearch.com |

13

Ex B



**CIV-110**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Donald Merkin, Esq., SBN 62121<br>Merkin & Associates, Attorneys<br>4747 Morena Boulevard, Suite 302<br>San Diego, CA 92117 | 858 454-3244 | 08 FEB -6 AM 9:34<br>SAN DIEGO COUNTY, C |
| ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc. | | |

Insert name of court and name of judicial district and branch court, if any:

California Superior Court, San Diego County, Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

| REQUEST FOR DISMISSAL<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>  ☐ Motor Vehicle  ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other (specify): Interpleader Complaint | CASE NUMBER:<br>37-2007-00066921-CU-MC-CTL |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☑ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint          (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                        on (date):
      (4) ☐ Cross-complaint filed by (name):                        on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* Complaint as to RE/MAX only

Date: 1/18/08

Donald Merkin, Attorney for Plaintiff

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)        (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)        (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross - complainant

(To be completed by clerk)

3. ☐ Dismissal entered as requested on (date):
4. ☒ Dismissal entered on (date): FEB 6 2008   as to only (name): as above
5. ☐ Dismissal **not** entered as requested for the following reasons (specify):

6. ☒ a. Attorney or party without attorney notified on (date): FEB 29 2008
     b. Attorney or party without attorney not notified. Filing party failed to provide
        ☐ a copy to conformed   ☐ means to return conformed copy

Date: FEB 29 2008        Clerk, by   K. ROBERTS              , Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.JuriSearch.com

14


Ex B

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Donald Merkin, Esq., SBN 62121<br>Merkin & Associates, Attorneys<br>4747 Morena Boulevard., Suite 302, San Diego, CA 92117<br>San Diego, CA 92117 | | F<br>Clerk of the<br>JAN 1 8 2008<br>By: PATRICIA F. LEGLER, Deputy |
| ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc. | | |

Insert name of court and name of judicial district and branch court, if any:
California Superior Court, San Diego County, Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

| REQUEST FOR DISMISSAL<br>☐ Personal Injury, Property Damage, or Wrongful Death<br>   ☐ Motor Vehicle  ☐ Other<br>☐ Family Law<br>☐ Eminent Domain<br>☑ Other (specify): Interpleader | CASE NUMBER:<br>37-2007-00066921-CU_MC_CTL |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                                on (date):
      (4) ☐ Cross-complaint filed by (name):                                on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other (specify):* Dismiss ONLY def NCO Financial Services, Inc. from First Amended Complaint

Date: 1/18/08

Donald Merkin
(TYPE OR PRINT NAME OF  ☑ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)                    ▶ (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☑ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF  ☐ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)                    ▶ (SIGNATURE)

** If a cross-complaint or Response (Family Law) seeking affirmative relief is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

(To be completed by clerk)
3. ☐ Dismissal entered as requested on (date):
4. ☒ Dismissal entered on (date): 1/18/08   as to only (name): as above
5. ☐ Dismissal **not** entered as requested for the following reasons (specify):

6. ☒ a. Attorney or party without attorney notified on (date): 1/18/08
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conformed   ☐ means to return conformed copy

Date: 1/18/08                        Clerk, by  PATRICIA F. LEGLER                    , Deputy

Page 1 of 1
Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rule 3.1390
www.JuriSearch.com

15



| | | CIV-110 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Donald Merkin, Esq., SBN 62121 <br> Merkin & Associates, Attorneys <br> 4747 Morena Boulevard., Suite 302, San Diego, CA 92117 <br> San Diego, CA 92117 <br> ATTORNEY FOR *(Name)*: Plaintiff Laurel Hill Escrow Services, Inc. | TELEPHONE NO.: | FOR COURT USE ONLY <br><br> F _ _ _ <br> Clerk _ _ _ <br><br> JAN 18 2008 <br><br> By: PATRICIA F. LEGLER, Deputy |
| Insert name of court and name of judicial district and branch court, it any: <br> California Superior Court, San Diego County, Central | | |
| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. <br> DEFENDANT/ RESPONDENT: Idevelopment, Inc., et al. | | |
| **REQUEST FOR DISMISSAL** <br> ☐ Personal Injury, Property Damage, or Wrongful Death <br>     ☐ Motor Vehicle    ☐ Other <br> ☐ Family Law <br> ☐ Eminent Domain <br> ☑ Other *(specify)*: Interpleader | | CASE NUMBER: <br> 37-2007-00066921-CU_MC_CTL |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☑ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name)*:      on *(date)*:
      (4) ☐ Cross-complaint filed by *(name)*:      on *(date)*:
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☑ Other *(specify)*:* Dismiss ONLY def Jimmy Johnson Kearney Mesa Chevrolet from the first Amended Complaint

Date: 1/18/08

Donald Merkin

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

► *(SIGNATURE)*

Attorney or party without attorney for:
☑ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

► *(SIGNATURE)*

Attorney or party without attorney for:
☐ Plaintiff/Petitioner     ☐ Defendant/Respondent
☐ Cross - complainant

*(To be completed by clerk)*

3. ☐ Dismissal entered as requested on *(date)*:
4. ☒ Dismissal entered on *(date)*: 1/18/08    as to only *(name)*: as above
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:
6. ☒ a. Attorney or party without attorney notified on *(date)*: 1/18/08
        b. Attorney or party without attorney not notified. Filing party failed to provide
           ☐ a copy to conformed    ☐ means to return conformed copy

Date: 1/18/08       Clerk, by PATRICIA F. LEGLER , Deputy

| Form Adopted for Mandatory use <br> Judicial Council of California <br> CIV-110 [Rev. January 1, 2007] | **REQUEST FOR DISMISSAL** | Page 1 of 1 <br> Code of Civil Procedure, § 581 et seq.; <br> Cal. Rules of Court, rule 3.1390 <br> www.JuriSearch.com |
|---|---|---|

16                                    Ex B



CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Donald Merkin, Esq., SBN 62121<br>Merkin & Associates, Attorneys<br>4747 Morena Boulevard., Suite 302<br>San Diego, CA 92117 | 858 454-3244 | F<br>Clerk<br><br>JAN 1 8 2008<br><br>By: PATRICIA F. LEGLER, Deputy |
| ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc. | | |

Insert name of court and name of judicial district and branch court, it any:
California Superior Court, San Diego County, Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle  [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [✓] Other (specify): Interpleader

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice   (2) [✓] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):              on (date):
      (4) [ ] Cross-complaint filed by (name):              on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other (specify):* Dismiss ONLY def California Department of Motor Vehicles from First Amended Complaint

Date: 1/11/08

Donald Merkin

(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)     ▶ (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)     ▶ (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)

3. [ ] Dismissal entered as requested on (date):
4. [✗] Dismissal entered on (date): 1/18/08   as to only (name): as above
5. [ ] Dismissal not entered as requested for the following reasons (specify):
6. [✗] a. Attorney or party without attorney notified on (date): 1/18/08
      b. Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to conformed   [ ] means to return conformed copy

Date: 1/18/08     Clerk, by PATRICIA F. LEGLER, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.JuriSearch.com

17

Ex B