**Exhibit C**

C-1. The Hose Pros
Request for Entry of Default
Proof of Service of Summons
w/signed Acknowledgment of Receipt

C-2. Michael Branden
Request for Entry of Default
Proof of Service of Summons
w/signed Acknowledgment of Receipt

C-3. Loma Riviera 76
Request for Entry of Default
Proof of Service of Summons (personal service)

C-4. Voit Commercial Brokerage
Request for Entry of Default
Proof of Service of Summons
w/signed Acknowledgment of Receipt

C-5. Welch's Tires
Request for Entry of Default
Proof of Service of Summons
w/signed Acknowledgment of Receipt



C-1

CIV-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq., SBN 62121 858 454-3244
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302
San Diego, CA 92117
TELEPHONE NO.: 858 454-3244 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE 18
08 FEB -7 AM 9:40
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

**REQUEST FOR (Application)** ☑ Entry of Default ☐ Clerk's Judgment ☐ Court Judgment

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): June 19, 2007
   b. by (name): Laurel Hill Escrow Services, Inc.
   c. ☑ Enter default of defendant (names): The Hose Pros
   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☐ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
      ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) ☐ for default previously entered on (date):

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 0.00 | $ | $ 0.00 |
| b. Statement of damages * | | | |
| (1) Special | $ 0.00 | $ | $ 0.00 |
| (2) General | $ 0.00 | $ | $ 0.00 |
| c. Interest | $ 0.00 | $ | $ 0.00 |
| d. Costs (see reverse) | $ 0.00 | $ | $ 0.00 |
| e. Attorney fees | $ 0.00 | $ | $ 0.00 |
| f. **TOTALS** | $ 0.00 | $ | $ 0.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ 0.00 per day beginning (date):
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. ☐ *(Check if filed in an unlawful detainer case)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).*

Date: 2/8/08

Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

*FOR COURT USE ONLY*
(1) ☒ Default entered as requested on (date): FEB 07 2008
(2) ☐ Default NOT entered as requested (state reason):

Clerk, by J. ARGUET, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585-587, 1169
www.JuriSearch.com

20

C-1

CIV-100

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | CASE NUMBER: 37-2007-00066921-CU-MC-CTL |
|---|---|

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☐ did **not** for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date):*

5. ☑ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
   a. ☐ is ☑ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☑ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☑ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*
   b. ☑ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date):* 2/6/08
      (2) To *(specify names and addresses shown on the envelopes):* Hose Pros, 7375 Convoy Court, San Diego, CA 92117

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 2/6/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

| | | | |
|---|---|---|---|
| a. | Clerk's filing fees | $ | 0.00 |
| b. | Process server's fees | $ | 0.00 |
| c. | Other *(specify):* | $ | 0.00 |
| d. | | $ | 0.00 |
| e. | **TOTAL** | $ | 0.00 |

   f. ☑ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/8/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

8. ☑ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/8/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Donald Merkin, Esq. SBN 62121<br>Merkin & Associates, Attorneys 858 454-3244<br>4747 Morena Blvd., Ste 302<br>San Diego, CA 92117<br>TELEPHONE NO.: 858 454-3244 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc. | FOR COURT USE ONLY<br>08 FEB -6 AM 9:37 |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: CENTRAL | |
| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.<br>DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | CASE NUMBER:<br>37-2007-00066921-CU_MC_CTL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice to Litigant, Case Assignment, 1st Amended Complaint
3. a. Party served *(specify name of party as shown on documents served):*
   The Hose Pros

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   7375 Convoy Court, San Diego, CA 92117
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | 37-2007-00066921-CU_MC_CTL |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):* 7/11/07 (2) from *(city):* San Diego, CA 92117
   (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):*
   under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [✓] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**
   a. Name: Alice M. Starr
   b. Address: Merkin & Associates, Attorneys, 4747 Morena Boulevard, Suite 302, San Diego, CA 92117
   c. Telephone number: 858 454-3244
   d. **The fee** for service was: $ 0
   e. I am:
   (1) [✓] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] a registered California process server:
   (i) [ ] owner [ ] employee [ ] independent contractor.
   (ii) Registration No.:
   (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/8/08

Alice M. Starr
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(SIGNATURE)

23 C-1

POS-015

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys
4747 Morena Blvd., Suite 302, San Diego, CA 92117
TELEPHONE NO.: 858 454-3244 FAX NO. (Optional): 858 270-1420
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED CIVIL BUSINESS OFFICE 18
08 FEB -6 AM 9:37
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, et al

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

O (insert name of party being served): The Hose Pros

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 7/11/07

Donald Merkin
(TYPE OR PRINT NAME)

