Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, California 92117
T 858 454-3244
F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>　　　　Plaintiff,<br>VS.<br><br>IDEVELOPMENT, INC., a California corporation; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>　　　　Defendants. | CASE NO. 08-CV-0301<br><br>MOTION FOR DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION<br><br>Motion Date: July 17, 2008<br>Time: 1:30 P.M.<br>Dept: 6<br>Hon. Janis L. Sammartina |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

That pursuant to *28 USC §2361*, plaintiff be discharged from further liability to any or all of the defendants named herein under the allegations of the complaint, and further, that plaintiff be discharged and relieved of further responsibility in said action and that defendants be permanently enjoined from the further assertion of claims relating to Escrow No. 6303-MB.

Plaintiff Laurel Hill Escrow requests this court grant it

1 | additional attorney fees in the amount of $2,575.00 as itemized
2 | in the Declaration of Donald Merkin, filed herewith to be paid
3 | from the funds deposited with the court.
4 |     Wherefore, plaintiff prays:
5 |     1.  That its Motion for Discharge be granted and;
6 |     2.  Attorney fees in the amount of $2,575.00 be awarded to
7 | Laurel Hill Escrow and be paid from the funds deposited with the
8 | court.
9 | Dated: April 28, 2008          Merkin & Associates

_____
Donald Merkin
Attorney for Plaintiff

2