```
 1  Donald Merkin, SBN 62121
    Merkin & Associates, Attorneys
 2  4747 Morena Boulevard, Suite 302
    San Diego, California 92117
 3  T 858 454-3244
    F 858 270-1420
 4

 5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                SOUTHERN DISTRICT OF CALIFORNIA

10
    LAUREL HILL ESCROW SERVICES,          CASE NO.  08-CV-0301
11  INC., a California
    corporation,                          NOTICE OF MOTION FOR MOTION
12                                        TO BE DISMISSED AND
                                          RELIEVED OF LIABILITY
13              Plaintiff,
    VS.
14
    IDEVELOPMENT, INC., a
15  California corporation dba            Motion Date: July 17, 2008
    A & M Towing ; ADVANTAGE              Time: 1:30 P.M.
16  TOWING COMPANY, INC., a               Dept: 6
    California corporation;               Hon. Janis L. Sammartina
17  MICHAEL BRANDEN, an
    individual; RE/MAX; COMMUNITY
18  BANK; JIMMY JOHNSON'S KEARNY
    MESA CHEVROLET; LOMA RIVIERA
19  76; NCO FINANCIAL SYSTEMS,
    INC.; BRIDGET LEGERRETTE;
20  GEORGE PONCE; THE HOSE PROS;
    VOIT COMMERCIAL BROKERAGE;
21  WELCH'S TIRES, INC.; AT&T; and
    CALIFORNIA DEPARTMENT OF MOTOR
22  VEHICLES,

23              Defendants.

24

25  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26       PLEASE TAKE NOTICE that on July 17, 2008, at 1:30 P.M. or

27  soon thereafter as the matter may be heard, in Department 6 of

28
```

968AA-P-17A   NOTICE OF MOTION TO BE DISMISSED       3

1  the United State District Court, Southern District of California,
2  940 Front Street, San Diego, California 92101, Plaintiff Laurel
3  Hill Escrow Services, Inc. will move this Court for an order
4  discharging it from liability and dismissing it from the above
5  action and granting attorney fees and costs in the amount of
6  $2,575.00.
7      This motion will be made under *28 USC §2361* and will be
8  based on the pleadings filed in this action; this Notice of
9  Motion; the Motion for Discharge of Stakeholder in Interpleader
10 Action; Declarations of Maxine Beye and Donald Merkin, and
11 Exhibits/Pleadings Pertaining to Dismissals or Defaults of Non-
12 Appearing or Non-Answering Defendants, Declaration of Alice Starr
13 (filed with this court); the Complaint in Interpleader, and the
14 Notice of Deposit of funds with the Court.
15 Dated: 5/2/08                      Merkin & Associates

                                                    Donald Merkin, Attorney for
                                                    Laurel Hill Escrow Services, Inc.

968AA-P-17A  NOTICE OF MOTION TO BE DISMISSED      4