```
 1  Donald Merkin, SBN 62121
    Merkin & Associates, Attorneys
 2  4747 Morena Boulevard, Suite 302
    San Diego, California 92117
 3  T 858 454-3244
    F 858 270-1420
 4

 5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CAIFORNIA
```

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>        Plaintiff,<br>VS.<br><br>IDEVELOPMENT, INC., a California corporation dba A & M Towing ; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>        Defendants. | CASE NO.  08-CV-0301<br><br>DECLARATION OF MAXINE BEYE IN SUPPORT OF MOTION FOR MOTION TO BE DISMISSED AND RELIEVED OF LIABILITY<br><br><br>Motion Date: July 17, 2008<br>Time: 1:30 P.M.<br>Dept: 6<br>Hon. Janis L. Sammartina |

    I, Maxine Beye, declare:

    1.  I am an officer of Laurel Hill Escrow Services, Inc. and authorized to make this declaration on its behalf. The

1 statements contained in this declaration are of my own personal
2 knowledge and if called I could and would testify to their
3 accuracy.
4     2.  On May 22, 3007 plaintiff Laurel Hill Escrow Services,
5 Inc. filed a Complaint in Interpleader in Superior Court of San
6 Diego County, California Case No. 37-2007-00066921-CU-MC-CTL, and
7 deposited $252,067.50 with the Superior Court Clerk.[1]
8     3.  Conflicting demands have been made upon this amount by
9 parties to the action.  Laurel Hill Escrow Services, Inc. is a
10 mere stakeholder with no interest in this amount or any portion
11 thereof, except for an allowance of attorneys fee incurred in
12 this action.
13     I declare under penalty of perjury under the laws of the
14 State of California and the United States as their interests
15 appear that the foregoing statements are true and correct and
16 that this declaration was signed on April 28, 2007 in San Diego,
17 California

_____
Maxine Beye
Via facsimile

---

[1] Copy of Notice of Deposit and Deposit Receipt attached as Exhibit 1

968AA P-16A DECLARATION OF MAXINE BEYE          6

7     Exhibit 1

```
 1 | Donald Merkin, SBN 62121
   | Merkin & Associates, Attorneys
 2 | 4747 Morena Boulevard, Suite 302
   | San Diego, California 92117
 3 | T 858 454-3244
   | F 858 270-1420
 4 |
 5 | Attorney for Plaintiff Laurel Hill Escrow Services, Inc.
 6 |
 7 |
 8 |            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9 |          FOR THE COUNTY OF SAN DIEGO, CENTRAL DIVISION
10 |
11 | LAUREL HILL ESCROW SERVICES,        CASE NO. 37-2007-00066921-CU-MC-CTL
   | INC., a California                  (Unlimited Civil Case)
12 | corporation,
13 |         Plaintiff,
   | VS.                                 NOTICE OF DEPOSIT OF FUNDS
14 |                                     WITH CLERK OF COURT IN
   | IDEVELOPMENT, INC., a               CONJUNCTION WITH FILING OF
15 | California corporation;             COMPLAINT IN INTERPLEADER
   | ADVANTAGE TOWING COMPANY,
16 | INC., a California
   | corporation; MICHAEL BRANDEN,
17 | an individual; RE/MAX;
   | COMMUNITY BANK; JIMMY
18 | JOHNSON'S KEARNY MESA
   | CHEVROLET; LOMA RIVIERA 76;
19 | NCO; BRIDGET LEGERRETTE;
   | GEORGE PONCE; THE HOSE PROS;
20 | VOIT COMMERCIAL BROKERAGE;
   | WELCH'S TIRES, INC.; and
21 | AT&T,
22 |         Defendants.
23 |
24 |     NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF
25 | RECORD that Plaintiff Laurel Hill Escrow Services, Inc. has,
26 | along with the filing of the foregoing Complaint in Interpleader,
27 | deposited with the Clerk of Court the sum of $252,067.50 (Two
28 |
```

8

Exh 1

1 | hundred fifty two thousand, sixty seven dollars and fifty cents).

2 Dated: May 22, 2007          Merkin & Associates

*[signature]*

Donald Merkin, Attorney for
Plaintiff Laurel Hill Escrow
Services, Inc.

**Receipt 1:**

Superior Court of California
County of San Diego
330 West Broadway
San Diego, CA 92101

Date: 05/22/2007   csalinsk
Receipt #: 38208

Case: 37-2007-00088921-CU-MC-CTL
Trans Type: 26 - Complaint or other 1st paper
Allocations            Amount
AOC                    $320.00

Total Allocated        $320.00
Tender Check           $320.00
Total Amount Paid      $320.00
Change Due             $0.00

ORIGINAL

**Receipt 2:**

Superior Court of California
County of San Diego
330 West Broadway
San Diego, CA 92101

Date: 05/22/2007   csalinsk
Receipt #: 38205

Case: 37-2007-00088921-CU-MC-CTL
Trans Type: Interpleader deposit
Allocations            Amount
Trust                  $252,067.50

Total Allocated        $252,067.50
Tender Check           $252,067.50
Total Amount Paid      $252,067.50
Change Due             $0.00

ORIGINAL

10

Exh 1