Donald Merkin, SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, California 92117
T 858 454-3244
F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>            Plaintiff,<br>VS.<br><br>IDEVELOPMENT, INC., a California corporation; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO; BRIDGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>            Defendants. | CASE NO. 08-CV-0301<br><br>DECLARATION OF DONALD MERKIN IN SUPPORT OF MOTION FOR DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION<br><br>Motion Date: July 17, 2008<br>Time: 1:30 P.M.<br>Dept: 6<br>Hon. Janis L. Sammartina |

I, Donald Merkin, declare:

1. I am an attorney admitted to practice law in all courts in the state of California and attorney of record for Laurel Hill Escrow Services, Inc. in this action.

2. I have over thirty years experience as a civil trial litigator and my standard hourly fee is $325.00 per hour and has been since 1997.

P-15a Declaration of D Merkin

11

3. The statements contained in this declaration are of my own personal knowledge and if called I could and would testify to their accuracy.

4. Plaintiff Laurel Hill Escrow Services, Inc. filed an Interpleader Action on May 22, 2007 and deposited, with this Court, remaining funds in the amount of $252,067.50.

5. Since the deposit of funds, Laurel Hill Escrow Services has expended the following costs and attorney fees:

| | | |
|---|---|---|
| Costs: | $ 40.00 motion filing fee in State proceeding | |
| Attorney Fees: | $2,535.00 - 7.8 hours at $325.00/hour | |
| | Attend Michael Branden Motion hearing: 9/14/07 | .6 |
| | Prepare Motion to be Relieved of Liability and be dismissed; Declarations; Notice | 1.5 |
| | Attend Laurel Hill Escrow Motion hearing 1/25/08 | .5 |
| | Numerous telecons w/creditors | .4 |
| | Prepare Status Report for filing with the Federal Court per court order | .3 |
| | Draft and file in federal court Response to Order to Show Cause per state court order | 2.5 |
| | Prepare this Motion for Federal Court; File all State Court dismissal and default documents with federal court. | 2.0 |

6. Laurel Hill Escrow Services, Inc. requests reimbursement for costs and attorneys fees in the amount of $2,575.00 from the fees deposited with this court.

I declare under penalty of perjury under the laws of the

////

////

P-15a Declaration of D Merkin

12

1 | State of California and the United States as their interests
2 | appear that the foregoing is true and correct and that this
3 | declaration was signed on April 28, 2008.

_____
Donald Merkin

P-15a Declaration of D Merkin

13