Harvey C. Berger (SBN 102973)
**POPE, BERGER & WILLIAMS, LLP**
550 West "C" Street, Suite 1400
San Diego, California 92101
Telephone: (619) 595-1366
Facsimile: (619) 236-9677

Attorneys for Defendants
GEORGE PONCE, SR.,
BRIDGET LEGERRETTE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, <br><br> Defendants. | Case No. 08-CV-0301-JLS-JMA <br><br><br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1    TO THE COURT AND ALL COUNSEL OF RECORD:

2    Please take notice that Harvey C. Berger of Pope, Berger & Williams, LLP requests to be <u>added</u>

3    to the Court's service list for counsel for Defendants GEORGE PONCE, SR.; and BRIDGET

4    LEGERRETTE in the above-entitled case, as follows:

5

6                Harvey C. Berger
                 Pope, Berger & Williams, LLP
7                550 West "C" Street, Suite 1400
                 San Diego, CA 92101
8                Telephone:    (619) 595-1366
                 Facsimile:    (619) 236-9677
9                E-Mail:       berger@popeberger.com

10

11   Dated: May 7, 2008                      By: _____
                                                 Harvey C. Berger
12                                               Attorneys for Defendants
                                                 GEORGE PONCE, SR.,
13                                               BRIDGET LEGERRETTE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -