1  Harvey C. Berger (SBN 102973)
   **POPE, BERGER & WILLIAMS, LLP**
2  550 West "C" Street, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 595-1366
   Facsimile:  (619) 236-9677
4
   Attorneys for Defendants
5  GEORGE PONCE, SR.,
   BRIDGET LEGERRETTE
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11
   LAUREL HILL ESCROW SERVICES,        )   Case No. 08-CV-0301-JLS-JMA
12 INC., a California corporation,     )
                                       )
13        Plaintiff,                   )
                                       )
14 vs.                                 )
                                       )
15 IDEVELOPMENT, INC., a California    )   **PROOF OF SERVICE VIA E-FILE**
   corporation dba A&M TOWING;         )   **AND OTHER MEANS**
16 ADVANTAGE TOWING COMPANY, INC.,     )
   a California corporation; MICHAEL   )
17 BRANDEN, an individual; RE/MAX;     )
   COMMUNITY BANK; JIMMY               )
18 JOHNSON'S KEARNY MESA               )
   CHEVROLET; LOMA RIVIERA 76; NCO     )
19 FINANCIAL SYSTEMS, INC.; BRIGET     )
   LEGERRETTE; GEORGE PONCE; THE       )
20 HOSE PROS; VOIT COMMERCIAL          )
   BROKERAGE; WELCH'S TIRES, INC.;     )
21 AT&T; and CALIFORNIA DEPARTMENT     )
   OF MOTOR VEHICLES,                  )
22                                     )
          Defendants.                  )
23 _____)

24

25    I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred

26 to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San

27 Diego, California, within which county the subject service occurred. My business address is 550 West

28 "C" Street, Suite 1400, San Diego, California 92101.

- 1 -

PROOF OF SERVICE VIA E-FILE                                      Case No. 08-CV-0301-JLS-JMA

1  On **May 7, 2008**, I served the following document(s), under the direction of Attorney Harvey C. Berger:

**NOTICE OF APPEARANCE OF COUNSEL**

by Electronic Filing a copy thereof through the United States District Court - Southern District of California CM/ECF website for each addressee named hereafter:

| | |
|---|---|
| Lauren M. Castaldi<br>lauren.m.castaldi@usdoj.gov<br>western.taxcivil@usdoj.gov | Hugh Anthony McCabe<br>hmccabe@neildymott.com<br>mmckee@neildymot.com |
| Thomas C. Stahl<br>Thomas.Stahl@usdoj.gov<br>efile.dkt@usdoj.gov | Donald Merkin<br>donmerkin@hotmail.com<br>aslaw@hotmail.com |
| Stephen Francis Lopez<br>Steve@gerlop.com<br>alan@gerlop.com | Alan Boyd Graves<br>agraves@neildymott.com |

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

| | |
|---|---|
| Michael Branden<br>Re/Max Commercial<br>5340 Los Virgenes Road, #1<br>Calabasas, CA 91302 | Cynthia Diane Jones<br>Avatar Legal<br>12626 High Bluff Drive, Suite 360<br>San Diego, CA 92130 |
| Re/Max<br>Re/Max<br>23586 Calabasas Road, Suite 105<br>Calabasas, CA 91302 | Mark L. Share<br>De Castro West Chodorow Glickfeld and Nass<br>10960 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90024-3881 |

I am familiar with the business practice of this office for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 7, 2008, in the City of San Diego, California.

Sheri B. Alcaraz