UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., <br><br>     Plaintiff, <br><br> v. <br><br> IDEVELOPMENT, INC., et al., <br><br>     Defendants. | Case No. 08-CV-0301-JLS (JMA) <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On May 15, 2008 at 9:30 a.m., the Court convened a telephonic Case Management Conference in the above entitled action.

Counsel for Defendant Advantage Towing Co., Inc. ("Advantage") advised the Court that at the time he filed an Answer in the state court action, prior to the removal of that action to this Court, he also filed a Cross-Complaint pursuant to which Advantage seeks to rescind the transaction underlying the dispute in this matter and have the money it paid into escrow returned to it.  The Cross-Complaint is not reflected on this

1  Court's docket.[1]  The Court directed counsel for Advantage to
2  file a copy of the Cross-Complaint with the Court.
3       Pursuant to Rule 26 of the Federal Rules of Civil Procedure,
4  the Court issues the following orders:
5       1.  The Rule 26(f) conference shall be completed by <u>June 5,</u>
6  <u>2008</u>;
7       2.  All parties shall fully comply with the Initial
8  Disclosure requirements of Rule 26(a)(1) by <u>June 19, 2008</u>;
9       3.  A proposed joint discovery plan shall be lodged with
10 Magistrate Judge Adler's chambers on or before <u>June 19, 2008</u> (the
11 parties should consult Rule 26(f) for the substance of the
12 discovery plan);[2] and,
13      4.  Pursuant to Rule 16(b) of the Federal Rules of Civil
14 Procedure, a telephonic Case Management Conference shall be held
15 on **June 27, 2008** at **2:00 p.m.** before Magistrate Judge Adler.
16 Counsel for the United States shall make all arrangements for the
17 conference call, and shall provide the Court and all other
18 participating counsel with the call-in telephone number and any
19 participant codes or passwords by no later than <u>June 23, 2008</u>.
20 //
21 //
22 //
23 //
24 //

---

26  [1]The Answer to First Amended Complaint filed by Advantage is
located on this Court's docket at Doc. 1-3, pp. 50-53.  No Cross-
27  Complaint accompanies the Answer.

28  [2]The proposed joint discovery plan may be delivered directly to
chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619)
702-9939.

1  Failure of any counsel or party to comply with this Order
2 will result in the imposition of sanctions.
3  **IT IS SO ORDERED.**
4 DATED: May 16, 2008

Jan M. Adler
U.S. Magistrate Judge