UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

| | |
|---|---|
| Title of Case:<br>Laurel Hill escrow v. Idevelopment | Case No: 08-CV-0-H-JMA |
| Geraci & Lopez<br>13355 Midland Road<br>Suite 140<br>Poway, CA 92064<br>(619) 231-3131 | Complaint Filed:<br><br>I/C/J: Janis L. Sammartino |
| Attorneys for Defendants/Cross Complainant Advantage Towing | |

## PROOF OF SERVICE
(CODE OF CIVIL PROCEDURE § 1013a(1) & (3) & Local Rules, Div. II, Rule 6.7)

I, the undersigned, declare that I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 13355 Midland Road, Suite 140 Poway, California, 92064. I further declare that I am readily familiar with the business' practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service that same day in the ordinary course of business.

On June 5, 2008 I served the following documents(s):

**Answer to First Amended Complaint; Cross-Complaint for Breach of Contract and Rescission**

by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

I then sealed each envelope and, with postage thereon fully pre-paid,

[xx] **BY MAIL:** This same day and at my business shown above, I placed each for deposit in the United States Postal Service, following ordinary business practices.

[ ] **BY PERSONAL DELIVERY:** I personally hand delivered to each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

[ ] **BY FACSIMILE TRANSMISSION:** In addition to service by mail, as set forth above, the counsel or interested party authorized to accept service, by whose name an asterisk (*) is placed, was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his name. The facsimile machine I used complied with 22C rule 2003(3) and no error was reported by the machine. Pursuant to CRC rule 2005(I), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 05, 2008

Stephen F. Lopez

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| Title of Case:<br>Laurel Hill Escrow v. Idevelopment | Case No: 08-CV-0301-H-JMA |
|---|---|
| **Geraci & Lopez**<br>13355 Midland Road<br>Suite 140<br>Poway, CA 92064<br>(619) 231-3131<br><br>Attorneys for: Defendants/Cross Complainant Advantage Towing | Complaint Filed:<br><br>I/C/J: Janis L. Sammartino |

## PROOF OF SERVICE
### SERVICE LIST

| | |
|---|---|
| Lauren Castaldi<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044 | Attorney for Internal Revenue Service |
| Aaron Hayes<br>Pope Berger & Williams<br>550 W. C Street<br>Ste 1400<br>San Diego, CA 92101 | Attorney for Ponce and Liggerrtte |
| Cynthia Jones<br>Avatar legal<br>12626 High Bluff Drive<br>Suite 360<br>San Diego, CA 92130 | Attorneys for Idevelopment |
| Hugh McCabe<br>Neil Dymott Frank McFall & Trexler<br>1010 Second Ave<br>Ste 2500<br>San Diego, CA 92101 | |
| Donald Merkin<br>4747 Morena Blvd.<br>Ste 302<br>San Diego CA 92117 | Attorney for Laurel Hill Escrow |
| Mark L. Share<br>De Castro, West, Chodorow, Glickfeld & Nass Inc.<br>10960 Wilshire Blvd.<br>14th Floor<br>Los Angeles CA 90024 | Attorneys for Community Bank |

| Thomas C. Stahl<br>880 Front Street<br>Room 6293<br>San Diego CA 92101 | |
|---|---|