KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 514-9668
Facsimile:   (202) 307-0054
E-mail:      lauren.m.castaldi@usdoj.gov
E-mail:      justin.s.kim@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, <br><br> Defendants, <br><br> v. | Case No.  08-CV-0301-H-JMA <br><br> **JOINT DISCOVERY PLAN** <br><br> **Hearing Date: June 27, 2008** <br> **Time: 2:00 p.m.** |

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |
| | ) |
| | ) |

The undersigned parties to the above-entitled action file this Joint Discovery Plan and respectfully show as follows:

1. Pursuant to Fed. R. Civ. P. 26(f), the parties held a telephonic meeting on June 2, 2008.

2. Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by June 19, 2008.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subject: (1) the contract between IDevelopment, Inc. and Advantage Towing Company, Inc.; (2) the priority of the other claims to the interplead funds.

Disclosure or discovery of electronically stored information should be handled as follows: Either printed or produced on hard-copy paper or produced electronically in a read-only format.

The parties have not agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, but all agree to be bound by Fed. R. Civ. P. 26(a)(5)(B).

All discovery commenced in time to be completed by October 20, 2008.

Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 10 depositions by each party to any other party. Nothing prevents a party from seeking leave of court to take additional depositions should any party learn of additional witnesses through discovery.

Each deposition is limited to a maximum of 7 testimonial hours, exclusive of breaks, unless extended by agreement of the parties.

Although the parties do not anticipate the need for expert testimony in this case, the following deadlines are agreed to in the unlikely event that expert testimony should become necessary. Reports from retained experts under Rule 26(a)(2) due from the parties by October 3, 2008.

4.     Other Items.

The parties should be allowed until June 27, 2008, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by December 1, 2008.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due on January 5, 2009. Community Bank would like final lists to be due on January 19, 2008.

Objections to the final lists of witnesses and exhibits under Rule 26(a)(3) should be due on January 20, 2009.  Community Bank would like the deadline for objections to be February 2, 2009.

This case should be ready for trial by March 9, 2009, and at this time is expected to take approximately 1 day.

Dated:   June 18, 2008            /s/ Lauren Castaldi
                                  LAUREN M. CASTALDI
                                  U.S. Department of Justice, Tax Division
                                  (202) 514-9668

                                  Attorney for the United States

Dated:   June 18, 2008            /s/ Mark Share
                                  MARK SHARE
                                  De Castro, West, Chodorow, Glickfeld & Nass, Inc.
                                  (310) 478-2541

                                  Attorney for Community Bank

Dated:   June 19, 2008            /s/ Cynthia Jones
                                  CYNTHIA M. JONES, ESQ.
                                  Avatar Legal
                                  (858) 793-9800

                                  Attorney for IDevelopment

Dated:   June 16, 2008            /s/ Steve Lopez
                                  STEVE LOPEZ, ESQ.
                                  Geraci & Lopez
                                  (619) 231-3131

                                  Attorney for Advantage Towing Co, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: <u>June 16, 2008</u> | <u>/s/ Harvey Berger</u><br>HARVEY BERGER<br>Pope, Berger & Willams, LLP |
| 3 | | (619) 595-1366 |
| 4 | | Attorney for Defendants Ponce and Liggerette |

Dated: _____

ALAN BOYD GRAVES
Neil, Dymott, Frank, McFall & Trexler
(619) 238-1712

Attorney for Neil, Dymott, Frank, McFall & Trexler APLC

Dated: _____

DONALD MERKIN
Merkin & Associates
(858) 454-3244

Attorney for Laurel Hills Escrow Services, Inc.

Dated: <u>June 18, 2008</u>          <u>/s/ Michael Brandon</u>
MICHAEL BRANDON
(818) 522-6060

In Pro Per