KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-9668
Facsimile:   (202) 307-0054
E-mail:   lauren.m.castaldi@usdoj.gov
E-mail:   justin.s.kim@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, <br><br> Defendants, <br><br> v. | Case No. 08-CV-0301-H-JMA <br><br> CERTIFICATE OF SERVICE |

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Intervenor Defendant. | ) |
| | ) |
| | ) |

I HEREBY CERTIFY that service of the **JOINT DISCOVERY PLAN**, has been made this 19th day of June, 2008, by United States' Mail to:

Donald Merkin
Merkin & Associates
4747 Morena Blvd. Suite 302
San Diego, CA 92117
(Attorney for Plaintiff)

Cynthia M. Jones, Esq.
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego, CA 92130
(Attorney for Idevelopment)

Steve Lopez, Esq.
Geraci & Lopez
13355 Midland Road
Suite 140
Poway, CA 92064
(Attorneys for Advantage Towing Co, Inc.)

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd.. 14" Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

Harvey Berger
Pope, Berger & Williams, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
(Attorney for Defendant Ponce and Liggerette)

Michael Brandon
Re/Max Commercial
5340 Las Virgenes Road #1
Calabasas, CA 91302
(in pro per)

1  Alan Boyd Graves
   Neil, Dymott, Frank, McFall & Trexler
2  A Professional Law Corporation
   1010 Second Ave, Suite 2500
3  San Diego, CA 92101
   (Attorneys for Neil, Dymott, Frank, McFall & Trexler APLC)
4

5

6

7
                                     /s/ Lauren Castaldi
8                                    LAUREN M. CASTALDI
                                     Trial Attorney, Tax Division
9                                    U.S. Department of Justice
                                     Attorney for the United States of America
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          -3-                    Certificate of Service