1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  LAUREL HILL ESCROW SERVICES,    )  Case No. 08-CV-0301-JLS (JMA)
    INC.,                           )
12                                  )  **CASE MANAGEMENT CONFERENCE**
                      Plaintiff,    )  **ORDER REGULATING DISCOVERY AND**
13                                  )  **OTHER PRETRIAL PROCEEDINGS**
    v.                              )
14                                  )  (Fed. R. Civ. P. 16)
    IDEVELOPMENT, INC., et al.,     )  (Local Rule 16.1)
15                                  )  (Fed. R. Civ. P. 26)
                      Defendants.   )
16                                  )
                                    )
17

18        Pursuant to Rule 16 of the Federal Rules of Civil Procedure,

19  a telephonic Case Management Conference was held on June 27, 2008

20  at 2:00 p.m.  After consulting with the attorneys of record for

21  the parties and being advised of the status of the case, and good

22  cause appearing,

23        **IT IS HEREBY ORDERED:**

24        1.   Any motion to join other parties, to amend the

25  pleadings, or to file additional pleadings shall be filed on or

26  before **July 25, 2008**.

27        2.   A telephonic Case Management Conference shall be held

28  before Magistrate Judge Adler on **September 17, 2008** at **9:30 a.m.**

1  Counsel for each party shall appear telephonically at this

2  conference.  The Court will initiate the conference call.

3      3.    All expert disclosures required by Fed. R. Civ. P.

4  26(a)(2) shall be served on all parties on or before **September**

5  **19, 2008**.  Any contradictory or rebuttal information shall be

6  disclosed on or before **October 10, 2008.**  In addition, Fed. R.

7  Civ. P. 26(e)(1) imposes a duty on the parties to supplement the

8  expert disclosures made pursuant to Fed. R. Civ. P. 26(a)(2)(B)

9  by the time that pretrial disclosures are due under Fed. R. Civ.

10  P. 26(a)(3) (discussed below).  This disclosure requirement

11  applies to all persons retained or specially employed to provide

12  expert testimony, or whose duties as an employee of the party

13  regularly involve the giving of expert testimony.

14      **Please be advised that failure to comply with this section**

15  **or any other discovery order of the Court may result in the**

16  **sanctions provided for in Fed. R. Civ. P. 37, including a**

17  **prohibition on the introduction of experts or other designated**

18  **matters in evidence.**

19      4.    All discovery shall be completed by all parties on or

20  before **October 31, 2008**.  "Completed" means that all discovery

21  under Rules 30 through 36 of the Federal Rules of Civil Procedure

22  must be initiated a sufficient period of time in advance of the

23  cutoff date, so that it may be completed by the cutoff date,

24  taking into account the times for service, notice, and response

25  as set forth in the Federal Rules of Civil Procedure.  **All**

26  **disputes concerning discovery shall be brought to the attention**

27  **of Magistrate Judge Adler no later than thirty (30) days**

28  **following the date upon which the event giving rise to the**

1 **dispute occurred.  For oral discovery, the event giving rise to**

2 **the discovery dispute is the completion of the transcript of the**

3 **affected portion of the deposition.  For written discovery, the**

4 **event giving rise to the discovery dispute is the service of the**

5 **response.  Counsel are required to meet and confer prior to**

6 **contacting the Court regarding all discovery disputes pursuant to**

7 **the requirements of Local Rules 16.5(k) and 26.1(a).**

8     5.    All motions, other than motions to amend or join

9 parties, or motions in limine, shall be <u>filed</u> on or before

10 **December 1, 2008**.[1]  Motions will not be heard or calendared

11 unless counsel for the moving party has obtained a motion hearing

12 date from the law clerk of the judge who will hear the motion.

13 **Be advised that the period of time between the date you request a**

14 **motion date and the hearing date may be up to sixty (60) days.**

15 **Please plan accordingly.**  Failure of counsel to timely request a

16 motion date may result in the motion not being heard.

17     Briefs or memoranda in support of or in opposition to any

18 pending motion shall not exceed twenty-five (25) pages in length

19 without leave of the judge who will hear the motion.  No reply

20 memorandum shall exceed ten (10) pages without such leave of

21 court.

