1    KAREN P. HEWITT
     United States Attorney

2

3    TOM STAHL, California State Bar No. 78291
     Assistant United States Attorney
     Chief, Civil Division

4

5    LAUREN M. CASTALDI
     JUSTIN S. KIM
     Trial Attorneys, Tax Division

6    U.S. Department of Justice
     P.O. Box 683, Ben Franklin Station

7    Washington, D.C.  20044-0683
     Telephone:     (202) 514-9668

8    Facsimile:      (202) 307-0054
     E-mail:        lauren.m.castaldi@usdoj.gov

9    E-mail:        justin.s.kim@usdoj.gov

10   Attorneys for the United States of America

11

                IN THE UNITED STATES DISTRICT COURT

12

             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14   LAUREL HILL ESCROW SERVICES, INC., a)
     California corporation,                  )    Case No. 08-CV-0301-H-JMA

15                                   )
               Plaintiff,           )

16                                     )    CERTIFICATE OF SERVICE
             v.                      )

17                                     )
     IDEVELOPMENT, INC., a California       )

18    corporation dba A&M TOWING;         )
     ADVANTAGE TOWING COMPANY, INC., )

19    a California corporation; MICHAEL      )
     BRANDEN, an individual; RE/MAX;     )

20    COMMUNITY BANK; JIMMY JOHNSON'S)
     KEARNY MESA CHEVROLET; LOMA    )

21    RIVIERA 76; NCO FINANCIAL SYSTEMS, )
     INC.; BRIDGET LEGGERRETTE; GEORGE )

22    PONCE; THE HOSE PROS; VOIT        )
     COMMERCIAL BROKERAGE; WELCH'S   )

23    TIRES, INC.; AT&T; and CALIFORNIA    )
     DEPARTMENT OF MOTOR VEHICLES,    )

24                                     )
                                    )

25              Defendants,         )
                                    )

26              v.                      )
                                    )

27

28                              -1-               Certificate of Service

1

2  THE UNITED STATES OF AMERICA,        )
                                        )
3              Intervenor Defendant.    )
                                        )
4  _____    )

5       IT IS HEREBY CERTIFIED that service of the **UNITED STATES' OPPOSITION TO**

6  **PLAINTIFF'S MOTION FOR DISCHARGE OF STAKEHOLDER IN INTERPLEADER**

7  **ACTION** has been made this 2nd day of July, 2008, electronically to the following CM/ECF

8  participants:

9  Harvey C Berger
   email: berger@popeberger.com, alcaraz@popeberger.com
10
11 Donald Merkin
   email: donmerkin@hotmail.com, aslaw@hotmail.com

12 Stephen Francis Lopez
   email: Steve@gerlop.com, alan@gerlop.com
13
14 Hugh Anthony McCabe
   email: hmccabe@neildymott.com, mmckee@neildymott.com

15 Alan Boyd Graves
   email: agraves@neildymott.com
16

17      IT IS HEREBY FURTHER CERTIFIED that on this 2nd day of July, 2008, a true and correct

18 copy of such document was served upon the following non-CM/ECF participants by United States mail:

19
        Cynthia M. Jones, Esq.
20      Avatar Legal
        12626 High Bluff Drive
21      Suite 360
        San Diego, CA  92130
22      (Attorney for Idevelopment)

23      Mark L. Share, Esq.
        De Castro, West, Chodorow, Glickfeld & Nass, Inc.
24      10960 Wilshire Blvd.. 14" Floor
        Los Angeles, CA 90024-3881
25      (Attorneys for Community Bank)

26

27

28                                 -2-                        Certificate of Service

1

Michael Brandon
Re/Max Commercial

2

5340 Las Virgenes Road #1
Calabasas, CA 91302

3

(in pro per)

4

5

/s   Lauren Castaldi
LAUREN M. CASTALDI

6

Trial Attorney, Tax Division
U.S. Department of Justice

7

Washington, D.C.  20044
Telephone: (202) 514-9668

8

Facsimile: (202) 307-0054
Email: lauren.m.castaldi@usdoj.gov

9

western.taxcivil@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-     Certificate of Service