Jason L. Jones SB# 246910
Cynthia M. Jones SB # 226958
AVATAR LEGAL
12626 High Bluff Drive
Suite 360
San Diego, CA 92130
Tel: (858) 793-9800
Fax: (858) 793-9801

Attorney for IDevelopment, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>IDEVELOPMENT, INC., a California corporation, et al.,<br><br>　　　Defendants<br><br>And all related Cross-Actions | Case No.: 08-CV-0301-H-JMA<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:　August 7, 2008<br>Time:　1:30 p.m.<br>Dept:　6<br>Judge: Hon. Sammartino |

NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that Cynthia M. Jones, Jason L. Jones, and Avatar Legal, P.C., counsel for Defendant IDevelopment, Inc., will and hereby do move this Court pursuant to Local Rule 83.3(g)(3) to withdraw as counsel of record.

MOTION TO WITHDRAW

　　COMES NOW the undersigned attorney of record for Defendant IDevelopment, Inc. and prays this Court to enter its order

---

Motion to Withdraw　　　　　　　　　　　　　- 1 -　　　　　　　37-2007-00066921-CU-MC-CTL

granting leave to withdraw as counsel for the defendant herein, and as grounds would show the Court:

1. There have arisen irreconcilable differences between Counsel and IDevelopment, Inc.

2. Due to the irreconcilable differences which have arisen between the undersigned and her client, the undersigned will be unable to effectively and properly continue representing IDevelopment, Inc. herein.

Based on the foregoing, permissive withdrawal is allowed and we request this Court grant this Motion to Withdraw as Counsel of Record.

Dated: July 3, 2008                AVATAR LEGAL

BY: _____
    Cynthia M. Jones
    Attorney for Defendant
    IDevelopment, Inc.

BY: _____
    Jason L. Jones
    Attorney for Defendant
    IDevelopment, Inc.