```
Jason L. Jones SB# 246910
Cynthia M. Jones SB # 226958
AVATAR LEGAL
12626 High Bluff Drive
Suite 360
San Diego, CA 92130
Tel: (858) 793-9800
Fax: (858) 793-9801

Attorney for IDevelopment, Inc.
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>IDEVELOPMENT, INC., a California corporation, et al.,<br><br>    Defendants<br><br>And all related Cross-Actions | Case No.: 08-CV-0301-H-JMA<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:  August 7, 2008<br>Time:  1:30 p.m.<br>Dept:  6<br>Judge: Hon. Sammartino |

MEMORANDUM OF POITNS AND AUTHORITIES

IN SUPPORT OF MOTION TO WITHDRAW

Under Rule 3-700(C) of the California Professional Rules of Conduct, an attorney may request to withdraw as attorney of record where the client by conduct renders it unreasonably difficult for the member to carry out the employment effectively, breaches an obligation to the member as to expenses or fees, and knowingly and freely assents to termination of the employment.

---
Motion to Withdraw
MPA in Support                              - 1 -             37-2007-00066921-CU-MC-CTL

1     Because IDevelopment, Inc. ("IDevelopment") is an insolvent
2 corporation that is no longer in business and because
3 IDevelopment will not receive any of the funds held in escrow
4 regardless of the outcome of the complaint and cross-complaint
5 in this matter, IDevelopment has directed its counsel to take no
6 action in this matter and has informed counsel that it cannot
7 make further payments as required by the attorney-client
8 agreement.  See Declaration of Cynthia Jones in Support ("Jones
9 Decl.") ¶ 2-3.
10     While this may be a sound financial decision by
11 IDevelopment, counsel, has certain duties and obligations both
12 to the client and to the Court.  If counsel follows client's
13 directive to take no further action on the matter, counsel will
14 be risking liability by not fulfilling their duties as officers
15 of this Court.  Therefore IDevelopment's directive to counsel
16 makes it unreasonably difficult for counsel to carry out their
17 employment effectively.
18     Additionally IDevelopment's inability to make payments
19 under the attorney-client agreement is a breach of an obligation
20 to counsel.
21     Finally, counsel has informed IDevelopment that
22 IDevelopment cannot represent itself *pro per* because it is a
23 corporation and has informed IDevelopment regarding the likely
24 affect on IDevelopment's case should it fail to hire replacement
25 counsel.  IDevelopment is willing to take this risk and has
26 consented to withdrawal by counsel.  Jones Decl. ¶ 4-5.
27     ///
28

Motion to Withdraw
MPA in Support    - 2 -    37-2007-00066921-CU-MC-CTL

```
Dated: July 3, 2008              AVATAR LEGAL

                                 BY:  _____
                                      Cynthia M. Jones
                                      Attorney for Defendant
                                      IDevelopment, Inc.
```