Jason L. Jones SB# 246910
Cynthia M. Jones SB # 226958
AVATAR LEGAL
12626 High Bluff Drive
Suite 360
San Diego, CA 92130
Tel: (858) 793-9800
Fax: (858) 793-9801

Attorney for IDevelopment, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>       Plaintiff,<br><br>       vs.<br>IDEVELOPMENT, INC., a California corporation, et al.,<br><br>       Defendants<br><br>And all related Cross-Actions | Case No.: 08-CV-0301-H-JMA<br><br>**DECLARATION OF CYNTHIA JONES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**<br><br>ate:  August 7, 2008<br>Time:  1:30 p.m.<br>Dept:  6<br>Judge: Hon. Sammartino |

I, Cynthia Jones, declare:

   1.   I am the attorney of record for IDevelopment, Inc. in this action as of August 14, 2007.

   2.   This motion to withdraw is based on IDevelopment Inc.'s refusal to meet its obligations under the attorney-client agreement because IDevelopment, Inc. is insolvent and has no funds available to pay for legal services.

   3.   Additionally, IDevelopment, Inc. has directed me to take no further actions on its behalf, making it unreasonably difficult for me to carry out my employment effectively.

Motion to Withdraw                               - 1 -                    37-2007-00066921-CU-MC-CTL

1      4.   IDevelopment, Inc. has been advised and acknowledges that a corporation may not represent itself *pro per* and has been notified of the possible ramifications of not having representation.

    5.   IDevelopment, Inc. has agreed to this withdrawal by counsel.

    6.   A substitution of attorneys is not appropriate because IDevelopment, Inc. does not wish to hire an attorney in this matter.

    7.   It is in the best interest of IDevelopment, Inc. that our attorney-client relationship be terminated immediately.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 3, 2008

                                             */s/ Cynthia M. Jones*
                                                Cynthia M. Jones