## PROOF OF SERVICE

I am over the age of 18 years, and not a party to this action. My business address is 12626 High Bluff Drive, Suite 360, San Diego, California 92130, which is located in the county where service described below took place. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing.

On **July 3, 2008** I served the forgoing documents described as:

**Motion to Withdraw as Counsel; Memorandum of Points and Authorities in Support; Declaration of Cynthia Jones in Support; and [proposed] Order**

by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached service list

This document was sent via:

[X] **US MAIL** - Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business in San Diego County with first class postage fully paid.

[ ] **MESSENGER SERVICE** – Correspondence so processed is deposited in a facility regularly maintained by an express service carrier, or delivered to a courier or driver authorized to receive document by said carrier.

[ ] **PERSONAL DELIVERY** – Correspondence so processed is delivered in person to the person's address listed above.

[ ] **FACSIMILE** – Correspondence so delivered is transmitted from a facsimile machine whose telephone number is (858) 793-9801. The transmission was reported as complete without error by a transmission report issued by said machine immediately following the transmission.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 3, 2008** at San Diego, California.

By: *[signature]*
Cynthia M. Jones

1-28

SERVICE LIST

| | |
|---|---|
| Aaron A. Hayes, Esq.<br>Harvey C. Berger, Esq.<br>Pope, Berger & Williams, LLP<br>550 West C Street, Suite 1400<br>San Diego, CA 92101<br>(Attorneys for Ponce and Liggerrette) | Mark L. Share, Esq.<br>DeCastro, West, Chodorow, Glickfeld & Nass, Inc.<br>10960 Wilshire Blvd., 14th Floor<br>Los Angeles, CA 90024-3881<br>(Attorneys for Community Bank) |
| Steve Lopez, Esq.<br>Geraci & Lopez<br>13355 Midland Road<br>Suite 140<br>Poway, CA 92064<br>(Attorney for Advantage Towing) | Michael Branden<br>5340 Las Virgenes Road #1<br>Calabasas, CA 91302 |
| Justin S. Kim, Esq.<br>Lauren M. Castaldi, Esq.<br>US Department of Justice<br>PO Box 683, Ben Franklin Station<br>Washington DC, 20044-0683<br>(Attorneys for Internal Revenue Service) | Hugh A. McCabe, Esq.<br>Alan Boyd Graves, Esq.<br>Neil, Dymott, Frank, McFall & Trexler<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101-4959 |
| Thomas C. Stahl, Esq.<br>US Attorneys Office- Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101 | IDevelopment, Inc.<br>PO Box 720222<br>San Diego, CA 92172 |

Proof of Service:　　　　　　　　- 2 -　　　　　　　　Case No. 08-CV-0301-H-JMA
Motion to Withdraw