De CASTRO, WEST, CHODOROW,
  GLICKFELD & NASS, INC.
Mark L. Share (SBN 149202)
Yona Conzevoy (SBN 233055)
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Telephone:  (310) 478-2541
Facsimile:  (310) 473-0123
Email:      mshare@dwclaw.com

Attorneys for Defendant
COMMUNITY BANK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,,<br><br>Plaintiff,<br><br>v.<br><br>IDEVELOPMENT, Inc., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California Corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC., AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, THE UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO.: 08-CV-0301-JLS-JMA<br><br>**OPPOSITION TO THE MOTION OF PLAINTIFF TO BE DISMISSED AND RELEASED FROM LIABILITY; REQUEST FOR SETTING OF OSC RE PLAINTIFF'S FAILURE TO ENTER DEFAULTS AND FAILURE TO DEPOSIT ALL FUNDS WITH COURT**<br><br>*[Telephonic Appearance Requested]*<br><br>Date:      July 17, 2008<br>Time:      1:30 p.m.<br>Court:     6 |

Defendant and Secured Creditor Community Bank ("Bank") hereby joins in the

United States' Opposition to the Motion of Plaintiff Laurel Hill Escrow Services, Inc.

("Plaintiff") to be dismissed, released from liability and for the determination of

DE CASTRO, WEST, CHODOROW, GLICKFELD & NASS, INC.<br>FOURTEENTH FLOOR EAST<br>10960 WILSHIRE BOULEVARD<br>LOS ANGELES, CALIFORNIA 90024-3881<br>TELEPHONE (310) 478-2541

attorneys' fees, and adds the following two points, both of which were raised in the Bank's papers filed in State Court in Opposition to the hearing of this motion, and so are part of this Court's records:

 

 

1)     Plaintiff has not presented a declaration clearly setting forth that it has served all persons interested in the funds and that each such person has appeared or else Plaintiff has taken that person's default. Plaintiff's inability to establish that the case is at issue is what caused matters to drag on in the Superior Court of the State of California, and why Plaintiff's motion was denied without prejudice on January 25, 2008. Plaintiff may now have met this burden, but needs to provide a declaration or other evidence so establishing it. For the Court's reference, it appears that there are eleven named defendants (besides the Bank and the United States): Advantage Towing Company, Inc., Michael Branden, Re/Max, Jimmy Johnson's Kearny Mesa Chevrolet, Loma Riviera 76, NCO Financial Systems, Inc., The Hose Pros, Voit Commercial Brokerage, Welch's Tires, Inc. AT&T, and California Department of Motor Vehicles.

 

 

2)     As a matter of law, no plaintiff in an interlocutory decree action is entitled to its attorneys' fees; the award of such fees from the amount deposited is always discretionary with the Court. (Code Civ. Proc. § 386.6(a).) What Plaintiff did, apparently out of fear that the Court would not award it all of the fees it would request, was take $5,577.50 from the fund *before* depositing it with the Court. This impropriety is not disclosed in Plaintiff's Motion; it is admitted in the First Amended Complaint at paragraphs 7 and 8. Because Plaintiff did not deposit all of the funds into the Court, it has not met the condition for being considered for discretionary fees. (Code Civ. Proc. § 386.6(a); *Phillips v. Barton* (1962) 207 Cal. App. 2d 488, 495.)

DE CASTRO, WEST, CHODOROW, GLICKFELD & NASS, INC.
FOURTEENTH FLOOR EAST
10960 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90024-3881
TELEPHONE (310) 478-2541

1  The Bank requests that the Court set an Order to Show Cause why Plaintiff should not

2  deposit the $5,577.50 into the Court with the remainder of the funds to be available to

3  all creditors.  Since the State Court did not grant Plaintiff's motion for discharge, no

4  ruling was made on the attorneys' fees.

5

6

7  Date:  July 14, 2008                          De CASTRO, WEST, CHODOROW,
                                                 GLICKFELD & NASS, INC.
8

9

10                                               Mark L. Share
                                                 Attorneys for Defendant
11                                               COMMUNITY BANK

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DE CASTRO, WEST, CHODOROW, GLICKFELD & NASS, INC.
FOURTEENTH FLOOR EAST
10960 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90024-3881
TELEPHONE (310) 476-2541

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10960 Wilshire Boulevard, Fourteenth Floor, Los Angeles, California 90024-3804.

    On **July 14 2008**, I served the document described as **OPPOSITION TO THE MOTION OF PLAINTIFF TO BE DISMISSED AND RELEASED FROM LIABILITY; REQUEST FOR SETTING OF OSC RE PLAINTIFF'S FAILURE TO ENTER DEFAULTS AND FAILURE TO DEPOSIT ALL FUNDS WITH COURT** on the interested parties in this action:

_____ by placing the true copies thereof in sealed envelopes as stated on the attached mailing list:

_____ by placing _____ the original _____ a true copy thereof enclosed in sealed envelopes as follows:

**BY FACSIMILE**

   X     To the Fax numbers listed on the attached Service List.

    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

_____ **\*\*(BY PERSONAL SERVICE)** I delivered such an envelope by had to the offices of the addressee.

    **(Federal)** I declare I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    Executed on **July 14, 2008**, at Los Angeles, California.

Bernard B. Jarvis

DE CASTRO, WEST, CHODOROW, GLICKFELD & NASS, INC.
FOURTEENTH FLOOR EAST
10960 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90024-3801
TELEPHONE (310) 478-2541

**SERVICE LIST**

Donald Merkin, Esq.
Merkin & Associates
4747 Morena Boulevard
Suite 302
San Diego, CA 92117-2305
*Fax: 858-270-1420*
(attorneys for A&M Towing)

Harvey C. Berger, Esq.
Pope, Berger & Williams, LLP
550 West "C" Street, Suite 1400
San Diego, CA 92101
*Fax: 619-236-9677*
(Attorneys for George Ponce, Sr. and Bridget Legerrette)

Cynthia D. M. Jones, Esq.
Avatar Legal
12626 High Bluff Drive, Suite 360
San Diego, CA 92130
*Fax: 858-793-9801*
(Attorneys for Idevelopment, Inc.)

Michael Branden
Re/Max Commercial
20750 Ventura Blvd, Suite 120
Woodland Hills, CA 91364
*Fax 818-596-5559*
(In Pro Per)

Lauren Castaldi, Esq.
United States Department of Justice
Civil Tax Division
P.O. Box 683
Washington, D.C. 20044
*Fax: 202-307-0054*
(Lead Attorney, US DOJ)

Alan B. Graves, Esq.
Neil, Dymott, Frank, McFall & Trexler
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
*Fax: 619-238-1562*
(Attorneys for Creditor Neil, Dymott, Frank, McFall & Trexler, APLC)

Stephen F. Lopez, Esq.
Gesaci & Lopez
13355 Midland Road
Suite 130
Poway, CA 92064
*Fax: 619-374-1911*
(Attorneys for Advantage Towing)

DE CASTRO, WEST, CHODOROW, GLICKFELD & NASS, INC.
FOURTEENTH FLOOR EAST
10960 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90024-3881
TELEPHONE (310) 478-2541