1  Harvey C. Berger (SBN 102973)
   **POPE, BERGER & WILLIAMS, LLP**
2  550 West "C" Street, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 595-1366
   Facsimile: (619) 236-9677
4
   Attorneys for Defendants
5  GEORGE PONCE, SR.,
   BRIDGET LEGERRETTE
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | LAUREL HILL ESCROW SERVICES, INC., a California corporation, | ) ) | Case No. 08-CV-0301-JLS-JMA |
|---|---|---|---|
| 12 | | ) | **MOTION TO WITHDRAW AS** |
| | Plaintiff, | ) | **COUNSEL FOR DEFENDANT** |
| 13 | | ) | **GEORGE PONCE, SR.** |
| 14 | vs. | ) ) | Date: August 14, 2008 |
| 15 | IDEVELOPMENT, INC., a California corporation dba A&M TOWING; | ) ) | Time: 1:30 p.m. Dept: 6 |
| 16 | ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL | ) ) | Judge: Hon. Janis L. Sammartino |
| 17 | BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY | ) ) | |
| 18 | JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO | ) ) | |
| 19 | FINANCIAL SYSTEMS, INC.; BRIGET LEGERRETTE; GEORGE PONCE; THE | ) ) | |
| 20 | HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; | ) ) | |
| 21 | AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | ) ) | |
| 22 | Defendants. | ) ) | |
| 23 | | ) | |

24              NOTICE OF MOTION AND MOTION

25      TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that

26  Harvey C. Berger and Pope, Berger & Williams, LLP, counsel for Defendant GEORGE PONCE, SR.,

27  will and hereby by do move this Court Pursuant to Local Rule 83.3(g)(3) to withdraw as counsel of

28  record for GEORGE PONCE, SR.

- 1 -

MOTION TO WITHDRAW                                    Case No. 08-CV-0301-JLS-JMA

MOTION TO WITHDRAW

COMES NOW the undersigned attorneys of record for Defendant GEORGE PONCE, SR. and prays this Court to enter its order granting leave to withdraw as counsel for the Defendant GEORGE PONCE, SR., and as grounds would show the Court:

1. Defendant GEORGE PONCE, SR. has failed to respond to multiple voice mail messages, e-mails, and other correspondence from counsel since May 21, 2008.

2. Defendant GEORGE PONCE, SR.'s conduct renders is it unreasonably difficult for counsel to carry out its employment effectively.

Based on the foregoing, permissive withdraw is allowed and Pope, Berger & Williams, LLP requests this Court grant this Motion to Withdraw as Counsel of Record for GEORGE PONCE, SR.

Dated: July 16, 2008                    POPE, BERGER & WILLIAMS, LLP

By: _____
Harvey C. Berger
Attorneys for Defendant
GEORGE PONCE, SR.

- 2 -