Harvey C. Berger (SBN 102973)
**POPE, BERGER & WILLIAMS, LLP**
550 West "C" Street, Suite 1400
San Diego, California 92101
Telephone: (619) 595-1366
Facsimile: (619) 236-9677

Attorneys for Defendants
GEORGE PONCE, SR.,
BRIDGET LEGERRETTE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>　　　Plaintiff,<br><br>vs.<br><br>IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>　　　Defendants. | Case No. 08-CV-0301-JLS-JMA<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR GEORGE PONCE, SR.**<br><br>Date:　August 14, 2008<br>Time:　1:30 p.m.<br>Dept:　6<br>Judge: Hon. Janis L. Sammartino |

MEMORANDUM OF POINTS AND AUTHORITIES

IN SUPPORT OF MOTION TO WITHDRAW

　　Under Rule 3-700(C) of the California Professional Rules of Conduct, an attorney may request to withdraw as attorney of record where the client by conduct renders it unreasonably difficult for the member to carry out the employment effectively.

- 1 -

1 | Defendant GEORGE PONCE, SR. has failed to respond to multiple voice mail messages, e-mails, and other correspondence from Pope, Berger & Williams, LLP since May 21, 2008. Declaration of Harvey C. Berger in Support ("Berger Decl.") ¶ 3.

Defendant's conduct makes it unreasonably difficult for counsel to carry out their employment effectively. Berger Decl. ¶ 4.

Therefore, Pope, Berger & Williams, LLP seeks to withdraw as counsel of record for Defendant GEORGE PONCE, SR. Berger Decl. ¶ 5.

Dated: July 16, 2008                     POPE, BERGER & WILLIAMS, LLP

By: _____
Harvey C. Berger
Attorneys for Defendant
GEORGE PONCE, SR.

MOTION TO WITHDRAW / MPA IN SUPPORT                     Case No. 08-CV-0301-JLS-JMA