1  Harvey C. Berger (SBN 102973)
   **POPE, BERGER & WILLIAMS, LLP**
2  550 West "C" Street, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 595-1366
   Facsimile: (619) 236-9677
4
   Attorneys for Defendants
5  GEORGE PONCE, SR.,
   BRIDGET LEGERRETTE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, | Case No. 08-CV-0301-JLS-JMA |
| Plaintiff, | **DECLARATION OF HARVEY C. BERGER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GEORGE PONCE, SR.** |
| vs. | |
| IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | Date: August 14, 2008<br>Time: 1:30 p.m.<br>Dept: 6<br>Judge: Hon. Janis L. Sammartino |
| Defendants. | |

I, Harvey C. Berger, declare:

1. I am an attorney of record for Defendant GEORGE PONCE, SR. as of July 16, 2008.

2. This declaration is in support of my withdrawn as counsel for Defendant GEORGE PONCE, SR.

3. This motion to withdraw is based on GEORGE PONCE, SR.'s failure to respond to multiple

- 1 -

MOTION TO WITHDRAW / DECLARATION IN SUPPORT                Case No. 08-CV-0301-JLS-JMA

1 | voice mail messages, emails, and other correspondence from counsel since May 21, 2008.

2 |     4. GEORGE PONCE, SR.'s lack of communication has made it unreasonably for me to carry

3 | out my employment effectively.

4 |     5. Therefore, Pope, Berger & Williams, LLP requests this Court grant its Motion to Withdraw

5 | as Counsel of Record for Defendant GEORGE PONCE, SR.

6 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is

7 | true and correct.

9 | Dated: July 16, 2008              POPE, BERGER & WILLIAMS, LLP

By: _____
Harvey C. Berger
Attorneys for Defendant
GEORGE PONCE, SR.

- 2 -

MOTION TO WITHDRAW / DECLARATION IN SUPPORT      Case No. 08-CV-0301-JLS-JMA