1  Harvey C. Berger (SBN 102973)
   **POPE, BERGER & WILLIAMS, LLP**
2  550 West "C" Street, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 595-1366
   Facsimile: (619) 236-9677
4
   Attorneys for Defendants
5  GEORGE PONCE, SR.,
   BRIDGET LEGERRETTE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation, | Case No. 08-CV-0301-JLS-JMA |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE VIA E-FILE AND OTHER MEANS** |
| IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIGET LEGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | |
| Defendants. | |

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 550 West "C" Street, Suite 1400, San Diego, California 92101.

- 1 -

PROOF OF SERVICE VIA E-FILE                                   Case No. 08-CV-0301-JLS-JMA

On **July 17, 2008**, I served the following document(s), under the direction of Attorney Harvey C. Berger:

1. MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GEORGE PONCE, SR.;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR GEORGE PONCE, SR.;

3. DECLARATION OF HARVEY C. BERGER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GEORGE PONCE, SR.;

4. [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GEORGE PONCE, SR.

by Electronic Filing a copy thereof through the United States District Court - Southern District of California CM/ECF website for each addressee named hereafter:

Lauren M. Castaldi
lauren.m.castaldi@usdoj.gov
western.taxcivil@usdoj.gov

Thomas C. Stahl
Thomas.Stahl@usdoj.gov
efile.dkt@usdoj.gov

Stephen Francis Lopez
Steve@gerlop.com
alan@gerlop.com

Mark L. Share
mshare@dwclaw.com

Hugh Anthony McCabe
hmccabe@neildymott.com
mmckee@neildymot.com

Donald Merkin
donmerkin@hotmail.com
aslaw@hotmail.com

Alan Boyd Graves
agraves@neildymott.com

Cynthia Diane Jones
cjones@avatarlegal.com

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

Michael Branden
Re/Max Commercial
5340 Los Virgenes Road, #1
Calabasas, CA 91302

Re/Max
Re/Max
23586 Calabasas Road, Suite 105
Calabasas, CA 91302

I am familiar with the business practice of this office for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be

- 2 -

PROOF OF SERVICE VIA E-FILE                                      Case No. 08-CV-0301-JLS-JMA

1  deposited with the United States Postal Service the same day in the ordinary course of business.
2      I declare under penalty of perjury under the laws of the State of California that the foregoing is
3  true and correct. Executed on July 17, 2008, in the City of San Diego, California.

                                          _____
                                          Valery G. Leinweber

PROOF OF SERVICE VIA E-FILE                                   Case No. 08-CV-0301-JLS-JMA