UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., </br></br>　　　　　　Plaintiff, </br></br>v. </br></br>IDEVELOPMENT, INC., et al., </br></br>　　　　　　Defendants. | Case No. 08-CV-0301-JLS (JMA) </br></br>**ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the telephonic Case Management Conference scheduled for September 17, 2008 at 9:30 a.m. is rescheduled for **September 16, 2008** at **9:30 a.m.** Counsel for the United States shall make all arrangements for the conference call, and shall provide the Court and all other participating counsel with the call-in telephone number and any participant codes or passwords by no later than September 9, 2008.

**IT IS SO ORDERED.**

DATED: July 28, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Jan M. Adler
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge