DE CASTRO, WEST, CHODOROW, GLICKFELD & NASS, INC.
FOURTEENTH FLOOR EAST
10960 WILSHIRE BOULEVARD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> IDEVELOPMENT, Inc., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California Corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC., AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, THE UNITED STATES OF AMERICA, <br><br> Defendants. | CASE NO.: 08-CV-0301-JLS-JMA <br><br> [removed from San Diego County Superior Court Case No. 37-2007-00066921-CU-MC-CTL] <br><br> **ORDER ON DEFENDANT COMMUNITY BANK'S *EX PARTE* APPLICATION ENLARGING TIME TO FILE OPPOSITION MEMORANDUM** |

Pursuant to the Ex Parte Application for an Enlargement of Time To File Defendant Community Bank's Opposition to the Motion of Plaintiff Laurel Hill Escrow Services, Inc. to be Relieved of Interpleader Liability and Recover Attorney's

1  Fees submitted by Defendant Community Bank, it is hereby ORDERED that
2  Defendant Community Bank's Opposition, filed on July 14, 2008, be deemed timely
3  filed.  <u>If plaintiff wishes to reply to the memoranda filed in opposition to its motion,</u>
4  <u>that reply **SHALL BE FILED** within seven (7) calendar days of the date that this</u>
5  <u>Order is electronically filed.</u>

      DONE and ORDERED at San Diego, California, this <u>1st </u>day of <u>August</u>, 2008.

_____
United States District Judge