# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CASES ASSIGNED TO THE HONORABLE JANIS L. SAMMARTINO | SCHEDULING ORDER<br>08cv301 |

Good cause appearing, the Court hereby **ORDERS** the following.

<u>Laurel Hill Escrow Services, Inc. v. IDevelopment, Inc. (08cv301)</u>: The Court **reschedules** the date of the hearing on Cynthia M. Jones, Jason L. Jones, and Avatar Legal, P.C.'s motion to withdraw as counsel of record for defendant IDevelopment, Inc. to <u>Thursday, August 14, 2008</u> at <u>1:30 p.m.</u> This motion **shall be heard** together with Harvey C. Berger and Berger & Williams, LLP's motion to withdraw as counsel of record for defendant George C. Ponce, Sr.

<u>In re Dot Hill Systems Corporation Securities Litigation (06cv228)</u>: The Court **reschedules** the time of the hearing on defendant's motion to dismiss plaintiff's second amended consolidated complaint and motion to stay state court discovery to <u>2:00 p.m.</u> on <u>Thursday, August 14, 2008</u>.

<u>Anticancer, Inc. v. Cambridge Research & Instrumentation, Inc. et al. (07cv97); Anticancer v. Carestream Health, Inc. (07cv1004)</u>: The Court **reschedules** the hearing on all motions currently pending before this Court for <u>Thursday, October 30, 2008</u> at <u>10:00 a.m.</u>

//
//
//

1   The Clerk's Office **SHALL DOCKET** this Order in every case referenced above.

2   IT IS SO ORDERED.

3   DATED: August 4, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge