# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☒ U. S. MAGISTRATE JUDGE    Jan M. Adler
FROM: E. Lloyd,    Deputy Clerk    RECEIVED DATE: 7/25/08
CASE NO.: 08cv301-JLS (JMA)    DOCUMENT FILED BY: Michael Branden
CASE TITLE: Laurel Hill Escrow Services, Inc. V. Idevelopment Inc, et al
DOCUMENT ENTITLED: Defendant Michael Branden's Rule 26(a)(1) Initial Disclosures

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Initial disclosures/discovery documents need not be filed with the Court. |

Date forwarded: 7/30/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Adler
Dated: 7/31/08    By: CDC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Michael Branden
5340 Las Virgenes Road #1
Calabasas, CA 91302
T 818 522-6060

Defendant, In Pro Per.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California Corporation,<br><br>    Plaintiff<br><br>v.<br><br>IDEVELOPMENT, INC., a California Corporation, MICHAEL BRANDEN, Real Estate Agent<br>    Defendant | Case No. 08-CV-0301-JLS (JMA)<br><br>**DEFENDANT MICHAEL BRANDEN'S RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Judge: Jan M. Adler<br>Court Room: D |

Defendant MICHAEL BRANDEN (In Pro Per), IN ACCORDANCE WITH Rule 26(a) (1) Fed. R. Civ. P., makes the following initial disclosures based on the information reasonably available to defendant to date. This initial disclosure represents Michael Branden's, good faith effort to provide the information required under Rule 26(a) (1). However, Michael Branden, does not represent that it has identified every fact, witness, document or thing that he ultimately may use to support his claim or defense or to compute damages, and accordingly reserves the right to supplement this initial disclosure to provide other information, witnesses, documents and tangible things