KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 514-9668
Facsimile:      (202) 307-0054
E-mail:         lauren.m.castaldi@usdoj.gov
E-mail:         justin.s.kim@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL HILL ESCROW SERVICES, INC., a California corporation,<br><br>                     Plaintiff,<br><br>          v.<br><br>IDEVELOPMENT, INC., a California corporation dba A&M TOWING; ADVANTAGE TOWING COMPANY, INC., a California corporation; MICHAEL BRANDEN, an individual; RE/MAX; COMMUNITY BANK; JIMMY JOHNSON'S KEARNY MESA CHEVROLET; LOMA RIVIERA 76; NCO FINANCIAL SYSTEMS, INC.; BRIDGET LEGGERRETTE; GEORGE PONCE; THE HOSE PROS; VOIT COMMERCIAL BROKERAGE; WELCH'S TIRES, INC.; AT&T; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,<br><br>                     Defendants,<br><br>          v. | Case No.  08-CV-0301-JLS-JMA<br><br>**UNITED STATES' STATEMENT OF NON- OPPOSITION**<br><br>**Hearing Date: August 14, 2008**<br>**Time: 1:30 p.m.** |

-1-                                          3487452.1

1

2    THE UNITED STATES OF AMERICA,              )
                                                )
3                          Defendant.           )
                                                )
4    _____)

5

6            The United States does not oppose the Motion to Withdraw as Counsel for Defendant George

7    Ponce Sr.  The United States also does not oppose the Motion to Withdraw as Attorney by Cynthia

8    Jones, Jason Jones and Avatar Legal PC.

9

10   Respectfully submitted this 5th day of August, 2008.

11

12                                         KAREN P. HEWITT
                                           United States Attorney

13
                                           TOM STAHL
14                                         Assistant United States Attorney
                                           Chief, Civil Division

15
                                            /s/ Lauren Castaldi
16                                         JUSTIN S. KIM
                                           LAUREN M. CASTALDI
17                                         Trial Attorneys, Tax Division
                                           U.S. Department of Justice
18                                         Attorneys for the United States of America

19

20

21

22

23

24

25

26

27

28
                                              -2-                                3487452.1

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the **UNITED STATES' STATEMENT OF NON- OPPOSITION** has been made this 5th day of August, 2008, electronically to the following CM/ECF participants:

Harvey C Berger
email: berger@popeberger.com, alcaraz@popeberger.com

Donald Merkin
email: donmerkin@hotmail.com, aslaw@hotmail.com

Stephen Francis Lopez
email: Steve@gerlop.com, alan@gerlop.com

Hugh Anthony McCabe
email: hmccabe@neildymott.com, mmckee@neildymott.com

Alan Boyd Graves
email: agraves@neildymott.com

IT IS HEREBY FURTHER CERTIFIED that on this 5th day of August, 2008, a true and correct copy of such document was served upon the following non-CM/ECF participants by United States mail:

Cynthia M. Jones, Esq.
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego, CA 92130
(Attorney for Idevelopment)

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd.. 14" Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

-3-                                                                    3487452.1

1

Michael Brandon
Re/Max Commercial

2

5340 Las Virgenes Road #1
Calabasas, CA 91302

3

(in pro per)

4

5

/s   Lauren Castaldi
LAUREN M. CASTALDI

6

Trial Attorney, Tax Division
U.S. Department of Justice

7

Washington, D.C.  20044
Telephone: (202) 514-9668

8

Facsimile: (202) 307-0054
Email: lauren.m.castaldi@usdoj.gov

9

western.taxcivil@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-                            3487452.1