1  Donald Merkin, SBN 62121
   Merkin & Associates, Attorneys
2  4747 Morena Boulevard, Suite 302
   San Diego, California 92117
3  T 858 454-3244
   F 858 270-1420

4

5  Attorney for Plaintiff Laurel Hill Escrow Services, Inc.

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 ┌─────────────────────────────────────┐
                                           CASE NO. 08-CV-0301
11  LAUREL HILL ESCROW SERVICES, INC.,
    a California corporation,
12                                         DECLARATION OF DONALD
               Plaintiff,                  MERKIN IN REPLY TO
13  VS.                                    COMMUNITY BANK'S OPPOSITION
                                           TO MOTION FOR DISMISSAL OF
14  IDEVELOPMENT, INC., a California       PLAINTIFF
    corporation; ADVANTAGE TOWING
15  COMPANY, INC., a California
    corporation; MICHAEL BRANDEN, an      Hearing date:
16  individual; RE/MAX; COMMUNITY BANK;   Hon. Janis L. Sammartino
    JIMMY JOHNSON'S KEARNY MESA           Courtroom 6
17  CHEVROLET; LOMA RIVIERA 76; NCO;
    BRIDGET LEGERRETTE; GEORGE PONCE;
18  THE HOSE PROS; VOIT COMMERCIAL
    BROKERAGE; WELCH'S TIRES, INC.; and
19  AT&T,

20             Defendants.
   └─────────────────────────────────────┘
21 I, Donald Merkin, declare:

22     1. I am an attorney admitted to practice in all courts in

23 the State of California and the attorney of record for plaintiff

24 Laurel Hill Escrow Services, Inc. in this action.  The statements

25 contained in this declaration are of my own personal knowledge

26 and if called I could and would competently testify to their

27 content.

28
   P-19 Declaration of Donald Merkin

2.  Community Bank is incorrect.  Laurel Hill Escrow has provided and filed in this Court all the information which Community Bank says was not provided--over and over again.

| U.S. District Court Docket No. | Date filed | Document description: |
|---|---|---|
| 3 | 2/19//08 | Status Report.<br><br>This document shows the status of each defendant "answered", "withdrew claim", "default entered", "default pending". |
| 4 | 2/19/08 | Declaration of Donald Merkin.<br><br>Explains the actions of Laurel Hill Escrow and counsel, including response to Community Bank's insistence that Laurel Hill Escrow should have taken defaults of claimants.  See paragraphs 12-17. |
| 12 | 3/26/08 | Updated Status Report.<br><br>Updates docket number 3. |
| 16 | 5/2/08 | Declaration of Alice Starr with Exhibits/documents attached (copies of filed and clerk entered defaults and requests for dismissals for each party) supporting the Updated Status Report (docket No. 12) |

Laurel Hill Escrow again respectfully requests this Court exercise its discretion and allow the requested fees.  As explained in detail in the motion, Laurel Hill Escrow is seeking reimbursement for its expenses, which had been paid prior to the interpleader.  It was permitted to do so by the terms of the escrow instructions.  Most, but not all of the expenses were for its legal fees incurred almost immediately after the funds were deposited in escrow, largely involving disputes with Michael

P-19 Declaration of Donald Merkin

1  Brandon, the broker who concocted the scheme to transfer

2  IDevelopment, Inc.'s assets and the consideration without

3  satisfying creditors, liens, or the IRS--none of which Laurel

4  Hill Escrow was told of.

5      I declare under penalty of perjury under the laws of the

6  State of California and the United States as their interests

7  appear that the foregoing statements are true and

8  correct and that this declaration was signed on August 6, 2008 in

9  San Diego, California.

_____

Donald Merkin

P-19 Declaration of Donald Merkin