Donald Merkin, Esq. SBN 62121
Merkin & Associates, Attorneys
4747 Morena Boulevard, Suite 302
San Diego, CA 92117

T 858 454-3244     F 858 270-1420

Attorney for Plaintiff Laurel Hill Escrow

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

---

Plaintiff: Laurel Hill Escrow Services, Inc.

Defendant: Idevelopment, Inc., et al

---

| **PROOF OF SERVICE BY FIRST-CLASS MAIL - CIVIL** | 09-CV-0301 |
|---|---|

I, Alice M. Starr, declare that:

    I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. I hereby certify that the below-entitled document is printed on recycled paper. My business address is 4747 Morena Boulevard, Suite 302, San Diego, California 92117.

    I served the preceding DECLARATION OF DONALD MERKIN IN REPLY TO COMMUNITY BANK'S OPPOSITION TO MOTION FOR DISMISSAL OF PLAINTIFF on August 7, 2008 by placing a copy in a sealed envelope with postage fully prepaid, dropping into a regularly maintained Overnite Express box in San Diego, California addressed to the following:

see attached service list

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 12TH day of August 7, 2008 at San Diego, California.


A[lice Starr]

Service List for *Laurel Hill Escrow Services, Inc. v. Idevelopment, et al.*
Case No. 08-CV-0301

Defendants

Aaron A. Hayes, Esq.
Harvey C. Berger, Esq.
Pope, Berger & Williams, LLP
550 West C Street, Suite 1400
San Diego, CA 92101
(Attorneys for Ponce and Liggerrette)

Steve Lopez, Esq.
Geraci & Lopez
13355 Midland Road
Suite 140
Poway, CA 92064
(Attorney for Advantage Towing)

Hugh A. McCabe, Esq.
Alan Boyd Graves, Esq.
Neil, Dymott, Frank, McFall, & Trexler
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959

Justin S. Kim, Esq.
Lauren M. Castaldi, Esq.
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
(Attorneys for Internal Revenue Service)

Thomas C. Stahl, Esq.
U.S. Attorneys Office – Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101

Mark L. Share, Esq.
De Castro, West, Chodorow, Glickfeld & Nass, Inc.
10960 Wilshire Blvd., 14th Floor
Los Angeles, CA 90024-3881
(Attorneys for Community Bank)

Cynthia M. Jones, Esq
Avatar Legal
12626 High Bluff Drive
Suite 360
San Diego 92130
(Attorney for Idevelopment)

Michael Branden
5340 Las Virgenes Road #11
Calabasas, CA 91302

Department of Justice, Tax Division
555 4th Street, N.W.
Room 7915
Washington, D.C. 20001