(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify)*:
Amended Summons and First Amended Verified Complaint, Notice of Case Assignment, Notice of Deposit of Funds, ADR Information Package, Stipulation to Alternative Dispute Resolution Form

***(To be completed by recipient):***

Date this form is signed: 7/16/07

McWilliams Fluid Connectors Inc DBA The Hose Pros
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

F.J. McWilliams V.P.
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Page 1 of 1
Code of Civil Procedure, §§ 415.30, 417.10
www.JuriSearch.com

24 C-1

25

C-2

CIV-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
FEB 15 2008
BY: J. ARGUET DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

**REQUEST FOR (Application)** ☑ **Entry of Default** ☐ **Clerk's Judgment** ☐ **Court Judgment**

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (*date*): JUNE 19, 2007
   b. by (*name*): Laurel Hill Escrow Services, Inc.
   c. ☑ Enter default of defendant (*names*): Michael Branden
   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (*names*):

   (*Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).*)
   e. ☐ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
      ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). (*Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).*)
      (3) ☐ for default previously entered on (*date*):

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 0.00 | $ | $ 0.00 |
| b. Statement of damages * | | | |
| (1) Special | $ 0.00 | $ | $ 0.00 |
| (2) General | $ 0.00 | $ | $ 0.00 |
| c. Interest | $ 0.00 | $ | $ 0.00 |
| d. Costs (*see reverse*) | $ 0.00 | $ | $ 0.00 |
| e. Attorney fees | $ 0.00 | $ | $ 0.00 |
| f. **TOTALS** | $ 0.00 | $ | $ 0.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ per day beginning (*date*):
   (** Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.*)

3. ☐ (*Check if filed in an unlawful detainer case*) **Legal document assistant or unlawful detainer assistant** information is on the reverse (*complete item 4*).

Date: 2/8/08
Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME) (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

*FOR COURT USE ONLY*
(1) ☒ Default entered as requested on (*date*): FEB 15 2008
(2) ☐ Default NOT entered as requested (*state reason*):
Clerk, by J. ARGUET, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585–587, 1169
www.JuriSearch.com

C-2

CIV-100

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | CASE NUMBER: 37-2007-00066921-CU-MC-CTL |
|---|---|

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☐ **did not** for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date):*

5. ☑ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
   a. ☐ is ☑ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☑ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☑ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*
   b. ☑ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date):* 2/14/08
      (2) To *(specify names and addresses shown on the envelopes):* Michael Branden, 5340 Las Virgenes Road #1, Calabasas, CA 91302

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

| | | |
|---|---|---|
| a. | Clerk's filing fees | $ 0.00 |
| b. | Process server's fees | $ 0.00 |
| c. | Other *(specify):* | $ 0.00 |
| d. | | $ 0.00 |
| e. | **TOTAL** | $ 0.00 |

   f. ☑ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

8. ☑ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq. SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE 18
CENTRAL DIVISION
08 FEB 15 AM 9:46
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

Ref. No. or File No.:

Amended
# PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*: 1st Amended Complaint, Amended Summons, ADR, Notice of Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   Michael Branden

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   5340 Las Virgenes Road #1, Calabasas, CA 91302 (and via facsimile)
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | 37-2007-00066921-CU-MC-CTL |

5\. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: 7/11/07 (2) from *(city)*: San Diego, CA 92117

(3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:

[ ] Additional page describing service is attached.

6\. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [✓] as an individual defendant.
b. [ ] as the person sued under the fictitious name of *(specify)*:
c. [ ] as occupant.
d. [ ] On behalf of *(specify)*:
under the following Code of Civil Procedure section:

[ ] 416.10 (corporation)
[ ] 416.20 (defunct corporation)
[ ] 416.30 (joint stock company/association)
[ ] 416.40 (association or partnership)
[ ] 416.50 (public entity)
[ ] 415.95 (business organization, form unknown)
[ ] 416.60 (minor)
[ ] 416.70 (ward or conservatee)
[ ] 416.90 (authorized person)
[ ] 415.46 (occupant)
[ ] other:

7\. **Person who served papers**

a. Name: Alice M. Starr
b. Address: Merkin & Associates, Attorneys, 4747 Morena Boulevard, Suite 302, San Diego, CA 92117
c. Telephone number: 858 454-3244
d. **The fee** for service was: $ 0
e. I am:

(1) [✓] not a registered California process server.
(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
(3) [ ] a registered California process server:
(i) [ ] owner [ ] employee [ ] independent contractor.
(ii) Registration No.:
(iii) County:

8\. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9\. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/19/08