22     6.    A Mandatory Settlement Conference shall be conducted on

23 **February 24, 2009** at **10:00 a.m.** in the chambers of Magistrate

24 Judge Adler.  Counsel shall submit settlement statements **directly**

25 to Magistrate Judge Adler's chambers no later than **February 17,**

26

27     [1]Counsel should note that while historically motion cutoff

28 deadlines issued by this Court were deadlines for motion hearings, the motion cutoff dates now being issued establish deadlines for the parties to <u>file</u> motions.

        08cv0301

1    **2009**.[2]  The parties may either submit confidential settlement

2    statements or may exchange their settlement statements.  Each

3    party's settlement statement shall set forth the party's

4    statement of the case, identify controlling legal issues,

5    concisely set out issues of liability and damages, and shall set

6    forth the party's settlement position, including the last offer

7    or demand made by that party, and a separate statement of the

8    offer or demand the party is prepared to make at the settlement

9    conference.  **The settlement conference briefs shall not be filed**

10   **with the Clerk of the Court.**

11        **All named parties, all counsel, and any other person(s)**

12   **whose authority is required to negotiate and enter into**

13   **settlement shall appear <u>in person</u> at the conference</u>.  The**

14   **<u>individual(s) present at the Mandatory Settlement Conference with</u>**

15   **<u>settlement authority must have the unfettered discretion and</u>**

16   **<u>authority on behalf of the party to:  1) fully explore all</u>**

17   **<u>settlement options and to agree during the Mandatory Settlement</u>**

18   **<u>Conference to any settlement terms acceptable to the party (*G.*</u>**

19   **<u>*Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653</u>**

20   **<u>(7th Cir. 1989)), 2) change the settlement position of a party</u>**

21   **<u>during the course of the Mandatory Settlement Conference (*Pitman*</u>**

22   **<u>*v. Brinker Int'l, Inc.*, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)),</u>**

23   **<u>and 3) negotiate a settlement without being restricted by any</u>**

24   **<u>predetermined level of authority (*Nick v. Morgan's Foods, Inc.*,</u>**

25   **<u>270 F.3d 590, 596 (8th Cir. 2001)).</u>**

26        Governmental entities may appear through litigation counsel

27   _____

28        [2]Statements may be delivered directly to chambers, e-mailed to
     efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.

1   only.  As to all other parties, appearance by litigation counsel

2   only is <u>not</u> acceptable.  Retained outside corporate counsel <u>shall</u>

3   <u>not</u> appear on behalf of a corporation as the party who has the

4   authority to negotiate and enter into a settlement.  **The failure**

5   **of any counsel, party or authorized person to appear at the**

6   **Mandatory Settlement Conference as required shall be cause for**

7   **the immediate imposition of sanctions.**  All conference

8   discussions will be informal, off the record, privileged, and

9   confidential.

10       7.    Counsel shall serve on each other and file their

11  Memoranda of Contentions of Fact and Law and take any other

12  action required by Local Rule 16.1(f)(2) on or before **March 12,**

13  **2009**.  On or before this date, the parties must also comply with

14  the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3).

15       8.    Counsel shall confer and take the action required by

16  Local Rule 16.1(f)(4) on or before **March 19, 2009**.

17       9.    The Proposed Final Pretrial Conference order, including

18  written objections, if any, to any party's Fed. R. Civ. P.

19  26(a)(3) pretrial disclosures, shall be prepared, served, and

20  lodged with the Clerk's Office on or before **March 26, 2009** and

21  shall be in the form prescribed in Local Rule 16.1(f)(6).  Any

22  objections shall comply with the requirements of Fed. R. Civ. P.

23  26(a)(3).  **Please be advised that the failure to file written**

24  **objections to a party's pretrial disclosures may result in the**

25  **waiver of such objections, with the exception of those made**

26  **pursuant to Rules 402 (relevance) and 403 (prejudice, confusion**

27  **or waste of time) of the Federal Rules of Evidence.**

28       10.   The final Pretrial Conference is scheduled on the

08cv0301

1   calendar of the Honorable Sammartino on **April 2, 2009** at **1:30**

2   **p.m.**  The trial date will be assigned by the district judge at

3   the pretrial conference.

4        11.   The dates and times set forth herein will not be

5   modified except for good cause shown.

6        12. Plaintiff's(s') counsel shall serve a copy of this order

7   on all parties that enter this case hereafter.

8        **IT IS SO ORDERED.**

9   DATED:   June 30, 2008

10                                    Jan M. Adler

11                                    U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0301