Alice M. Starr
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

POS-015

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117
TELEPHONE NO.: 858 454-3244 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
FEB 15 2008
BY: J. ARGUET DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

Amended/Corrected

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

TO (insert name of party being served): Michael Branden

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: via facsimile and mail 7/11/07

Michael Branden
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify)*: Amended Complaint; Summons; Notice of Case Assignment; ADR Package

*(To be completed by recipient)*:

Date this form is signed: 7/15/07

Michael Branden
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ [signature]
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Via facsimile

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Page 1 of 1
Code of Civil Procedure, §§ 415.30, 417.10
www.JuriSearch.com

30

C-2

31

C-3

CIV-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
FEB 15 2008
BY: J. ARGUET DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

**REQUEST FOR (Application)** [✓] **Entry of Default** [ ] **Clerk's Judgment** [ ] **Court Judgment**

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date)*: JUNE 19, 2007
   b. by *(name)*: Laurel Hill Escrow Services, Inc.
   c. [✓] Enter default of defendant *(names)*: Loma Riviera 76
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names)*:

      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on *(date)*:

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 0.00 | $ | $ 0.00 |
| b. Statement of damages * | | | |
| (1) Special | $ 0.00 | $ | $ 0.00 |
| (2) General | $ 0.00 | $ | $ 0.00 |
| c. Interest | $ 0.00 | $ | $ 0.00 |
| d. Costs *(see reverse)* | $ 0.00 | $ | $ 0.00 |
| e. Attorney fees | $ 0.00 | $ | $ 0.00 |
| f. **TOTALS** | $ 0.00 | $ | $ 0.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ per day beginning *(date)*:
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [ ] *(Check if filed in an unlawful detainer case)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4)*.

Date: 2/8/08

Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

*FOR COURT USE ONLY*
(1) [X] Default entered as requested on *(date)*: FEB 15 2008
(2) [ ] Default NOT entered as requested *(state reason)*:

Clerk, by J. ARGUET, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585–587, 1169
www.JuriSearch.com

C-3





CIV-100

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | CASE NUMBER: 37-2007-00066921-CU-MC-CTL |
|---|---|

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☐ **did not** for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date):*

5. ☑ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
   a. ☐ is ☑ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☑ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☑ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*
   b. ☑ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date):* 2/14/08
      (2) To *(specify names and addresses shown on the envelopes):* Loma Riviera 76, 4049 W. Point Loma Blvd., San Diego, CA 92110

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees .................... $ 0.00
   b. Process server's fees ................ $ 0.00
   c. Other *(specify):* .................... $ 0.00
   d. ...................................... $ 0.00
   e. **TOTAL** ............................. $ 0.00
   f. ☑ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

8. ☑ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Donald Merkin, Esq. SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE 18
CENTRAL DIVISION
08 FEB 15 AM 9:47
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

Amended
**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*: 1st Amended Complaint, Amended Summons, ADR, Notice of Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   Loma Riviera 76

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Frank Barca, owner and authorized agent to receive service, person in charge
4. Address where the party was served:
   4049 W. Point Loma Blvd., San Diego, CA 92110
5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 9/2/07 (2) at *(time)*: 10:00 A.M.
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

34

C-3

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | 37-2007-00066921-CU-MC-CTL |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   - (1) on *(date):* 7/11/07 (2) from *(city):* San Diego, CA 92117
   - (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   - (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. [ ] as an individual defendant.
   - b. [✓] as the person sued under the fictitious name of *(specify):* Loma Riviera 76
   - c. [ ] as occupant.
   - d. [✓] On behalf of *(specify):*
     under the following Code of Civil Procedure section:
     - [ ] 416.10 (corporation)
     - [ ] 416.20 (defunct corporation)
     - [ ] 416.30 (joint stock company/association)
     - [ ] 416.40 (association or partnership)
     - [ ] 416.50 (public entity)
     - [✓] 415.95 (business organization, form unknown)
     - [ ] 416.60 (minor)
     - [ ] 416.70 (ward or conservatee)
     - [ ] 416.90 (authorized person)
     - [ ] 415.46 (occupant)
     - [ ] other:

7. **Person who served papers**
   - a. Name: Alice M. Starr
   - b. Address: Merkin & Associates, Attorneys, 4747 Morena Boulevard, Suite 302, San Diego, CA 92117
   - c. Telephone number: 858 454-3244
   - d. **The fee** for service was: $ 0
   - e. I am:
     - (1) [✓] not a registered California process server.
     - (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     - (3) [ ] a registered California process server:
       - (i) [ ] owner [ ] employee [ ] independent contractor.
       - (ii) Registration No.:
       - (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/19/08

Alice M. Starr
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(SIGNATURE)

36

C-4

CIV-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
Clerk of the Superior Court
FEB 15 2008
BY: J. ARGUET, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

**REQUEST FOR (Application)** ☑ **Entry of Default** ☐ **Clerk's Judgment** ☐ **Court Judgment**

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): JUNE 19, 2007
   b. by (name): Laurel Hill Escrow Services, Inc.
   c. ☑ Enter default of defendant (names): Voit Commercial Brokerage
   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☐ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) ☐ for default previously entered on (date):

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 0.00 | $ | $ 0.00 |
| b. Statement of damages * | | | |
| (1) Special | $ 0.00 | $ | $ 0.00 |
| (2) General | $ 0.00 | $ | $ 0.00 |
| c. Interest | $ 0.00 | $ | $ 0.00 |
| d. Costs (see reverse) | $ 0.00 | $ | $ 0.00 |
| e. Attorney fees | $ 0.00 | $ | $ 0.00 |
| f. TOTALS | $ 0.00 | $ | $ 0.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ per day beginning (date):
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. ☐ *(Check if filed in an unlawful detainer case)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4).*

Date: 2/8/08

Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

FOR COURT USE ONLY
(1) ☒ Default entered as requested on (date): FEB 15 2008
(2) ☐ Default NOT entered as requested (state reason):

Clerk, by [signature], Deputy
J. ARGUET

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585-587, 1169
www.JuriSearch.com

37

C-4

CIV-100

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | 37-2007-00066921-CU-MC-CTL |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant [ ] did [ ] **did not** for compensation give advice or assistance with this form. *(If declarant has received* ***any*** *help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*
   - a. Assistant's name:
   - b. Street address, city, and zip code:
   - c. Telephone no.:
   - d. County of registration:
   - e. Registration no.:
   - f. Expires on *(date):*

5. [✓] **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
   - a. [ ] is [✓] is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   - b. [ ] is [✓] is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   - c. [ ] is [✓] is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   - a. [ ] **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*
   - b. [✓] **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
     - (1) Mailed on *(date):* 2/14/08
     - (2) To *(specify names and addresses shown on the envelopes):* Voit Commercial Brokerage, 4370 La Jolla Village Drive, Suite 990, San Diego, CA 92122

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

| | | | |
|---|---|---|---|
| a. | Clerk's filing fees | $ | 0.00 |
| b. | Process server's fees | $ | 0.00 |
| c. | Other *(specify):* | $ | 0.00 |
| d. | | $ | 0.00 |
| e. | **TOTAL** | $ | 0.00 |

   - f. [✓] Costs and disbursements are waived.
   - g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

8. [✓] **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Donald Merkin, Esq. SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE 18
CENTRAL DIVISION
08 FEB 15 AM 9:48
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

Amended

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*: 1st Amended Complaint, Amended Summons, ADR, Notice of Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   Voit Commercial Brokerage

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   4370 La Jolla Village Drive, Suite 990, San Diego, CA 92122
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

39

C-4

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | 37-2007-00066921-CU-MC-CTL |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: 7/11/07 (2) from *(city)*: San Diego, CA 92117

(3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify)*:

   under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)
   [ ] 416.20 (defunct corporation)
   [ ] 416.30 (joint stock company/association)
   [ ] 416.40 (association or partnership)
   [ ] 416.50 (public entity)
   [✓] 415.95 (business organization, form unknown)
   [ ] 416.60 (minor)
   [ ] 416.70 (ward or conservatee)
   [ ] 416.90 (authorized person)
   [ ] 415.46 (occupant)
   [ ] other:

7. **Person who served papers**
   a. Name: Alice M. Starr
   b. Address: Merkin & Associates, Attorneys, 4747 Morena Boulevard, Suite 302, San Diego, CA 92117
   c. Telephone number: 858 454-3244
   d. **The fee for service was:** $ 0
   e. I am:

   (1) [✓] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ ] a registered California process server:
   (i) [ ] owner [ ] employee [ ] independent contractor.
   (ii) Registration No.:
   (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 2/19/08

Alice M. Starr
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ [signature]
(SIGNATURE)

POS-015

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys
4747 Morena Blvd., Suite 302, San Diego, CA 92117
TELEPHONE NO.: 858 454-3244 FAX NO. (Optional): 858 270-1420
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED
CIVIL BUSINESS OFFICE 18
CENTRAL DIVISION
08 FEB 15 AM 9:48
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.
DEFENDANT/RESPONDENT: Idevelopment, et al

Amended/Corrected
**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: 37-2007-00066921-CU-MC-C

TO (insert name of party being served): Voit Commercial Brokerage

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 7/11/07

Donald Merkin
(TYPE OR PRINT NAME)

► [signature]
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ☑ A copy of the summons and of the complaint.
2. ☑ Other *(specify)*:
   Amended Summons and First Amended Verified Complaint, Notice of Case Assignment, Notice of Deposit of Funds, ADR Information Package, Stipulation to Alternative Dispute Resolution Form

*(To be completed by recipient)*:

Date this form is signed: 7/12/07

LINDA DUNFEE, MANAGING PARTNER
VOIT Commercial Brokerage
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

► Linda Dunfee [signature]
via facsimile
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Code of Civil Procedure, §§ 415.30, 417.10
www.JuriSearch.com

41

C-4

42

C-5

CIV-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Donald Merkin, Esq., SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Laurel Hill Escrow Services, Inc.

FOR COURT USE ONLY

FILED Clerk of the Superior Court FEB 15 2008

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.

DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

**REQUEST FOR (Application)** ☑ **Entry of Default** ☐ **Clerk's Judgment** ☐ **Court Judgment**

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on *(date)*: JUNE 19, 2007
   b. by *(name)*: Laurel Hill Escrow Services, Inc.
   c. ☑ Enter default of defendant *(names)*: Welch's Tires, Inc.
   d. ☐ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names)*:

      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☐ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) ☐ for default previously entered on *(date)*:

2. **Judgment to be entered.**

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 0.00 | $ | $ 0.00 |
| b. Statement of damages * | | | |
| (1) Special | $ 0.00 | $ | $ 0.00 |
| (2) General | $ 0.00 | $ | $ 0.00 |
| c. Interest | $ 0.00 | $ | $ 0.00 |
| d. Costs *(see reverse)* | $ 0.00 | $ | $ 0.00 |
| e. Attorney fees | $ 0.00 | $ | $ 0.00 |
| f. **TOTALS** | $ 0.00 | $ | $ 0.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ per day beginning *(date)*:
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. ☐ *(Check if filed in an unlawful detainer case)* **Legal document assistant or unlawful detainer assistant** information is on the reverse *(complete item 4)*.

Date: 2/8/08

Donald Merkin, Attorney for Plaintiff
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

FOR COURT USE ONLY
(1) ☒ Default entered as requested on *(date)*: FEB 15 2008
(2) ☐ Default NOT entered as requested *(state reason)*:

Clerk, by J. ARGUET, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure, §§ 585–587, 1169
www.JuriSearch.com

43 C-5

CIV-100

| PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc. DEFENDANT/RESPONDENT: Idevelopment, Inc., et al. | CASE NUMBER: 37-2007-00066921-CU-MC-CTL |
|---|---|

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☐ **did not** for compensation give advice or assistance with this form. *(If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*
   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date)*:

5. ☑ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
   a. ☐ is ☑ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☑ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☑ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was
   a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*
   b. ☑ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
      (1) Mailed on *(date)*: 2/14/08
      (2) To *(specify names and addresses shown on the envelopes)*: Welch's Tires, Inc., 3724 Main Street, San Diego, CA 92113

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees . . . . . $ 0.00
   b. Process server's fees . . . . . $ 0.00
   c. Other *(specify)*: . . . . . $ 0.00
   d. . . . . . $ 0.00
   e. **TOTAL** . . . . . $ 0.00
   f. ☑ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

8. ☑ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/14/08

Donald Merkin, Attorney for Plaintiff ▶ [signature]

(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (*Name, State Bar number, and address*):
Donald Merkin, Esq. SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard., Suite 302, San Diego, CA 92117

TELEPHONE NO.: 858 454-3244 FAX NO. (*Optional*):
E-MAIL ADDRESS (*Optional*):
ATTORNEY FOR (*Name*): Plaintiff Laurel Hill Escrow Services, Inc.

*FOR COURT USE ONLY*

FILED
CIVIL BUSINESS OFFICE 18
CENTRAL DIVISION
08 FEB 15 AM 9:49
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: Laurel Hill Escrow Services, Inc.
DEFENDANT/RESPONDENT: Idevelopment, Inc., et al.

CASE NUMBER: 37-2007-00066921-CU-MC-CTL

Amended
## PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*: 1st Amended Complaint, Amended Summons, ADR, Notice of Assignment
3. a. Party served *(specify name of party as shown on documents served)*:
   Welch's Tires, Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   3724 Main Street, San Diego, CA 92113
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

45

C-5